UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. OO-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE_____ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO AMEND COMPLAINT

ON MOTION of plaintiff, through undersigned counsel, on representing that plaintiff

filed an original Complaint in the above cause on January 7, 2000; on further representing that

plaintiff desires to amend the Complaint as a matter of course, pursuant to FRCP Rule 15(a), by

attaching a copy of the annexed Certificate of Copyright; on further representing that the

amendment is necessary to clarify and simplify the issues.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Attorney for Plaintiffs
Jane Galiano and Gianna, Inc.

DATE OF ENTRY JAN 14 2000



**PLEASE SERVE**

HARRAH'S OPERATING CO., INC.
Through its agent of service
Corporation service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

HARRAH'S ENTERTAINMENT, INC.
Through its agent of service
CSC Services of Nevada, Inc.
502 East St. John Street
Room E
Carson City, NV 89706

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. OO-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE_____ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion for Leave to Amend Complaint,

IT IS ORDERED by the Court that plaintiff's original Complaint in the above cause filed

on January 7, 2000 be and it is hereby amended by attaching a copy of the annexed Certificate of

Copyright.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF REGISTRATION



For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**VAu 456-437**



*"#.0004564378*

EFFECTIVE DATE OF REGISTRATION

OCTOBER    28    1999

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Uniform and Costume Collection submitted to Harrah's Operating Company, Inc.

**NATURE OF THIS WORK ▼ See Instructions**
Artwork for Wearing Apparel

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
GIANNA INCORPORATED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1995

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Louisiana

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  X No
Pseudonymous?  ☐ Yes  X No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
X 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **NAME OF AUTHOR ▼**
Jane Galiano

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
2-21-54

Was this contribution to the work a "work made for hire"?
☐ Yes
X No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ Louisiana

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  X No
Pseudonymous?  ☐ Yes  X No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
X 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was **Completed**
1995-1996 ◀ Year in all cases.

This Information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____
_____ ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GIANNA INCORPORATED
5527 Camp Street
New Orleans, LA 70115

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 28, 1999
ONE DEPOSIT RECEIVED
OCT. 28, 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

*Amended by the C.O. Authority per phone call with Brian Glorioso, authorized agent of Gianna Incorporated, on 11/3/99.

**FORM VA**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

GIANNA INCORPORATED
5527 Camp Street
New Orleans, LA  70115

b

Area code and daytime telephone number ► (504)  895-6450          Fax number ► (504)  895-6450

Email ►

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Galiano                          Date► 9/15/99

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
GIANNA INCORPORATED
Number/Street/Apt ▼
5527 Camp Street
City/State/ZIP ▼
New Orleans, LA  70115

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.