

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR LEAVE TO AMEND COMPLAINT

ON MOTION of plaintiff, through undersigned counsel, on representing that plaintiff filed an original Complaint in the above cause on January 7, 2000; on further representing that plaintiff referred to Exhibit A on page 4 of the Complaint, but inadvertently failed to attach a copy of said exhibit to the original Complaint filed with the Court; on further representing that plaintiff desires to amend the Complaint as a matter of course, pursuant to FRCP Rule 15(a), by attaching a copy of the annexed contract as Exhibit A; on further representing that the amendment is necessary to clarify and simplify the issues.

DATE OF ENTRY MAR 1 2000



Respectfully submitted,

/s/ Sidney L. Shushan

SIDNEY L. SHUSHAN, #12055
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Attorney for Plaintiffs
Jane Galiano and Gianna, Inc.

**PLEASE SERVE**

HARRAH'S OPERATING CO., INC.
Through its agent of service
Corporation service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

HARRAH'S ENTERTAINMENT, INC.
Through its agent of service
CSC Services of Nevada, Inc.
502 East St. John Street
Room E
Carson City, NV 89706

## GUSTE, BARNETT & SHUSHAN, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TWENTY-FIFTH FLOOR

ENTERGY CORPORATION BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA

70113-7103

William M. Barnett
Sidney L. Shushan (P.C.)
William J. Guste, III
J. Harrison Henderson, III
Richard L. Weil
Robert A. Barnett (P.C.)
Claude A. Schlesinger

Gideon T. Stanton, III
Jonathan M. Shushan
C. Marcy Unkauf (P.C.)

William J. Guste (1893-1957)
Herman L. Barnett (1893-1982)

Telephone: (504) 529-4141
Facsimile: (504) 561-0326

February 23, 2000

Dear Kerry:

**There are no responsive pleadings on file.** I therefore resubmit this <u>Ex-Parte Motion</u> to be filed. A faxed copy of this motion has already been forwarded to Judge Livaudais office as per his request.

Thank you in advance for your cooperation and understanding.

Yours Truly,

Joan M. Comeaux, MSC
Paralegal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22nd day of February, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid

_____
SIDNEY L. SHUSHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion for Leave to Amend Complaint,

IT IS ORDERED by the Court that plaintiff's original Complaint in the above cause filed on January 7, 2000 be and it is hereby amended by attaching a copy of the annexed contract as Exhibit A.

_____
UNITED STATES DISTRICT JUDGE



HARRAH'S ENTERTAINMENT, INC
The Premier Name in Casino Entertainment

May 6, 1996

Gianna, Inc.
600 Loyola Avenue
Suite 300
New Orleans, LA 70113

Attn:   Mr. R. Scott Buhrer

Dear Scott:

                          Settlement Agreement

      This letter represents the settlement agreement reached today regarding the Design Consulting Agreement between Harrah's Operating Company (Harrah's) and Gianna, Inc. (Gianna).

      It is agreed as follows:

1.    Harrah's agrees to pay Gianna $7,500 on or before May 20, 1996.

2.    Gianna waives past or future royalties on the following garments now in use at Harrah's Skagit:

            Valet jacket
            Bingo apron
            Fresh Market Buffet apron
            Fresh Market Display Chef Jacket
            Chambray shirt for Fresh Market

3.    Harrah's agrees that Gianna will continue to be entitled to the royalty that Gianna is currently receiving from the manufacturer for Harrah's purchases of the following garments now in use at Harrah's Skagit:

            Male dealer vest
            Female dealer vest
            Winning streak beverage server uniform
            Casino beverage server uniform

*Exhibit A*

Harrah's agrees that Gianna is entitled to a 5% royalty for Harrah's purchases of the following Range Restaurant vests now in use at Harrah's Joliet:
Range vest with 3 buckles for women servers
Range vest with 1 buckle for men servers

Harrah's will determine the number of these vests previously purchased by Harrah's based on purchase orders and will pay the 5% royalty on these purchases on or before May 20, 1996. Royalties on future purchases of these vests will be paid within 30 days of receipt of the invoice for the purchases.

It is agreed that if a major change occurs in the design of any of the above garments on which Harrah's is agreeing to pay a royalty, no royalty will be due or payable on purchases of the changed garment. Harrah's will advise Gianna contemporaneously of any such design change(s).

4.      Each party agrees not to refer to each other's specific name in their respective marketing communications to third parties without the other party's prior written consent. However, it is agreed that Gianna may refer to Harrah's as a former client in Gianna's marketing communications.

5.      Harrah's agrees not to use any designs of Gianna other than those mentioned in this Settlement Agreement. The parties agree that their Design Consulting Agreement is terminated and this Settlement Agreement represents the only agreement among the parties. Each party releases the other party and their respective affiliates, subsidiaries, officers and directors from any and all past or future claims whatsoever arising under the Design Consulting Agreement.

If this Settlement Agreement is acceptable, please sign in the space provided below:

Agreed:                                                Sincerely,

Gianna, Inc.                                           Harrah's Operating Company, Inc.

By: _____                            By: _____

Title  Vice President                                     Connie Albright
                                                          Corporate Director