FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 10 A 8: 33

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO PRESERVE EVIDENCE

Now come plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an Order directing defendants, Harrah's Operating Co, Inc. and Harrah's Entertainment, Inc., to preserve until the time of trial, retain intact and not to destroy or alter any evidence, books, documents, photographs, notes, reports, tangible objects, papers, or other information in the actual or constructive possession of the defendants relating in any way to this action, including, but not limited to, all costumes, uniforms, garments worn by defendants' employees or used at any of defendants' casino operations, any and all costume or uniform designs, any and all purchase orders for uniforms or costumes, and any and all records relating to the purchase of costumes or uniforms to be used at any of defendants' casino operations.

Plaintiffs request that defendants be required to give reasonable notice of its intention to sell, alter or destroy evidence sought herein to be preserved, in order to afford the plaintiffs an

DATE OF ENTRY MAR 10 2000

Fee___
Process___
X Dktd___
___CtRmDep___
Doc.No.___5___

opportunity to examine, photograph or photocopy the evidence and/or move for a protective order requiring the evidence to be preserved until the time of trial.

                                           Respectfully submitted,

                                           SIDNEY L. SHUSHAN, #12055
                                           Guste, Barnett & Shushan, L.L.P.
                                           639 Loyola Avenue, Suite 2500
                                           New Orleans, Louisiana 70113-7103
                                           Telephone: (504) 529-4141
                                           Facsimile:   (504) 561-0326
                                           Attorneys for Plaintiffs,
                                           Jane Galiano and Gianna, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22 day of Feb., 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

SIDNEY L. SHUSHAN

**PLEASE SERVE**
HARRAH'S OPERATING CO., INC.
Through its agent of service
Corporation service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

HARRAH'S ENTERTAINMENT, INC.
Through its agent of service
CSC Services of Nevada, Inc.
502 East St. John Street
Room E
Carson City, NV 89706

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion to Preserve Evidence,

IT IS ORDERED by the Court that defendants, Harrah's Operating Co., Inc. and Harrah's Operating Co., Inc., appear and show cause before the above entitled court, on __WEDNESDAY__, the __5TH__ day of __APRIL__, 2000, at __10__ o'clock __A__ .M., why the Court should not grant plaintiffs' order to preserve until the time of trial, retain intact and not to destroy or alter any evidence, books, documents, photographs, notes, reports, tangible objects, papers, or other information in the actual or constructive possession of the defendants relating in any way to this action, including, but not limited to, all costumes, uniforms, garments, worn by defendants' employees or used at any of defendants' casino operations, any and all costume or uniform designs, any and all purchase orders for uniforms or costumes, and any and

all records relating to the purchase of costumes or uniforms to be used at any of defendants' casino operations.

New Orleans, Louisiana, _____March 9_____, 2000.

_____
UNITED STATES DISTRICT JUDGE