

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### MOTION TO AMEND MOTION TO PRESERVE EVIDENCE

ON MOTION of plaintiff, through undersigned counsel, on representing that plaintiff filed an original Motion to Preserve Evidence on February 22, 2000; on further representing that plaintiff inadvertently failed to attach a copy of a Moving Affidavit to the original Motion to Preserve Evidence with the Court; on further representing that plaintiff desires to amend the Motion to Preserve Evidence by attaching two Moving Affidavits in Support of Motion to Preserve Evidence (Annexes A,B); and on further representing that such amendments are necessary to set forth the facts;

Date of Entry    APR 0 5 2000

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorney for Plaintiffs
Jane Galiano and Gianna, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of April, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Motion to amend Motion to Preserve Evidence,

IT IS ORDERED by the Court that plaintiff's original Motion to Preserve Evidence in the above cause filed on February 22, 2000 be and it is hereby amended by attaching a copy of the annexed: Moving Affidavit in Support of Motion To Preserve Evidence by affiant, Jane Galiano (Annex A), and a Moving Affidavit in Support of Motion to Preserve Evidence by Counsel of Record, Sidney L. Shushan (Annex B).

_____
UNITED STATES DISTRICT JUDGE