Minute Entry
Livaudais, S. J.
6 April 2000



FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR -6  P 2:39
LORETTA G. WHYTE
CLERK

Eastern District of Louisiana
Loretta G. Whyte
Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. | CIVIL ACTION |
| versus | NO. 00-0071 |
| HARRAH'S OPERATING CO., INC. And HARRAH'S ENTERTAINMENT, INC. | SECTION: E/5 |

Pursuant to the attached April 5, 2000 facsimile letter from counsel representing plaintiffs, it is accordingly

**ORDERED** that the previously scheduled April 5, 2000 Rule to Show Cause be and is hereby CONTINUED to <u>Wednesday, May 3, 2000 at 10:00 A.M.</u> in Courtroom C-427, 500 Camp Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 6TH day of April, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
**Senior United States District Judge**

FEE _____
X   PROCESS _____
X   DOCKETED _____
X   CT. RM. DPTY. _____
DOCUMENT NO. _____

DATE OF ENTRY  APR - 7 2000

## GUSTE, BARNETT & SHUSHAN, L.L.P.
Attorneys and Counselors at Law
Twenty-Fifth Floor
Entergy Corporation Building
639 Loyola Avenue
New Orleans, Louisiana 70113-7103

## BY FACSIMILE

April 5, 2000

The Honorable Marcel Livaudais, Jr.
United States District Judge, Section E
United States District Courthouse
500 Camp Street
New Orleans, La.

    RE:    Jane Galiano and Gianna, Inc. versus Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc
United States District Court, Eastern District of Louisiana,
Civil Action No. 00-0071, Section "E" (5)

Dear Judge Livaudais:

    In the above case, our motion to preserve evidence was set for hearing this morning.

    The motion was not timely served on Harrah's, and should be continued for 30 days with the Court's permission.

    By that time Harrah's will have made its appearance, and will have local counsel.

    I apologise to the Court for the delay.

    We will serve the order resetting the motion on the agent for service of process to be certain it is timely served.

Respectfully,

Sidney L. Shushan

Jane Galiano et al v. Harrah's et al
April 5, 2000
Page 2


cc: Michael Kostrinsky
 Associate General Counsel
 J. Galiano