

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 21 A 9: 22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

**********************************************

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS PURUANT TO LOCAL RULE 7.9

NOW INTO COURT, through undersigned counsel, come Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., who respectfully move this Honorable Court pursuant to Local Rule 7.9 for an automatic extension of twenty (20) days within which to answer or otherwise respond to Plaintiffs' Complaint for Copyright Infringement and Breach of Contract filed herein, or until May 11, 2000. This Court has granted no previous extension of time and no objection to an extension of time has been filed in the record.

WHEREFORE, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. pray that this Court grant them an extension of twenty (20) days within which to answer or otherwise respond to of Plaintiffs, filed herein, or until May 11, 2000.

APR 25 2000

Date of Entry _____

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc.No._____

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0120
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc. and*
*Harrah's Entertainment, Inc.*

### CERTIFICATE OF SERVICE

I do hereby certify that on this ___21___ day of April, 2000, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff<br><br>versus<br><br>HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5)<br><br>Judge Livaudais, Jr.<br><br>Mag. Chasez |

## O R D E R

Consideirng the above Motion,

IT IS HEREBY ORDERED, that Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., be granted an automatic extension of twenty (20) days within which to answer or otherwise respond to Plaintiffs' Complaint for Copyright Infringement and Breach of Contract filed herein, or until May 11, 2000.

New Orleans, Louisiana, this ___24___ day of ___April___, 2000.

_____
U.S. DISTRICT JUDGE