FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -1  P 4: 53

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE_____ |

* * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL CO-COUNSEL

MAY IT PLEASE THE COURT:

ON MOTION of plaintiffs, Jane Galiano and Gianna Inc., through undersigned counsel, and on representing that Jonathan M. Shushan has been retained as co-counsel for mover in this case;

Plaintiffs respectfully request that this Court enroll Jonathan M. Shushan as co-counsel in the above cause of action.

Respectfully submitted,

_____
Sidney L. Shushan 12055
Jonathan Shushan 21977
Guste, Barnett & Shushan, L.L.P.
Attorneys for Movers
Jane Galiano and Gianna, Inc.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Tel: (504) 529-4141

DATE OF ENTRY
MAY 0 2 2000

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE_____ |

* * * * * * * * * * * * * * * * * * * * *

### PROPOSED ORDER TO ENROLL CO-COUNSEL

ON MOTION of Jane Ganliano and Gianna, Inc., through undersigned counsel, and on representing that Jonathan M. Shushan has been retained as co-counsel for mover in this case;

IT IS ORDERED by the Court that Jonathan M. Shushan be enrolled as co-counsel for mover Jane Galiano and Gianna Inc. in the above case.

New Orleans, Louisiana _May 1_ 2000.

_____
JUDGE