UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 3  2000
LORETTA G. WHYTE
     CLERK
```

JANE GALIANO, ET AL

VERSUS

HARRAH'S OPERATING COMPANY
INC., ET AL

CIVIL ACTION

NO: 00-0071

SECT: "E"

WEDNESDAY, MAY 3, 2000, 10:00AM
DISTRICT JUDGE MARCEL LIVAUDAIS, JR., PRESIDING

COURTROOM DEPUTY:                    COURT RECORDER:
CECIL J. MURPHY JR.                  JAMES CRULL

LAW CLERK: CAROL MICHAEL

COUNSEL FOR PLTF: JONATHAN SHUSHAN, ESQ.
COUNSEL FOR DEFT: JOSEPH W. LOONEY, ESQ.

MOTION TO SHOW CAUSE

All present and ready, ( 10:35AM ).
Case called.
Argument by Atty Shushan.
RULE TO SHOW CAUSE - DEFERRED.
Atty Shushan to contact Co-Counsel and forward memo to District Judge by May 5th.

DATE OF ENTRY
MAY 0 4 2000