

MINUTE ENTRY
LIVAUDAIS, S. J.
28 AUGUST 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, ET AL | CIVIL ACTION |
| versus | NO. 00-0071 |
| HARRAH'S OPERATING COMPANY, INC., ET AL | SECTION: E/5 |

On May 3, 2000 at 10:00 A.M. a Hearing to Show Cause was held. Present were:

Jonathan Shushan, Esq.
(Representing plaintiffs)

Joseph W. Looney, Esq.
(Representing defendants)

Pursuant to the May 3, 2000 Order to Show Cause, counsel for plaintiff is **ORDERED** to provide the Court with the amended Order no later than Friday, September 1, 2000 at 10:00 A.M., absent which the Court will reconsider the May 3, 2000 granting of plaintiff's motion to preserve evidence.

From Chambers, copy to:
(1) Jonathan Shushan, Esq
    Fax #. 504-561-0326
(2) Joseph Looney, Esq.
    Fax #. 504-566-0210

DATE OF ENTRY
AUG 2 9 2000

