

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO, et al                                CIVIL ACTION

versus                                              No. 00-0071

HARRAH'S OPERATING COMPANY,                         SECTION: "E"
 INC., et al

### O R D E R

The Court reviewed the minutes of the May 3, 2000 hearing on the motion of plaintiff to show cause why evidence should not be deferred and also listened to the official tape recording of the proceeding. Upon review, the Court finds that the minutes need to be amended, and are hereby **AMENDED**, as follows:

> RULE TO SHOW CAUSE WHY EVIDENCE SHOULD NOT BE PRESERVED-- INITIALLY DEFERRED, THEN GRANTED.
> MOTION TO PRESERVE EVIDENCE--GRANTED.
> Attorney for plaintiff to contact opposing counsel and forward a more narrowly tailored proposed order preserving evidence to the Court by May 5, 2000.

After significant delays, plaintiff's counsel submitted a proposed order preserving evidence to the Court and to defense counsel. Again after a period of delay, the Court was advised on

DATE OF ENTRY
OCT 0 6 2000

1



October 3, 2000, that the parties are unable to agree on the wording of the order preserving evidence. Accordingly,

**IT IS ORDERED** that both plaintiff and defendant submit to the Court a narrowly tailored proposed order preserving evidence on or before **OCTOBER 18, 2000**. The Court will then enter an appropriate order. Since the parties have apparently failed to reach an agreement on the language, despite being given ample opportunity to do so and because the Court would have greatly preferred the parties do so, the Court has no choice but to enter its own order.

New Orleans, Louisiana, October 4, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge