FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 12 PM 12: 08

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL CO-COUNSEL

MAY IT PLEASE THE COURT:

ON MOTION OF JANE GALIANO AND GIANNA, INC., through undersigned counsel, *LA BAR # 15042* and on representing that Claude Schlesinger has been retained as co-counsel for movers in this case;

Movers request that this Court enroll Claude Schlesinger as co-counsel for movers, Jane Galiano and Gianna, inc. in the above case.

New Orleans, Louisiana this _10th_ day of _October_ 2000.

Respectfully submitted

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141; (504) 681-4519
Attorneys for Movers,
Jane Galiano and Gianna Inc.

DATE OF ENTRY
OCT 1 3 2000

Fee_____
Process____
X Dktd_____
_ CtRmDep__
_ Doc.No.22

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## ORDER TO ENROLL CO-COUNSEL

ON MOTION OF JANE GALIANO AND GIANNA, INC., through undersigned counsel, and on representing that Claude Schlesinger has been retained as co-counsel for movers in this case;

*LA BAR #15042*

IT IS ORDERED by the Court that Claude Schlesinger be enrolled as so-sounsel for movers, Jane Galliano and Gianna, Inc. in the above case.

New Orleans, Louisiana this ___13___ day of ___Oct___ 2000.

_____
JUDGE