```
                                              FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 OCT 16  PM 4: 12
```

UNITED STATES DISTRICT COURT

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. * <br>     Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br>     Defendant * <br> * | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

*******************************************

### MOTION AND INCORPORATED MEMORANDUM
### FOR LEAVE TO SUBSTITUTE AFFIDAVIT IN THE RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Harrah's Operating Co., ("Harrah's"), who moves this Honorable Court for leave to substitute the attached Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. Harrah's requests leave to substitute the attached notarized Affidavit of Connie Albright bearing her original signature for the unsigned affidavit initially submitted because of the delays in getting a signed affidavit from the witness who resides in Tennessee. (See Affidavit of Connie Albright, attached herein as Exhibit "1," attached to Harrah's Opposition to Plaintiffs' Motion for Summary Judgment as Exhibit "1")

Harrah's points out to the Court that the Affiant has made minor changes to Paragraphs 1, 4, 8, 14, and 15, but that these minor changes do not change the substance of the Affidavit or the arguments submitted by Harrah's in their Opposition, to wit:

DATE OF ENTRY
OCT 17 2000



Paragraph 1 of was changed to remove the implication that the Affiant was hired because her degree was in fashion.

Paragraph 4 was changed to remove the implication that Ms. Galiano was originally hired by Harrah's Entertainment, since the Affiant is not certain which Harrah's company hired her.

An addition was made to Paragraph 8 to remove the implication that the time allotments were written on the sketches at the moment of their creation.

Paragraph 14 was modified to clarify that although Affiant is certain Maggie Beaumont used the Harrah's signature cuff many years ago, she was not sure whether Maggie Beaumont actually designed the cuff.

Paragraph 15 was clarified to state that Ms. Galiano did not produce patterns for Harrah's in this case. Whether Ms. Galiano could or could not produce the patterns is immaterial.

**WHEREFORE**, Defendants respectfully request leave to substitute the attached Exhibit 1.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc and*
*Harrah's Entertainment, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff<br><br>versus<br><br>HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Harrah's Operating Co., Inc.'s Motion to Substitute Affidavit in the Record,

IT IS HEREBY ORDERED that Defendants, are GRANTED leave of court to substitute the attached notarized Affidavit of Connie Albright bearing her original signature for the unsigned affidavit initially filed as Exhibit 1 to their Opposition to Plaintiffs' Motion for Summary Judgment.

New Orleans, Louisiana, this _____17_____ day of October, 2000.

_____
Judge