

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                         CIVIL ACTION

versus                                                No. 00-0071

HARRAH'S OPERATING CO., INC. and                      SECTION: E/6
HARRAH'S ENTERTAINMENT, INC.

## RULING ON MOTION

Plaintiffs Jane Galiano and Gianna, Inc., have filed a motion for an expedited hearing on their motion for leave to reply to defendants' opposition to plaintiff's motion for summary judgment. Plaintiffs have not stated whether or not defendants have any opposition to their motion to file a reply memorandum so as to necessitate a hearing thereon, and indeed, the Court finds that the plaintiffs should be allowed to file their reply memorandum. Accordingly,

**IT IS ORDERED** that the motion of plaintiffs for an expedited hearing be **DENIED**, and the motion of plaintiffs for leave to reply to the defendants' opposition be **GRANTED**.

New Orleans, Louisiana, October 17, 2000.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge

DATE OF ENTRY
OCT 1 8 2000

Fee_____
Process___
X Dktd____
__ CtRmDep_
Doc.No. 25