

MINUTE ENTRY
LIVAUDAIS, SJ.
October 18, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                    CIVIL ACTION

versus                                           No. 00-0071

HARRAH'S OPERATING CO., INC., and                SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.

Defendant Harrah's Operating Co., Inc., has filed an ex parte motion for an expedited hearing on its motion for leave to file a response brief to the plaintiff's reply to the defendant's opposition to the plaintiff's motion for partial summary judgment. Harrah's motion for an expedited hearing is **DENIED**, but its motion for leave to file a response brief is hereby **GRANTED**.

DATE OF ENTRY
OCT 1 8 2000

