EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO REPLY TO DEFENDANTS' RESPONSE TO THE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Now come plaintiffs, thru undersigned counsel, and respectfully moves the Court for leave to file the annexed Reply to defendants' Response to the Reply Brief in support of the Motion for Summary Judgment, for the reasons set forth in the memorandum of law annexed hereto.

Respectfully submitted,

_____
Sidney L. Shushan 12055
Guste, Barnett Shushan
Attorneys for Defendant and Mover
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326

DATE OF ENTRY
OCT 2 0 2000

Fee ___
Process ___
X /Dktd ___ CA
__/CtRmDep ___
Doc No. 32

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

IT IS ORDERED: That the annexed Reply to Response to Reply Brief in Support of Motion for Summary Judgment be filed into the record in this case.

New Orleans, Louisiana ___20___ day of ___Oct___ 2000.

_____
United States District Judge