EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX-PARTE MOTION FOR LEAVE TO REPLY TO DEFENDANT'S OPPOSITION

ON MOTION of plaintiffs, JANE GALIANO AND GIANNA INC., through undersigned counsel, on representing that plaintiffs filed a Motion to Preserve Evidence on March 10, 2000 which the Court scheduled to be heard on May 3, 2000. The Court ordered a more narrowly tailored proposed order preserving evidence to the Court by May 5, 2000. On October 3, 2000, the parties reported to this Court that they were unable to agree on the wording of the order preserving evidence. The Court ordered both plaintiffs and defendants to submit a narrowly tailored proposed order preserving evidence on or before October 18, 2000. Plaintiffs, through undersigned counsel, submitted to the Court a proposed Order to preserve evidence on October 13, 2000. Plaintiffs respectfully request that the Court grant leave for plaintiffs' Motion to File a Reply in response to defendants' opposition to plaintiffs' Motion to Preserve Evidence received on October 18, 2000, for reasons set forth in the annexed Memorandum of Law annexed hereto.

DATE OF ENTRY
OCT 2 6 2000

New Orleans, Louisiana, this 24th date of October, 2000.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Ex Parte Motion for Leave to Reply to Defendants' Opposition,

IT IS ORDERED by the Court that the Motion for Leave be and it is hereby granted, and that the annexed "Plaintiff's Reply to Defendant's Opposition to the Motion for Preservation of Evidence" be filed into the record of the above captioned cause.

New Orleans, Louisiana _25_ day of _Oct_ October, 2000.

_____
UNITED STATES DISTRICT JUDGE