```
                FILED
          U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2000 NOV -6  PM 4:03

           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, and GIANNA, INC. | CIVIL ACTION |
| versus | No. 00-0071 |
| HARRAH'S OPERATING CO., INC., and HARRAH'S ENTERTAINMENT, INC. | SECTION: E/5 |

### ORDER AND REASONS

Plaintiffs Jane Galiano and Gianna, Inc., have filed a motion to reset the scheduling deadlines and/or the trial date. The Court has received no opposition from the defendants. Accordingly, for the reason that the Court finds it in the interests of justice to afford the parties additional time to prepare for trial and to allow the court to rule on pending motions,

**IT IS ORDERED** that the plaintiffs' motion to reset the scheduling deadlines and the trial be and is hereby **GRANTED**. The pretrial conference set on January 2, 2001 and the jury trial set

1

DATE OF ENTRY
NOV 0 8 2000



on January 16, 2001 are hereby **CONTINUED**.

A scheduling conference to set new dates shall be held by telephone on **NOVEMBER 30, 2000** at 2:30 P.M. The telephone conference will be initiated by Cecil J. Murphy, Courtroom Deputy for Section "E", telephone number (504) 589-7695.

New Orleans, Louisiana, November 3, 2000.

```
                              _____
                                  MARCEL LIVAUDAIS, JR.
                                  United States District Judge
```

2