FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -3 PM 4: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff | CIVIL ACTION |
| versus | No. 00-0071 |
| HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | SECTION "E"(5) |

*********************************************

**MOTION FOR EXPEDITED HEARING ON
MOTION TO EXTEND CUTOFF FOR
FILING EXPERT REPORT AND EXHIBIT LIST**

NOW COMES Harrah's Operating Co., Inc., and moves this Honorable Court for an expedited hearing on its Motion to Extend Cutoff for Filing Expert Report and Exhibit List since the date currently set for filing defendants' expert report and exhibit list is November 3, 2000, and subsequently a regular hearing date will not be timely.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendant,
Harrah's Operating Co., Inc*

DATE OF ENTRY
NOV 0 8 2000

## CERTIFICATE OF SERVICE

I do hereby certify that on this 3rd day of November, 2000, Defendants have served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. *<br>   Plaintiff  *<br>                          *<br>versus                *<br>                          *<br>HARRAH'S OPERATING CO., INC. *<br>And                    *<br>HARRAH'S ENTERTAINMENT, INC. *<br>   Defendant         *<br>                          * | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

*********************************************

**~~NOTICE OF HEARING~~** *Order*

*It is hereby ordered*

TO:  Sidney L. Shushan, Esq.
     Guste, Barnett & Shushan, L.L.P.
     639 Loyola Avenue, Suite 2500
     New Orleans, LA 70113-7103

~~PLEASE TAKE NOTICE~~ that an expedited hearing on defendant Harrah's Operating Co., Inc.'s Motion to Extend Cutoff for Filing Expert Report and Exhibit List will come on for hearing on the _____ day of November, 2000, before the Honorable Marcel Livaudais, Jr.

                                    Respectfully submitted,

                                    ADAMS AND REESE LLP

                                    _____
                                    Joseph W. Looney, T.A. (8773)
                                    Melissa S. LaBauve (25745)
                                    4500 One Shell Square
                                    New Orleans, Louisiana  70139
                                    Tel: (504) 581-3234
                                    Fax: (504) 566-0210
                                    *Attorneys for Defendant,*
                                    *Harrah's Operating Co., Inc*

DENIED
N/00
JRL

_____
JUDGE