


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC. — CIVIL ACTION

versus — No. 00-0071

HARRAH'S OPERATING CO., INC., and HARRAH'S ENTERTAINMENT, INC. — SECTION: E/5

**ORDER AND REASONS**

Plaintiffs Jane Galiano and Gianna, Inc., filed a motion to preserve evidence. After submitting an extremely broad order preserving evidence, the Court requested that the parties confer and submit a mutually acceptable proposed order preserving evidence in this copyright case. After several months, the parties advised the Court that they could not reach an agreement. The Court then ordered both plaintiffs and defendants to submit their own proposed orders to preserve evidence. Plaintiffs submitted another very broad order. Defendants did not file their own proposed order, but submitted a memorandum in opposition to the plaintiff's proposed order. It is significant to note that defendants were not present

DATE OF ENTRY
NOV 21 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 46

at the initial hearing on the motion to preserve evidence and have never submitted an order preserving evidence which is acceptable to them, despite being directed to do so by the Court.

Upon review of the matter,

**IT IS ORDERED** that the defendants Harrah's Operating Co., Inc., and Harrah's Entertainment, Inc., preserve until the time of trial, retain intact, and not destroy or alter, the following uniforms or costumes:

1) Harrah's Skagit Male dealer vest;

2) Harrah's Skagit Female dealer vest;

3) Harrah's Skagit Winning Streak beverage server uniform;

4) Harrah's Skagit Casino beverage server uniform;

5) Harrah's Joliet Range Restaurant vest with 3 buckles for women servers;

6) Harrah's Joliet Range Restaurant vest with 1 buckle for men servers;

7) Harrah's New Orleans women's black jacket uniform, similar to Design No. H 1053, submitted by plaintiff to defendants;

8) Harrah's Tunica, Mississippi women's teal jacket with

three star buttons, similar to Design No. H 1051, submitted by plaintiffs to defendants;

9) Harrah's Joliet women's black jacket with gold side panels, similar to Design H 1051, submitted by plaintiffs to defendants;

10) Harrah's Joliet men's mandarin collar black uniform with multi-color ribbon trim, similar to Design No. H-1052, submitted by plaintiffs to defendants;

11) Harrah's Tunica, Mississippi men's mandarin collar black uniform with ribbon trim, similar to Design No. H-1052, submitted by plaintiffs to defendants;

12) Harrah's Skagit Valley promotional cups with beach scene.

Defendants are to preserve samples of these uniforms, as well as records, documents, and purchase orders relating to them, until the trial of this matter.

New Orleans, Louisiana, this 21 day of Nov., 2000.

MARCEL LIVAUDAIS, JR.
United States District Judge