```
                                      FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 DEC 27 PM 4:03
                              DEC 27 2000
                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                CIVIL ACTION

versus                                       No. 00-0071

HARRAH'S OPERATING CO., INC. and             SECTION: E/5
HARRAH'S ENTERTAINMENT, INC.

### RULING ON MOTION

Plaintiffs Jane Galiano and Gianna, Inc., have filed a motion to clarify the reasons the Court denied their motion for summary judgment on their claim for breach of contract for breach of the settlement agreement. Defendant Harrah's Operating Company, Inc., opposes the motion.

The Court denied the plaintiffs' motion for summary judgment on the grounds that there are material issues of fact in dispute which preclude summary judgment. After revisiting the question, it is even more apparent that summary judgment is inappropriate at this time because of a host of unresolved factual issues which are

1

DATE OF ENTRY
DEC 28 2000



material to the plaintiffs' breach of contract claim. After the settlement agreement was signed, plaintiffs disputed that the person who entered into the settlement agreement had authority to do so and, through counsel, asserted the position that the payment Harrah's made to the plaintiffs in the amount of $ 7,500 was not pursuant to the settlement agreement, but was for "consulting services." Whether or not the plaintiffs took actions which ratified the acts of the person who purported to enter the agreement for them is likewise contested.

The Court's initial ruling on the motion for summary judgment on the breach of contract claim stated quite simply that the reason why the plaintiffs' motion for summary judgment was being denied was that there were material issues of fact in dispute. That continues to be the case.

Accordingly, for the above and foregoing reasons,

**IT IS ORDERED** that the motion of plaintiffs Jane Galiano and Gianna, Inc., to clarify the Court's reasons for denying the summary judgment as to the contractual claim based on the settlement agreement be and is hereby **DENIED**.

New Orleans, Louisiana, December 27, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

3