EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 DEC 27 PM 12:44
DEC 27 2000
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE**
**REPLY BRIEF IN SUPPORT OF MOTION TO CLARIFY**

Now come plaintiffs, Jane Galliano and Gianna, Inc., and respectfully move this Court for authority to file the annexed Reply Brief in support of the pending Motion to Clarify, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 27th day of December 2000.

Respectfully submitted,

_____
Sidney L. Shushan 12055
Guste, Barnett Shushan
Attorneys for Plaintiffs and Mover
Jane Galliano and Gianna, Inc.
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
Telephone: 504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326

DATE OF ENTRY
JAN 0 4 2001

Fee
Process
X Dkid
CtRmDep
Doc.No. 51

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E" " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO CLARIFY

MAY IT PLEASE THE COURT:

The annexed Reply Brief is short. It applies the relevant legal authorities to the arguments made by defendants in their Opposition to the Motion to Clarify.

Discovery is being scheduled in this case.

The Court's decision on the Motion to Clarify may save the parties and the Court a great deal of work and expense later on. We respectfully urge the Court to file the Reply Brief.

New Orleans, Louisiana this 27th day of December 2000.

2

Respectfully submitted,

/s/ Sidney L. Shushan

Sidney L. Shushan 12055
Guste, Barnett Shushan
Attorneys for Plaintiffs and Mover
Jane Galliano and Gianna, Inc.
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
Telephone: 504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326
E-mail sshushan@bellsouth.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave for Plaintiffs Motion to File Reply Brief in Support of its Motion for the Court to Clarify its Reasons.

IT IS ORDERED by the Court that Plaintiffs' Motion for Leave to File a Reply Brief in Support of its Motion for the Court to Clarify its Reasons, is hereby ~~entered into the record this ____ day of _____~~ GRANTED, 2000.

New Orleans, Louisiana, _____June 3_____, 2000.

_____
UNITED STATES DISTRICT JUDGE