EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 26 PM 4: 12
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E" " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for leave to file the annexed Supplemental and Amended Complaint, based on the Court's decision on the Motion for Summary Judgment, for the reasons set forth in the memorandum of law annexed hereto.

New Orleans this 24th day of January 2001.

Respectfully submitted,

_____
Sidney L. Shushan, # 12055
Guste, Barnett & Shushan L.L.P.
Attorneys for Defendant and Mover
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326

DATE OF ENTRY
JAN 3 0 2001

1

Fee_____
Process____
X Dktd____
__CtRmDep__
Doc.No. 53

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

## ORDER

Considering the foregoing Motion for leave to File Supplemental and Amended Complaint,

IT IS ORDERED by the Court that plaintiffs' Motion to File Supplemental and Amended Complaint in the above cause of action be and it is hereby granted.

New Orleans this ___30___ of __Jan__ 2001.

_____
UNITED STATES DISTRICT JUDGE

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

## LOCAL RULE 7.6E CERTIFICATE

I hereby certify that counsel for plaintiffs, Jane Galiano and Gianna, Inc.., contacted Joseph Looney, Esq., counsel for defendants, by telephone on January 24, 2001, and that defendants have not objected to this Motion to Amend and Supplement Complaint.

New Orleans, Louisiana this 24th day 2001.

Respectfully submitted,

/SIDNEY L. SHUSHAN, #12055
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E" " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF LAW IN SUPPORT**

**OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court to file the annexed Supplemental and Amended Claim. The Court declined to grant the Summary Judgment on the breach of contract claim under the Settlement Agreement. Logically, that makes it necessary to claim damages in the alternative for breach of contract under the first contract between the parties, and to claim damages in the alternative for unjust enrichment.

Plaintiff has not yet been deposed. It is believed that the filing of this Supplemental and Amended Complaint will do justice between the parties, and will not delay the scheduled trial of the merits of this case.

New Orleans, Louisiana this 24th day of January 2001.

3

Respectfully submitted,

_____
Sidney L. Shushan, # 12055
Guste, Barnett & Shushan L.L.P.
Attorneys for Defendant and Mover
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E" " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Supplemental and Amended Complaint has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 24th day of January, 2001.

_____
SIDNEY L. SHUSHAN

5