EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 30 AM 11: 22
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JANE GALIANO, AND GIANNA, INC. | CIVIL ACTION NO. 00-0071 |
| VERSUS | SECTION " E" " (5) |
| | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | MAGISTRATE JUDGE CHASEZ |

### SUPPLEMENTAL AND AMENDED COMPLAINT

Now come plaintiffs, Jane Galiano and Gianna, Inc., and supplement and amend their claim as follows:

1. Plaintiffs repeat and incorporate by reference all of the allegations of their original complaint, and add thereto the following allegations.

2. In the event plaintiffs are not entitled to damages for breach of contract or copyright infringement under the Settlement Agreement pleaded in the original claim, plaintiffs submit that they are entitled to damages for breach by defendants of the previous contract between the parties, which preceded the Settlement Agreement, by reason of the facts pleaded in the original claim.

3. Further in the alternative, in the event plaintiffs are not entitled to damages for breach of contract or copyright infringement under the Settlement Agreement or the contract which preceded it, plaintiffs are entitled to damages for the unjust enrichment of defendants, by reason of defendants' appropriation and use of plaintiff's designs.

7

Fee_____
Process____
X Dktd_____
CtRmDep___
Doc.No.____

WHEREFORE, plaintiffs pray that this Supplemental and Amended Claim be filed in this cause, and for damages for breach of contract and/or copyright infringement, and/or unjust enrichment, and for trial by jury of all issues in this cause, and for all general and equitable relief.

New Orleans, Louisiana this 24th day of January 2001.

Respectfully submitted,

_____
Sidney L. Shushan, # 12055
Guste, Barnett, & Shushan L.L.P.
Attorneys for Defendant and Mover
639 Loyola Avenue
Suite 2500
New Orleans, La. 70113
504-529-4141
Direct Line 504-681-4519
Fax 504-561-0326

8

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | |
|---|---|
| JANE GALIANO, AND GIANNA, INC. | CIVIL ACTION NO. 00-0071 |
| VERSUS | SECTION " E " " (5) |
| | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental and Amended Complaint has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 24th day of January 2001.

_____
SIDNEY L. SHUSHAN

9