FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 30 PM 4:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR TO EXPEDITED HEARING

Now come plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their Motion to Extend Time to Produce Expert Reports, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 30th day of January 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs, Jane Galiano & Gianna, Inc.

1

DATE OF ENTRY
FEB 0 9 2001

Fee_____
Process___
X Dktd____
__CtRmDep__
Doc.No. 56

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion for Expedited Hearing,

IT IS ORDERED by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their Motion to Extend Time to Produce Expert Reports be and it is hereby granted, and said hearing is set for the __7th__ day of __Feb.__, 2001, at __4:00__ o'clock __P__.M.

New Orleans, Louisiana, __February 7__, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE