

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 7, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL.                    CIVIL ACTION

VERSUS                                  NUMBER: 00-071

HARRAH'S OPERATING CO., INC., ET AL.    SECTION: "E"(5)


### HEARING ON MOTION

APPEARANCES:    Sidney Shushan, Joseph Looney

MOTION:

(1) Plaintiff's Motion to Extend Time to Produce Expert Reports (Expedited).

_____ :    Continued to

\_\_1\_\_ :    No Opposition

_____ :    Opposition

_____ :    Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
FEB 0 9 2001

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted as unopposed. The deadline for plaintiffs' expert reports is hereby extended to February 28, 2001, with defendants receiving a concomitant extension.

_____ :   Denied.

_____ :   Other.

*/s/ ALC*
──────────────────────────────
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2