FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -2 PM 4:38

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

*************************

## PLAINTIFF'S PRELIMINARY LIST OF WITNESSES

NOW INTO COURT, through undersigned counsel, comes PLAINTIFFS, Jane Galiano and Gianna, Inc., who submits the following preliminary list of witnesses whom Plaintiffs may call at trial.

**FACT WITNESSES**

Plaintiffs may call any or all of the following witnesses:

1. Any witness listed by any other party.

2. Any witness subsequently discovered, on reasonable notice to defendants.

3. Any witness needed to rebut the testimony of any witness who is presently unknown to plaintiffs, and/or whose name appears for the first time on witness lists filed by defendants.

4. Jane Galiano
   5572 Camp Street
   New Orleans, Louisiana 70115

5. Steven Grey
   405 East 78th St. #1D
   New York, N.Y. 10021

6. Shane MacKey
   2253 Cambronne St.
   New Orleans, La.

7. Bennett Wolff, Esq
   600 Loyola Avenue
   New Orleans, La. 70523-3026

8. Brenda Sterling
   1215 Tricou St.
   New Orleans, La. 70117

9. Bau Ngoc Nguyen
   5016 Towering Oaks Avenue
   Marrero, Louisiana 70072

10. Mr. Scott Buhrer, Esq
    600 Loyola Avenue
    New Orleans, La

11. Mr. Rickey Hudson, Esq.
    Pugh and Associates
    4917 St. Charles Ave.
    New Orleans, Louisiana 70115

12. Representative of Harrah's Operating Co., Inc. who is most familiar with the purchase, design and/or manufacture of designs for Harrah's since the 1996 Settlement Agreement with Gianna, Inc.

13. Representative of Harrah's Entertainment, Inc. who is most familiar with the purchase, design and/or manufacture of designs for Harrah's since the 1996 Settlement Agreement with Gianna, Inc.

14. Jan Starnes
    Address not verified as of this time.

16. Phil Satre
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423

17. Vince De Young, Esq.
    Associate General Counsel
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423

18. Ms. Connie Albright
    153 Riverwalk Place
    Memphis, Tennessee

19. A Representative of Berry Sterling Plastics
    812-424-2904

20. Uniform Ideas, Inc.
    Mrs. Mary Beth Morgan
    Mr. Bill Morgan
    4 Winchester Plaza
    Elmford, NY 10523

21. Uniform Ideas, Inc.
    Mr. Tom Michaelman
    1220 Biscayne Blvd.
    Miami, Florida 33132

22. A Representative of Uniform Ideas, Inc. familiar with creation of patterns.
    1674 Broadway 3rd Floor
    New York, New York 10019

23. All-Bilt Uniform Corp.
    Howard P. Wecksler
    Current address unknown at this time.

24. Jerry Grau (address unknown at this time)
    101 Oakley Street
    Evansville, IN 47710 ; 812-424-2904

25.  Laurie Aggle
     Harriet Ziegler
     Mike Kerr, Manager
     500 Metcalf Bldg T
     Sedro Woolley, WA. 98284

26.  Ellen Dixon ( address unknown at this time)

27.  Varsity Spirit Fashions
     Kathy Ellison or a Representative of Varsity Spirit Fashions
     2525 Horizon Lake Drive
     Memphis, Tennessee 38133

28.  Any and all witnesses deposed

29.  Any and all persons identified in depositions.

30.  John Sbondone
     c/o All-Bilt Uniform Fashions
     30-00 47th Avenue
     Long Island City, New York 11101

31.  Linda Gunnerson
     c/o All-Bilt Uniform Fashions
     30-00 47th Avenue
     Long Island City, New York 11101

32.  Mr. Michael Kostrinsky
     Associate General Counsel
     Corporate Litigation
     Harrah's Entertainment, Inc.
     2700 West Sahara Avenue, Suite 200
     Las Vegas, Nevada 89102

**EXPERT WITNESSES**

Galiano and Gianna may call any or all of the following witnesses:

33.  Dr. Kenneth Bourdreaux - Economics Expert

34.  A fashion expert : Dr. Bonnie D. Belleau, Ph.D.
                Professor
                Apparel Design/Production

4

School of Human Ecology
Louisiana State University
Baton Rouge, LA 70803

32. Any witness listed by any other party.

33. Any witness subsequently discovered, on reasonable notice to defendants.

35. Any witness needed to rebut the testimony of any expert witness listed by any defendant who is not identified in prior responses to discovery, and/or whose name appears in this case for the first time on witness lists filed by defendants.

36. Plaintiffs reserve the right to supplement these lists and to delete witnesses therefrom if they are later determined to be unnecessary at trial.

New Orleans, Louisiana this 1st day of November 2000.

Respectfully submitted,

*Claude Schlesinger*

CLAUDE A. SCHLESINGER, # 15042
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141;
Facsimile: (504) 681-4516
Attorneys for Movers,
Jane Galiano and Gianna Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Witness List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 2nd day of November, 2000.

_Claude Schlesinger_
Claude Schlesinger