FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -2 PM 4:40

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' PROPOSED EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes PLAINTIFFS, Jane Galiano and Gianna, Inc., who submits the following preliminary list of witnesses whom Plaintiffs may call at trial.

1. Uniform and Costume Collection of Gianna, Inc.

2. Chart of Designs of authorized and prohibited designs by the 1996 Settlement Agreement

3. Side-by-Side visual Comparisons of infringed designs which are part of the Uniform and Costume Collection submitted to Harrah's

4. Certificate of Registration from Copyright Office

5. Articles of Incorporation of Gianna, Inc.

6. Original contract of 9/14/95 between Harrah's and Gianna, Inc.

7. Settlement Agreement of 5/6/96 - referred to as Settlement Agreement 1996

1



8. Statement of Undisputed Facts and Exhibits

9. Letter of September 30, 1996 from Mr. Vincent DeYoung Associate General Counsel of Harrah's Entertainment, Inc. to Mr. Rickey R. Hudson of Pugh and Associates.

10. Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the manufacture of costumes/uniforms by Uniform Ideas, Inc. for Harrah's since 1996.

11. Copies of invoices, orders, prototypes, designs, sketches, and hard and soft patterns used in the manufacture of costumes/uniforms by All-Bilt Uniform Corp. for Harrah's since 1996.

12. Copies of invoices, orders, prototypes, sketches used by Mrs. Bau Ngoc Nguyen in the manufacture of prototypes, costumes/uniforms for Gianna, Inc.

13. Copies of invoices, orders, prototypes, designs, sketches, and/our hard and soft patterns used by Varsity Spirit Fashions in the manufacture of costumes/uniforms for Harrah's since 1996.

14. February 14th, 1996 correspondence from Connie Albright re: attempting to renegotiate the royalties with Gianna, Inc.

15. Correspondence from Scott Buhrer's to Connie Albright re: her February 14th letter attempting to renegotiate the royalties with Gianna, Inc.

16. Correspondence to Phil Satre from Jane Galiano written by Rickey Hudson, Esq.

17. W-2's of Shane Mackay

18. Any document listed by any other party.

19. Any document subsequently discovered, on reasonable notice to defendants.

20. Any document needed to rebut the testimony of any witness who is presently unknown to

2

plaintiffs, and/or whose name appears for the first time on witness lists filed by defendants.

21. Any other rebuttal exhibits.

22. Any document annexed to any deposition taken in this case.

23. Any and all documents produced by Harrah's Operating Company, Inc. and/or Harrah's Entertainment, Inc. in connection with discovery responses submitted in this case.

24. Any documents listed or sought to be introduced by any party including other plaintiffs or defendants.

25 All original sketches(preliminary, flat, vellum or boards), designs, prototypes of Gianna Inc.

26. Plaintiffs reserve the right to supplement these lists and to delete documents therefrom if they are later determined to be unnecessary at trial.

27. Fax from Harrah's N.O. Casino, Ellen Dixon, Wardrobe Manager to Gianna Re: Attendance at Overview Meeting.

28. Correspondence from R. Scott Buhrer to Connie Albright, of the Promus Companies, Incorporated Re: Design Consulting Agreement

29. Fax from R. Scott Buhrer to Connie Albright Re: Basis for an Ongoing Consulting Agreement

30. Fax from R. Scott Buhrer to Connie Albright Re: Joint Venture Agreement.

31. Letter to Gianna, Inc. from Connie Albright Corporate Director, Strategic Alliances and Corporate Business Travel Re: Design Consulting Agreement.

32. Price estimates from All-Bilt Uniform Fashions regarding Gianna, Inc.'s designs to Harrah's New Orleans.

33. Federal Express Letter from R. Scott Buhrer to Connie Albright Re: Design Consulting Agreement - defendant did not return a signed agreement

34. Copies of Checks Paid by Harrah's to Gianna's for consulting services, expenses and design time.

35. Fax from R. Scott Buhrer to Connie Albright Re: Amended bill dated November 1, 1995.

36. Letter from R. Scott Buhrer to Connie Albright Re: beginning of negotiations of a new Design consulting agreement.

37. Fax to Connie Albright from R. Scott Buhrer containing the continuation of negotiations for a new design agreement.

38. Letter from Gianna G. Galiano to Philip Satre Re: Gianna Galiano's at a Grand Opening Party at Skagit Valley Casino.

39. Invoice for the Month of 12/1995 Forwarded by Federal Express to Connie Albright.

40. Fax from Connie Albright to R. Scott Buhrer Re: Back-up and Documentation for Services

41. Fax from R. Scott Buhrer to Connie Albright Re: the Need for Documentation for Minimum Retainer Fee Which Was a Provision of Contract.

42. Fax Cover Sheet for the Re-transmittal of Correspondence of February 21, 1996.

43. Fax from R. Scott Buhrer to Connie Albright Re: past Due Bill Of December, 1995.

44. Fax from Bennett Wolff to Connie Albright Re: Acceptability of the May 1, 1996 Meeting with Ms. Albright and Counsel. Also Bennett Wolff requested the return of any Original presentation boards, including but not limited to projects for New Orleans,

4

Joliet and Skagit as well as the restaurants within one week of the request date.

45. Fax to Bennett Wolff from Connie Albright Re: May 1, 1996 Meeting and Return of Presentation Boards by UPS Ground.

46. Fax from Vince De Young to Scott Buhrer Re: Settlement Agreement of May 6, 1996 signed by Buhrer as Gianna's Vice-president

47. Fax from Connie Albright Re: Buhrer's Failure to Sign Amendment to Settlement Agreement.

48. Letter to Phil Satre, President of Harrah's Entertainment, Inc. Re: Design Consulting Agreement executed by Gianna, Inc. and Harrah's Operating Company and the Settlement Agreement entered into by R. Scott Buhrer.

49. Fax to Scott Bruhrer From Connie Albright Re: Discussion among: Bruhrer, Albright, Gianna, Inc., Steve Grey and Jan Starnes.

50. Letter from Vincent G. De Young, Associate General Counsel, to Rickey Hudson, Pugh & Associates, Re: Settlement Agreement of May 6, 1996.

50. Resignation of R. Scott Buhrer from Gianna, Inc.

51. Letter and Fax from Rickey R. Hudson, Pugh and Associates to Vincent G. De Young, Associate General Counsel of Harrah's Entertainment, Inc. Re: Design Consulting Agreement Executed by Gianna, Inc. and Harrah's Operating Company

53. Letter from Vincent De Young to Rickey Hudson, Gianna's Counsel, Re: Harrah's continued belief in the validity of the Agreement of May 6, 1996

54. Letter from Connie Albright to Scott Bruhrer Re: Agreement on royalties – never signed

55. Fax from Scott Bruhrer to Connie Albright RE: inaccuracies in Ms. Albright's summation of 2/14/96 telephone conference among: Bruhrer, Grey, Gianna, Inc. and Starnes.

56. Letter from Mr. Howard Weckler Re: Final payment of royalties for Fresh Market Hats

and Range Vests.

57. Copy of Harrah's Entertainment, Inc. Fact Sheet dated 7/11/95.

58. Copy of Letter from Howard Wecksler to Gianna, Inc. regarding revised Royalty schedule.

59. Proposed contracts and/or agreements between Gianna and costume manufacturing firms.

60. Handwritten notes of Gianna, Inc. and its employees made at the various site locations.

61. Copy of Accomplishments and Awards given to Jane Galiano (Gianna, Inc.)

62. Attachment labeled as Annex A and/or Annex B which was attached to all Subpoena Duces Tecums.

63. Photographs and sketches of all current costumes/uniforms currently in use by Harrah's.

New Orleans, Louisiana this 2nd day of March 2000.

Respectfully submitted,

*/s/ Claude Schlesinger*
CLAUDE A. SCHLESINGER, #15042
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141; Fax: (504) 561-0326
Claude A. Schlesinger Direct Line: (504) 681-4516
Attorneys for Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Exhibit List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 2nd day of March 2001.

_____
Claude Schlesinger