FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR -2 PM 4: 49
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |

*********************************************

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
FOR EXTENSION OF TIME
TO EXCHANGE WITNESS AND EXHIBIT LISTS**

NOW INTO COURT, through undersigned counsel, come Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., who respectfully move this Honorable Court to extend the time to exchange Witness and Exhibit Lists for a period of 14 days or until March 16, 2001. The extension will not interfere with the trial date of this matter, which is presently scheduled for May 21, 2001.

Defendants request this extension of time because both parties are conducting on-going discovery that is expected to yield additional witnesses and potential exhibits for use at the trial of this matter. Counsel for Plaintiffs has been contacted and has no objection to the extension of time requested.

DATE OF ENTRY
MAR 0 6 2001

WHEREFORE, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., move this Honorable Court for a 14-day extension of time to exchange Witness and Exhibit lists or until Friday, March 16, 2001.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this ___2___ day of March, 2001, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff | * * * | CIVIL ACTION |
| versus | * * | No. 00-0071 |
| HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | * * * * * | SECTION "E"(5)<br>Judge Livaudais, Jr.<br>Mag. Chasez |

*********************************************

### ORDER

Consideirng the above Motion,

IT IS HEREBY ORDERED, that Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., be granted an extension of fourteen (14) days to exchange Witness and Exhibit Lists or until March 16, 2001.

New Orleans, Louisiana, this __5__ day of __March__, 2001.

_____
U.S. DISTRICT JUDGE