FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 16 PM 5: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC., Plaintiffs | * * * * | CIVIL ACTION<br>No. 00-0071 |
| VERSUS | * * | Section: "E"(5) |
| HARRAH'S OPERATING CO., INC., And HARRAH'S ENTERTAINMENT, INC., Defendants | * * * * | Judge: Livaudais<br>Magistrate: Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT LIST OF DEFENDANTS
HARRAH'S OPERATING COMPANY AND
HARRAH'S ENTERTAINMENT, INC.

NOW INTO COURT, through undersigned counsel, come Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., who file the following list of exhibits which MAY be used at trial in the above captioned matter set for May 21, 2001:

1.  Undated Handwritten letter from Gianna to Connie Albright;

2.  Gianna invoices for November, 95; September 26 – October 31, 1995; August 25, 1995;

3.  Connie Albright Employee Expense Report 11/20-11/25/95;

4.  8-28-95 letter from Scott Buhrer to Connie Albright re: Design Consulting Agreement;

___Fee_____
___Process___
X  Dktd_____
___CtRmDep__
Doc.No._____

5. 9-14-95 Connie Albright letter to Gianna, Inc. (Scott Buhrer) regarding terms of proposed Design Consulting Agreement, modifications listed, Confidentiality Agreement, Travel expenses, etc.;

6. 12-10-95 Scott Buhrer letter to Connie Albright re: Design Consulting Agreement;

7. 2-14-96 Connie Albright letter to Scott Buhrer documenting agreements (design sketches attached);

8. 2-15-96 Scott Buhrer letter to Connie Albright re: contract;

9. 3-1-96 Scott Buhrer letter to Connie Albright re: contract;

10. 3-25-96 Bennett Wolff letter to Connie Albright re: proposed May 1 meeting – page 2 of 8/28/95 letter attached;

11. 3-25-96 Connie Albright letter to Bennett Wolff;

12. 5-6-96 Connie Albright letter to Scott Buhrer, Gianna re: settlement agreement;

13. All Harrah's checks to Jane Galiano or Gianna, Inc.;

14. 5-15-96 Connie Albright letter to Scott Buhrer, Gianna enclosing settlement check;

15. 5-15-96 Connie Albright letter to Scott Buhrer re: royalties/All Bilt;

16. 5-16-96 Fax Memo to Scott Buhrer from Connie Albright re: amendment to settlement;

17. 5-22-96 Vincent G. de Young letter to Scott Buhrer re: settlement agreement;

18. 6-4-96 Gianna Galiano letter to Phil Satre, President, Harrah's Entertainment, Inc. with excerpts from La. Civil Code 1966 Edition attached;

19. 6-11-96 Note from Mary Miller to Vince re: settlement check to Gianna, Inc;

20. Photographs from Skagit opening;

21. Harrah's "People" magazine, Winter 1996;

22. Documents from All Bilt, or any of its entities, Uniform Ideas or Angelica Uniform Company or any other manufacturer regarding orders placed for uniforms;

23. Uniform Ideas' agreement with Gianna, Inc. regarding royalty payments;

24. All pleadings and discovery responses in the instant action subject to the Federal Rules of Evidence;

25. Any exhibit(s) attached to any deposition (reserving any objections by defendant thereunder);

26. Correspondence and other documents from the Copyright Office file on Gianna, Inc.'s copyright registration;

27. H.C. Consulting, Inc.'s promotional materials (Exh. Galiano No. 1);

28. Uniform Ideas royalty statements;

29. Prototypes and production samples;

30. Uniform Ideas invoices for uniforms ordered for Skagit Valley and Joliet;

31. All Bilt's Visual Constructive Patterns;

32. Examples of uniforms currently in use at Harrah's;

33. Examples of markers used by Uniform Ideas to assist in the creation of uniforms;

34. Sketch of Tunica uniform as of 11/10/98.

WHEREFORE, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. pray that this Exhibit List be deemed good and sufficient and specifically reserves its

3

right to supplement and amend this Exhibit List in this matter, as is permitted by the Court.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States Mail, postage pre-paid, this 16th day of March, 2001.

_____

4