

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 16 PM 5: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC., | * | CIVIL ACTION |
| Plaintiffs | * | No. 00-0071 |
| | * | Section: "E" )5) |
| VERSUS | * | |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | Judge: Livaudais |
| And | * | |
| HARRAH'S ENTERTAINMENT, INC., | * | Magistrate: Chasez |
| Defendants | * | |
| | * | |

*************************************************

### MAY CALL WITNESS LIST OF DEFENDANTS HARRAH'S OPERATING COMPANY AND HARRAH'S ENTERTAINMENT, INC.

NOW INTO COURT, through undersigned counsel, come Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., and files the following list of witnesses who MAY be called to testify in the above captioned matter set for trial May 21, 2001:

1. Connie Albright

2. Jan Starnes

3. Ellen Dixon

4. Vincent DeYoung

5. Scott Buhrer

6. Bennett Wolff



7. William J. Morgan

8. Mary Beth Morgan

9. Linda Gunnerson

10. Ann Mitchell

11. A representative of H.C. Consulting, Inc.

12. A representative of the Philip Morris Company.

13. A representative of Disney Corporation

14. John T. Spordone, Jr.

15. Thomas Michaelman

16. Howard Wechsler

17. Shane Mackey

18. Thomas Marquez

19. Brian Glorioso

20. A representative of the U.S. Copyright Office

21. An expert on uniform design and production

22. An expert on accounting/economics, if necessary

23. Any witness listed or called by plaintiffs

WHEREFORE, Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., pray that this Witness List be deemed good and sufficient

and specifically reserves its right to supplement and amend this Witness List in this matter, as is permitted by the Court.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for Defendants,**
*Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States Mail, postage pre-paid, this 16th day of March, 2001.

_____