PLEASE FILE IN RECORD

FILE UNSIGNED



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 19 AM 9:28
MAR 19 2001
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED HEARING ON
THE CONSOLIDATED MOTIONS: TO CONTINUE AND, FOR AN EXPEDITED
HEARING ON THE MOTION FOR A STATUS CONFERENCE, AND
ALTERNATIVELY, FOR AN EXPEDITED HEARING FOR A NEW TRIAL DATE, OR
A SEVERANCE OF THE ISSUES OF DAMAGES AND LIABILITY, OR TO EXTEND
CUTOFF DATES, OR FOR OTHER APPROPRIATE RELIEF**

Now come plaintiffs, Jane Galiano and Gianna, Inc., and respectfully move this Court for

an expedited hearing of the attached consolidated Motions: to Continue And, For an Expedited

Hearing on The Motion For a Status Conference, And Alternatively, For an Expedited Hearing

For a New Trial Date, or a Severance of The Issues of Damages And Liability, or to Extend

Cutoff Dates For Other Appropriate Relief, for the reasons set forth in the memorandum of law

annexed hereto

1



New Orleans, Louisiana this 15TH day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana  70113-7103
Telephone:  (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

New Orleans, Louisiana this 15TH day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana  70113-7103
Telephone:  (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON CONSOLIDATED MOTIONS: ON THE MOTION FOR A STATUS CONFERENCE, AND ALTERNATIVELY, FOR AN EXPEDITED HEARING FOR A NEW TRIAL DATE, OR A SEVERANCE OF THE ISSUES OF DAMAGES AND LIABILITY, OR TO EXTEND CUTOFF DATES, OR FOR OTHER APPROPRIATE RELIEF**

MAY IT PLEASE THE COURT:

There are key discovery issues pending before the Magistrate Judge. A copy of that motion and its annexes is annexed hereto for reference. That motion and those discovery issues go to the heart of this case.

The pending motions reluctantly question defendants' good faith in responding to discovery in this Court.

There are only 2 weeks before the Discovery deadline set by this Court. As of this date, defendants have not responded to key discovery requests which go to the heart of the liability and damage issues before this Court. Plaintiffs' experts cannot complete their work because of the

3

position defendants have taken toward discovery in this case.

This consolidated motion is necessary to move this case forward to achieve optimum results in a minimum amount of time. The very purpose and spirit of discovery is negated without a bare minimum of cooperation from defendants.

<u>Plaintiffs' deadlines: to file expert reports, to file witness and exhibit lists and the deadline to complete discovery are past due.</u>

Defendants HAVE NOT PRODUCED the requested invoices, purchase orders, or sketches in keeping with Subpoenas and/or Discovery requests. Furthermore, as the result of the depositions, it has been verified that defendants do have in their possession or were given copies of purchase orders by certain costume/uniform manufacturing companies. If such documentation does not exist in Harrah's files, any jury will probably conclude that its absence can only be attributed to defendants' spoliation of the requested documents.

Any interrogatories and requests for production have not been answered by Harrah's Entertainment, Inc. Although it was suggested that Harrah's Entertainment, Inc. should not be a party to this lawsuit, there is ample evidence that Harrah's Entertainment, Inc. was involved in the Settlement Agreement of 1996, a pivotal document at the heart of this case

Depositions have been delayed by opposing counsel until the last possible reasonable time. Opposing counsel has toyed with a deposition date for plaintiff - it has been changed at least twice. Subpoena Duces Tecum's have gone without reply. Opposing Counsel has relied on standard "word games" i.e., vague, ambiguous, to avoid producing documents.

Finally it was noticed with less than a week's notice on a date which counsel had not cleared. The net result of all of this is that plaintiffs cannot, within the allotted time remaining

prior to trial, achieve a "fair playing field" before the Court. The net result of these roadblocks severely limit any concrete evidence of the full extent of the damages for which HARRAH'S is liable.

The annexed discovery motion will bring the Court up to date as of today on the status of the case.

The Court should grant an expedited hearing.

New Orleans, Louisiana this 15th of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, ##21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

## ORDER

Considering the plaintiffs' Motion for an Expedited Hearing on the Consolidated Motions: for an Expedited Hearing on: the Motion for a Status Conference, and Alternatively, for a New Trial Date, or a Severance of the Issues of Damages and Liability, or to Extend Cutoff Dates, or to Strike Defendants' Answer For Reasons Set Forth in The Discovery Motion Annexed Hereto For Reference, or for Other Appropriate Relief, and its accompanying Memorandum of Law, filed by Jane Galiano and Gianna, Inc.,

IT IS ORDERED by this Court that the Motion for Expedited Hearing on the above Motions, by Jane Galiano and Gianna, Inc. be and is hereby set for hearing on _____, the _____ day of _____, 2000, at _____ o'clock ___ M.

6

New Orleans this _____ day of March 2001.

_____
UNITED STATES DISTRICT JUDGE

*PLEASE FILE IN RECORD*
*FILE UNSIGNED*

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

**PLEASE FILE IN RECORD**

### NOTICE OF HEARING

You are hereby notified that the Motion for Expedited Hearing on the Consolidated Motions: for an Expedited Hearing on the Motion for a Status Conference, and Alternatively, for a New Trial Date, or a Severance of the Issues of Damages and Liability, or to Extend Cutoff Dates, or to Strike Defendants' Answer For Reasons Set Forth in The Discovery Motion Annexed Hereto For Reference, or for Other Appropriate Relief., filed by Jane Galiano and Gianna, Inc., by Jane Galiano and Gianna, Inc. will be heard on _____, the _____ day of _____, 2001, at _____. M., at the United States District Court for the Eastern District of Louisiana, 501 Magazine Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 15th day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of March, 2001 served a copy of the foregoing Motions on Counsel,

> Joseph W. Looney, T.A.
> Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
JONATHAN M. SHUSHAN