FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 19  AM 9: 27
MAR 19 2001
LORETTA G. WHYTE
CLERK

## EASTERN DISTRICT OF LOUISIANA
## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT OF THE CONSOLIDATED MOTIONS

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through understand counsel, and

respectfully moves this Honorable Court pursuant to LR 78.1E to grant oral argument of its

Consolidated Motions, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 15th day of March 2001.

DATE OF ENTRY
MAR 1 9 2001

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No._____

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana  70113-7103
Telephone:  (504) 529-4141
Facsimile:    (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORAL ARGUMENTS

MAY IT PLEASE THE COURT:

Plaintiffs respectfully requests oral argument of its Consolidated Motions attached hereto.

Plaintiffs' case has been placed in severe jeopardy and a grave miscarriage of justice will occur without the Court's intervention due to the bad faith of defendants in the Discovery Process. Time is of the essence. There has been a dearth of information despite the scope of Plaintiffs' discovery requests. Considering the pre-trial deadlines and the lack of cooperation in Discovery by Harrah's, the issues that need to be addressed require an immediate resolution.

Some of the issues in the consolidated motions interlock and therefore are dependant upon the Court's previous decisions.

Some of plaintiffs' requests are addressed in the alternative.

Some of the Motions address entirely new issues that require the Court's ruling prior to

trial that will surely impact both plaintiffs and defendants.

Plaintiffs' counsel requests the opportunity to present the issues and to lay out the ground work that lead to the current state of affairs. Furthermore, the exercise of the option for oral argument will allow the Court the immediate ability to further clarify any issue and/or to seek additional information regarding the individual motion(s) and the motions in total.

New Orleans, Louisiana this 15th day of March 2001.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

You are hereby notified that the Motion for Oral Arguments on the Consolidated

Motions, by Jane Galiano and Gianna, Inc. will be heard on _____, the _____ day of

_____, 2001, at _____ ___. M. , at the United States District Court for the Eastern

District of Louisiana, 501 Magazine Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana this 15th day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone. (504) 529-4141; Fax. (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

JANE GALIANO, AND GIANNA, INC.    *    CIVIL ACTION NO. 00-0071
                                  *
                                  *
                                  *
VERSUS                            *    SECTION " E" " (5)
                                  *
                                  *    JUDGE MARCEL LIVAUDAIS, JR.
                                  *
HARRAH'S OPERATING CO., INC.,     *
            AND                   *
HARRAH'S ENTERTAINMENT, INC.      *    MAGISTRATE ALMA CHASEZ
                                  *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    Considering the plaintiffs' Motion for Oral Arguments on the Consolidated Motions, and

its accompanying Memorandum of Law, filed by Jane Galiano and Gianna, Inc.,

    IT IS ORDERED by this Court that the Motion for Oral Arguments on the Consolidated

Motions by Jane Galiano and Gianna, Inc. be and is hereby set for hearing on __WED.__, the

__21st__ day of __March__, 2000, at __10:00__'clock __A__ M.

    New Orleans this __16th__ day of March 2001

_____
UNITED STATES DISTRICT JUDGE
MARCEL LIVAUDAIS, JR.