

MINUTE ENTRY
LIVAUDAIS, SJ.
March 20, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, and GIANNA, INC.             CIVIL ACTION

versus                                     No.  00-0071

HARRAH'S OPERATING CO., INC., and          SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.

Pursuant to the mutual request of the parties, oral argument on the expedited motion of plaintiffs to continue the pretrial and trial dates, to extend the cutoff dates, for a status conference, or alternatively for a severance on the issues of damages and liability, presently set on March 21, 2001, is hereby **CONTINUED** to **March 28, 2001 at 10:00 a.m.**

DATE OF ENTRY
MAR 2 0 2001