EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | |
|---|---|
| JANE GALIANO, AND GIANNA, INC. | CIVIL ACTION NO. 00-0071 |
| VERSUS | SECTION " E " " (5) |
| | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | MAGISTRATE ALMA CHASEZ |

**PLEASE FILE IN RECORD**

FILED 2001 MAR 23 AM 9:37
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

## REQUEST FOR ORAL ARGUMENT OF CONSOLIDATED MOTIONS

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully moves this Honorable Court pursuant to LR 78.1E to grant oral argument of its Consolidated Motions, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 21st day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No.___

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORAL ARGUMENTS

MAY IT PLEASE THE COURT:

Plaintiffs respectfully requests oral argument of its Consolidated Motions attached hereto.

Plaintiffs' case has been placed in severe jeopardy and a grave miscarriage of justice will occur without the Court's intervention due to the bad faith of defendants in the Discovery Process. Time is of the essence. There has been a dearth of information despite the scope of Plaintiffs' discovery requests. Considering the pre-trial deadlines and the lack of cooperation in Discovery by Harrah's, the issues that need to be addressed require an immediate resolution.

Some of the issues in the consolidated motions interlock and therefore are dependant upon the Court's previous decisions.

Some of plaintiffs' requests are addressed in the alternative.

Some of the Motions address entirely new issues that require the Court's ruling prior to trial that will surely impact both plaintiffs and defendants.

Plaintiffs' counsel requests the opportunity to present the issues and to lay out the ground work that lead to the current state of affairs. Furthermore, the exercise of the option for oral argument will allow the Court the option to further clarify any issue and to seek additional information regarding the individual motion(s) and the motions in total.

New Orleans, Louisiana this 21st day of March 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of March, 2001, served a copy of the foregoing pleadings for Oral Argument on Counsel:

>   Joseph W. Looney, T.A.
>   Melissa S. LaBauve
>   Adams and Reese LLP
>   4500 One Shell Square
>   New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
SIDNEY L. SHUSHAN