

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO and GIANNA, INC.                CIVIL ACTION

versus                                                           No. 00-0071

HARRAH'S OPERATING CO., INC., and            SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.

### O R D E R

A pretrial conference is scheduled in this matter on May 2, 2001 and jury trial is scheduled May 21, 2001. On March 19, 2001, plaintiffs Galliano and Gianna, Inc., filed a motion for an expedited hearing on consolidated motions to continue, for a status conference, and alternatively, for a new trial date, or a severance of the issues of damages or to extend cutoff dates. An expedited hearing was set March 21, 2001 at 10:00 a.m.

On March 20, 2001, after the court's staff inquired whether there would be any opposition to the motion, counsel for plaintiffs and defendants advised that they wished to continue the motion

1



until March 28, 2001 at 10:00 a.m.  Plaintiffs' counsel delivered this date, March 22, 2001, a voluminous document encaptioned "Revised Motion for Expedited Hearing on Revised Consolidated Motions: (1) for Expedited Hearing on Motion for Leave to Amend Claim to Allege Single Enterprise and for an Expedited Hearing on Motion for Spoliation of Evidence in the Alternative, and (2) for an Expedited Hearing on the Motion for a Status Conference, and (3) Alternatively, for an Expedited Hearing for a New Trial Date, or a Severance of the Issues of Damages and Liability, or to Extend Cutoff Dates, or for Other Appropriate Relief."  Plaintiffs state in the motion that they wish to withdraw the motions filed on March 15, 2001 and substitute the Revised Motion to bring the court up to date concerning the previous week's depositions.

After reviewing the lengthy motion and memoranda in support, the Court has concluded that this matter is not in a posture for trial in less than two months.  Additional considerations are the fact that on May 7, 2001, a civil action which has been pending since 1991 is set for trial and motions in limine are likely to be filed shortly and 19 motions have been filed in a complex admiralty

2

case which are set for hearing on April 25, 2001 and must be decided shortly therafter. The undersigned is a Senior Judge with reduced staff and is unable to accommodate repeated revised motions in this instant case in light of the motion and trial schedule in these other matters.

Accordingly,

**IT IS ORDERED** that the pretrial conference set May 2, 2001 and the trial set May 21, 2001 are hereby **CONTINUED.**

**IT IS FURTHER ORDERED** that a status conference will be held in Chambers on **April 24, 2001 at 2:00 p.m.** to schedule new trial, pretrial, and cutoff dates. The Court expects that counsel will make every effort to work out the discovery problems which seem to be plaguing the forward progress of this action.

**IT IS FURTHER ORDERED** that the expedited hearing set in this matter on **March 28, 2001** is **CANCELED.** Plaintiffs' voluminous expedited motion filed this date is **DENIED AS MOOT** regarding plaintiff's request for a continuance of the trial, pretrial, and cutoff dates, and for a status conference. As to the other relief requested by the plaintiff in the March 22, 2001 motion, the motion

3

is **DENIED WITHOUT PREJUDICE** to plaintiff's right to refile it after the status conference, if appropriate. Any motion to amend the pleadings should be noticed before the Magistrate Judge, in accordance with Local Rules.

New Orleans, Louisiana, March 22, 2001.

*[signature]*

**MARCEL LIVAUDAIS, JR.**
United States District Judge

4