

MINUTE ENTRY
CHASEZ, M.J.
MARCH 28, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO AND GIANNA, INC.                CIVIL ACTION

VERSUS                                        NUMBER: 00-0071

HARRAH'S OPERATING CO., INC., ET AL.          SECTION: "E"(5)


HEARING ON MOTION

APPEARANCES:    Sidney Shushan, Joe Looney, Melissa LaBauve

MOTION:

(1) Plaintiffs' Motion to Compel, for Leave to Allege Single
    Enterprise, and for Spoliation of Evidence in the Alternative
(2) Plaintiffs' Revised Motion to Compel Discovery

_____ :    Continued to

_____ :    No Opposition

  1,2   :    Opposition (combined)

_____ :    Local Rules 37.1E, 33.2, 36.1, 7.1E


DATE OF ENTRY
MAR 3 0 2001

Fee_____
\_\_Process\_\_
X Dktd
\_\_CtRmDep
Doc.No. 85

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1,2__ :   Other. Limited to the gold card jacket, dealer shirt, and fresh market designs, Harrah's is to contact the six uniform manufacturers that it has utilized and is to make every effort to obtain the documents sought in plaintiff's Request for Production of Documents No. 1, as well as those that were identified on pages 73 and 74 of the Albright deposition, within the next thirty days. Harrah's is also to obtain affidavits from the appropriate manufacturers' representatives attesting to the completeness and accuracy of the documents that will be produced. If that effort proves to be unsatisfactory and/or if fewer than all manufacturers cooperate in the process, the Court is to be notified so that deposition possibilities can be discussed. Plaintiffs are granted leave to re-urge their request for documents pertaining to other designs as the need arises.

Plaintiffs are granted leave to amend their complaint to allege a single enterprise. However, plaintiffs' request to amend to raise a spoliation claim is denied without prejudice to their right to re-urge same following receipt of the manufacturers' documents ordered above.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE