

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -3 P 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER TO SUPPLEMENTAL AND AMENDING COMPLAINT
AND COUNTERCLAIM
BY HARRAH'S OPERATING CO., INC.
AND HARRAH'S ENTERTAINMENT, INC.**

NOW COME Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., defendants herein, and respond to the Supplemental and Amended Complaint served by hand delivery on March 23, 2001, on undersigned counsel as follows:

I.

All objections and affirmative defenses raised in Defendants' Original Answer are hereby reaverred and reurged.



II.

AND NOW for further answer to the specific allegations set forth by Plaintiffs, defendants Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. respectfully represent:

1.

All responses and averrals set forth in defendants' Answer to the Original Complaint are hereby reaverred and reurged.

2.

All allegations of Paragraph 2 of the Supplemental and Amending Complaint are denied.

3.

The allegations of Paragraph 3 of the Supplemental and Amending Complaint are denied.

AND NOW, by way of counterclaim, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. aver as follows:

1.

Plaintiffs failed to disclose to the United States Copyright Office and to the Court that the alleged copyrighted work was not entirely original but was, instead, based on the prior work of a third party or third parties, portions of which plaintiff has now complained were infringed by defendants' activities.

2.

Such fraud on the Copyright Office constitutes misuse and grounds for dismissal of plaintiffs' copyright claim and entitles defendants to full attorneys' fees, costs and expenses as prevailing party.

WHEREFORE, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. pray:

a.  That this Answer to Supplemental and Amending Complaint and Counterclaim be deemed sufficient and filed in these proceedings;

b.  After due proceedings had there by judgment in favor of defendants and against plaintiffs for all relief prayed for in the initial answer, and dismissal of any claims asserted or attempted to be asserted in the Supplemental and Amending Complaint;

c.  After due proceeding had, there be judgment in favor of defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. against plaintiffs Jane Galiano and Gianna, Inc. on their Counterclaim;

d.  In addition, that there be judgment in favor of defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. and against Jane Galiano and Gianna, Inc. for attorneys' fees, costs and expenses associated with this action as prevailing party; and

e.  For all further just and equitable relief.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8273)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc.*
*and Harrah's Entertainment, Inc.*

3

## CERTIFICATE OF SERVICE

I do hereby certify that on this 3rd day of April, 2001, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States mail, properly addressed and first class postage prepaid.

*[signature]*