

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 23 PM 4:23

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff<br><br>versus<br><br>HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

### MOTION AND INCORPORATED MEMORANDUM
### TO SUBSTITUTE DECLARATION

NOW INTO COURT through undersigned counsel comes Harrah's Operating Company and Harrah's Entertainment, Inc. who respectfully request that this Honorable Court substitute the unsigned Declaration of Henry Conversano, attached as Exhibit 6 to Harrah's Opposition to Plaintiffs' Motion to Dismiss filed on May 22, 2001 with the attached signed Declaration of Henry Conversano. Harrah's was unable to obtain the signed declaration prior to the filing of its Opposition on May 22, 20001.

WHEREFORE, Defendants respectfully request that this Honorable Court substitute the signed Declaration of Henry Conversano into the record.

DATE OF ENTRY
MAY 25 2001



Respectfully submitted,

ADAMS AND REESE LLP

*[signature]*

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc.*
*and Harrah's Entertainment, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2001, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and via United States mail, properly addressed and first class postage prepaid.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. *<br>Plaintiff *<br> *<br>versus *<br> *<br>HARRAH'S OPERATING CO., INC. *<br>And *<br>HARRAH'S ENTERTAINMENT, INC. *<br>Defendant *<br> * | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

## 28 U.S.C. §1746 DECLARATION OF HENRY CONVERSANO

I, HENRY CONVERSANO, state as follows:

I live at 4146 Canyon Road, Lafayette, California, 94549.

In 1995 I was President of HC Designs, Inc., based in Oakland, California.

I conceived of and submitted a group of renderings to Harrah's for the interior design of various courts in the New Orleans Casino.

I submitted those scenes in a booklet attached hereto as Exhibit 1.

HC Designs solely created the "Smugglers' Cove" scene featuring the damaged vessel beached in the cove, shown at page 7 of Exhibit 1.

HC Designs created this rendering from a drawing prior to July of 1995, and submitted it to Harrah's for a meeting at Canal Place in New Orleans on July 17, 1995.

Exhibit 1 was handed out to numerous costume designers who were then asked to submit proposals for costume garment manufacture for the New Orleans Casino.

No one from HC Designs ever saw a similar drawing by Jane Galiano or Gianna, Inc. at any time.

At no time did HC Designs give Gianna, Inc. or Jane Galiano permission to use the "Smugglers' Cove" scene to create any of her designs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _22_ day of May, 2001.

_____
Henry Conversano

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * <br> Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br> Defendant * <br> * <br> ****************************************** | | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

**ORDER**

Considering the Motion of Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc. to substitute the signed Declaration of Henry Conversano, attached as Exhibit 6 to Harrah's Opposition to Plaintiffs' Motion to Dismiss filed on May 22, 2001,

IT IS HEREBY ORDERED that the signed Declaration of Henry Conversano, attached as Exhibit 6 to Harrah's Opposition to Plaintiffs' Motion to Dismiss filed on May 22, 2001, shall be substituted for the unsigned Declaration of Henry Conversano.

New Orleans, Louisiana this _____ day of May, 2001.

_____
U.S. District Judge