

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## ANSWER TO DEFENDANTS' COUNTERCLAIM

Now come defendants in the counterclaim, Jane Galiano and Gianna Inc., through undersigned counsel, and answers the Counterclaim as follows:

1.

Defendants deny the allegations of Paragraph 1 of the Counterclaim.

2.

Defendants deny the allegations of Paragraph 2 of the Counterclaim.

New Orleans, Louisiana this 5th day of June, 2001.

Respectfully submitted,

_____
Sidney L. Shushan, # 12055
Guste, Barnett, & Shushan, L.L.P.
Attorneys for Crossclaim Defendants and Movers,
639 Loyola Avenue,  Suite 2500
New Orleans, La. 70113
Telephone: 504-529-4141
Direct Line 504-681-4519
Fax: 504-561-0326
E-mail: sshushan@bellsouth.net

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of May 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery.

_____
SIDNEY L. SHUSHAN