EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR 22 A 9 09
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING ON REVISED MOTION TO COMPEL DISCOVERY

Now come plaintiffs, Jane Galiano and Gianna, Inc., and respectfully move this Court for an expedited hearing of the attached Motion to Compel Discovery, for the reasons set forth in the memorandum of law annexed hereto.

New Orleans, Louisiana this 21st day of March 2001.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
JUN 1 2 2001

1

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR EXPEDITED HEARING ON REVISED MOTION TO COMPEL DISCOVERY**

MAY IT PLEASE THE COURT:

The pending motion reluctantly questions defendants' good faith in responding to discovery in this Court. The issues raised go to the heart of the liability and damages issues in this case.

There are only 2 weeks before the Discovery deadline set by this Court. As of this date, defendants have not responded to key discovery requests which go to the heart of the liability and damage issues before this Court. Plaintiffs' experts cannot complete their work because of the position defendants have taken toward discovery in this case.

This consolidated motion is necessary to move this case forward to achieve optimum results in a minimum amount of time. The very purpose and spirit of discovery is negated without a bare minimum of cooperation from defendants.

2

<u>Plaintiffs' deadlines: to file expert reports, to file witness and exhibit lists is past due and the deadline to complete discovery is rapidly approaching.</u>

Defendants HAVE NOT PRODUCED the requested invoices, purchase orders, or sketches in keeping with Subpoenas and/or Discovery requests. Furthermore, as the result of the depositions, it has been verified that defendants do have in their possession or were given copies of purchase orders by certain costume/uniform manufacturing companies. If such documentation does not exist in Harrah's files, any jury will probably conclude that its absence can only be attributed to defendants' spoliation of the requested documents.

Any interrogatories and requests for production have not been answered by Harrah's Entertainment, Inc. Although it was suggested that Harrah's Entertainment, Inc. should not be a party to this lawsuit, there is ample evidence that Harrah's Entertainment, Inc. was involved in the Settlement Agreement of 1996, a pivotal document at the heart of this case.

Depositions have been delayed by opposing counsel until the last possible reasonable time. Opposing counsel has toyed with a deposition date for plaintiff - it has been changed at least twice. Subpoena Duces Tecum's have gone without reply. Opposing Counsel has relied on standard "word games" i.e., vague, ambiguous, to avoid producing documents.

Finally defendants finally noticed plaintiffs deposition with less than a week's notice on a date which counsel had not cleared. The net result of all of this is that plaintiffs cannot, within the allotted time remaining prior to trial, achieve a "fair playing field" before the Court. The net result of these roadblocks severely limit any concrete evidence of the full extent of the damages for which HARRAH'S is liable.

The Court should grant an expedited hearing.

New Orleans, Louisiana this 21st of March 2001.

Respectfully submitted,

/s/ *signature*
SIDNEY L. SHUSHAN, #12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## ANNEXES TO
## MOTION FOR EXPEDITED HEARING ON MOTION TO COMPEL

ANNEX A   Correspondence from Opposing Counsel Delaying Depositions.

ANNEX B   Interrogatory Questions and Requests for Production, Defendant's Answers to Original Discovery.

ANNEX C   Deposition of John Sbordone held on February 21, 2001.

ANNEX D   December 4, 1995 Letter from Howard Wecksler to Jan Starnes

ANNEX E   Affidavit of Jonathan M. Shushan

ANNEX F   Settlement Agreement of May 6, 1996.

ANNEX G   Letter dated July 10, 1995, from Ellen Dixon regarding Overview Meeting, Uniform Projections for Canal St. Casino and Custom Designs for Harrah's New Orleans Casino.

ANNEX H   Accounts Payable Voucher dated 5/8/96 and Other Supporting Documentation from Harrah's H00075 - H00080

ANNEX I   Accounts Payable Voucher dated 9/10/98 and Other Supporting Documentation from Harrah's Discovery H00067 - H00074

-36-

| | |
|---|---|
| ANNEX J | Copies of Purchase Orders from Plaintiffs' Records: Upper Skagit Indian Tribe. Costumes/Uniforms manufactured by All-Bilt Uniform Fashion |
| ANNEX K | All-Bilt Uniform Fashions: photographs and sketches and designs used for Harrah's. |
| ANNEX L | Gianna Inc. designs matched by Shane Mackey to All-Bilt designs. |
| ANNEX M | List of files from All-Bilt disks |
| ANNEX N | Blank |
| ANNEX O | Defendants' Production of Purchase Orders |
| ANNEX P | Galiano Affidavit and Chart of Designs |
| ANNEX Q | Business Card of Connie Albright |
| ANNEX R | Documents with Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc. listed. |
| ANNEX S | W-2 of Shane Mackey for the calendar year of 1995. |
| ANNEX T | Defendants' updated Witness and Exhibit lists. |

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the plaintiffs' Motion an Expedited Motion on the Motion to Compel and its accompanying Memorandum of Law, filed by Jane Galiano and Gianna, Inc.,

IT IS ORDERED by this Court that the Motion for Oral Argument on the Motion to Compel by Jane Galiano and Gianna, Inc. be and is hereby granted on ___W___, this 28th day of ___March___, 2000, at 11:00 o'clock A. M.

New Orleans this __28__ day of March 2001

_Alma L. Chasez_
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

5

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of March, 2001, served a copy of the foregoing Motion to Compel on Counsel:

Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
SIDNEY L. SHUSHAN