FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -6 AM 8:57

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 2, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL.                    CIVIL ACTION

VERSUS                                  NUMBER: 00-0071

HARRAH'S OPERATING CO., INC., ET AL.    SECTION: "E"(5)


Oral argument on Plaintiffs' Motion to Compel will be conducted on November 21, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 0 6 2001

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.