FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 13 AM 10: 08

L. G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | 00-71 |
| VERSUS | * | SECTION " E " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT OF PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully moves this Honorable Court pursuant to LR 78.1E to grant oral argument of its Consolidated Motions, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 13st day of November, 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
NOV 15 2001

Fee_____
Process_____
X Dktd_____
___CtRmDep_____
Doc.No._111_

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR ORAL ARGUMENT OF PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY

MAY IT PLEASE THE COURT:

Plaintiffs respectfully requests oral argument of its Renewed Motion to Compel attached hereto.

Plaintiffs' case has been placed in severe jeopardy and a grave miscarriage of justice will occur without the Court's intervention due to the bad faith of defendants in the Discovery Process. Time is of the essence. There has been a dearth of information despite the scope of Plaintiffs' discovery requests. Considering the pre-trial deadlines and the lack of cooperation in Discovery by Harrah's, the issues that need to be addressed require an immediate resolution.

Some of the issues in the consolidated motions interlock and therefore are dependant upon

the Court's previous decisions.

Some of plaintiffs' requests are addressed in the alternative.

Some of the Motions address entirely new issues that require the Court's ruling prior to trial that will surely impact both plaintiffs and defendants.

Plaintiffs' counsel requests the opportunity to present the issues and to lay out the ground work that lead to the current state of affairs. Furthermore, the exercise of the option for oral argument will allow the Court the option to further clarify any issue and to seek additional information regarding the motion.

New Orleans, Louisiana this __13__ st day of November 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
BRIAN L. GLORIOSO, # 27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___13___ st day of November, 2001, served a copy of the foregoing pleadings for Oral Argument on Counsel:

Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
BRIAN L. GLORIOSO

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

## ORDER

Upon the motion of plaintiffs,

IT IS ORDERED: That Plaintiffs' Request for Oral Argument is granted and oral argument will be heard on the 21st day of November, 2001, at 11:00 AM /PM.

New Orleans, Louisiana ___14___ day of ___Nov___ 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate