FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 20 PM 4:55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. * <br> Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br> Defendant * <br> * <br> ********************************************* | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

### MEMORANDUM IN OPPOSITION TO
### EXTENSION OF EXPERT REPORT DEADLINE

NOW COMES, Harrah's Entertainment, Inc., and opposes the Motion of Plaintiffs, Jane Galiano and Gianna, Inc., to extend the expert report filing deadline.

The only ground asserted by Plaintiffs for this extension is that a discovery dispute has arisen. This ground is specious considering "the discovery dispute" only arose last week with the filing of a Motion to Compel. Prior to that time, for more than six months, Plaintiffs have made absolutely no effort to obtain any discovery, urge any motion practice or take any steps in terms of expert testimony or otherwise in this case. The case, in fact, has lain dormant for more than six months. Indeed, the "discovery dispute" appears to be

manufactured merely to support the present motion for extension of the expert report filing deadline.

Plaintiffs clearly have failed to prosecute this case with anything approaching diligence, have ignored the deadlines imposed by the Court many months previous to the cutoff, and should not be rewarded by additional time to extend any deadlines in this case.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc.*
*and Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2001, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and via United States mail, properly addressed and first class postage prepaid.

_____