EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR LEAVE TO REPLY TO HARRAH'S RESPONSE TO REPLY TO OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully requests that this Court grant plaintiffs leave to file into the record a reply brief to Defendants' Response to Reply to Opposition to Plaintiffs' Renewed Motion to Compel.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
NOV 2 7 2001

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Reply to Defendants' Opposition,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the annexed "Plaintiffs' Reply to Defendants' Response to Reply to Defendants' Opposition to the Renewed Motion to Compel", be filed into the record of the above captioned case.

New Orleans, Louisiana _____ day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE
                    Magistrate

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO THE RENEWED MOTION TO COMPEL**

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., through undersigned counsel, submit this Memorandum of Law in support of the attached Ex-Parte Motion for Leave to File a Reply to Defendants' Response.

The Court should either strike the Response or authorize the filing of this brief.

The copy of the "Response" which plaintiff received was not supported by a Motion for leave to file the Response or an order granting leave to file the response.

The Response is in fact completely unresponsive to the issues before the Court

A short brief will suffice to show why.

New Orleans, Louisiana this 21st day of November 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.