


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 20 PM 4: 56
NOV 20 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*********************************************

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel comes Defendant, Harrah's Entertainment, Inc., and respectfully moves this Court for an expedited hearing on its Motion For Leave To File A Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.***

Fee_____
Proc:____
X Dktd____
  CtRm____
Doc. No. 115

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*********************************************

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED HEARING

Defendant, Harrah's Entertainment, Inc., respectfully requests an expedited hearing on its Motion For Leave To File A Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel as Plaintiffs' Motion is set for hearing on November 21, 2001 at 11:00 a.m.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Joseph W. Looney*
_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2001, I have served a copy of the foregoing pleading on counsel for plaintiffs by Hand Delivery.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |
| * | | |

*********************************************

## ORDER

Considering the foregoing Motion of Harrah's Entertainment, Inc.,

IT IS HEREBY ORDERED that Harrah's Entertainment, Inc. is granted an expedited hearing on its Motion For Leave To File A Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel on the ____ day of _____, 2001 at ____.

New Orleans, Louisiana this _____ day of November 2001.

Moot
ALC 11/26/01

_____
Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |
| * | | |

*********************************************

## NOTICE OF HEARING

TO:  Jane Galiano and Gianna, Inc.
Throught their attorneys of record:
Sidney L. Shushan
Brian Glorioso
Guste, Barnette & Shushan
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113

The Motion For Leave To File Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel will be brought on for hearing before the Honorable Alma Chasez, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, LA 70130 on the ____ day of _____ 2001 at _____.

Respectfully submitted,

ADAMS AND REESE LLP

*[signature]*

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc***