```
                    FILED
               U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2001 NOV 27  AM 11:57

              LORETTA G. WHYTE
                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. * <br> Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br> Defendant * <br> * | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) <br><br> Judge Livaudais, Jr. <br><br> Mag. Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO <u>PLAINTIFFS' RENEWED MOTION TO COMPEL</u>

NOW INTO COURT, through undersigned counsel comes Defendant, Harrah's Entertainment, Inc., and respectfully requests that it be granted leave to file the attached Memorandum In Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel.

116

Respectfully submitted,

**ADAMS AND REESE LLP**

*[signature]*

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
|     Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
|     Defendant * | | Mag. Chasez |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE MEMORANDUM IN
RESPONSE TO PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' RENEWED MOTION TO COMPEL**

Defendant, Harrah's Entertainment, Inc., respectfully requests that it be granted leave to file the attached Memorandum In Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Renewed Motion To Compel because Plaintiffs raised arguments in their Reply Memorandum In Support of Renewed Motion To Compel that they didn't raise in their initial Motion and which must be addressed.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2001, I have served a copy of the foregoing pleading on counsel for plaintiffs by Hand Delivery.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
|     Defendant | * | Mag. Chasez |
| | * | |

*********************************************

## ORDER

Considering the foregoing Motion of Harrah's Entertainment, Inc.,

IT IS HEREBY ORDERED that Harrah's Entertainment, Inc. is granted leave to file a Memorandum In Response To Plaintiffs' Reply To Defendant's Opposition To Plaintiff's Renewed Motion To Compel.

New Orleans, Louisiana this _____ day of November 2001.

_____
Judge