```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 NOV 27 AM 11:57

                                           LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**CHASEZ, M.J.**
**21 NOVEMBER 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, et al. | CIVIL ACTION |
| VERSUS | NO: 00-071 |
| HARRAH'S OPERATING CO., INC., et al. | SECTION: 'E'(5) |

### HEARING ON MOTION

**APPEARANCES:** Sidney Shushan, Brian Glorioso, Joe Looney

**MOTION:**

(1) Plaintiffs' Renewed Motion to Compel Discovery Per Prior Order and to Enlarge That Order (Rec. doc. 108).
(2) Plaintiffs' Motion to Extend Time to Produce Expert Reports (Expedited).

\_\_\_\_\_ :    Continued to

\_\_\_\_\_ :    No Opposition

__1,2__ :    Opposition

\_\_\_\_\_ :    Local Rules 2.11E, 2.12, 2.06E

### ORDERED

\_\_\_\_\_ :    Dismissed as moot.

\_\_\_\_\_ :    Dismissed for failure of counsel to appear.

\_\_\_\_\_ :    Granted.

\_\_\_\_\_ :    Denied.

__1,2__ :    Other. 1: With the cooperation of the six uniform manufacturers, Harrah's may wish to stipulate

DATE OF ENTRY
NOV 27 2001

Fee\_\_\_\_\_
Process\_\_\_\_\_
X Dktd\_\_\_\_\_
CtRmDep\_\_\_\_\_
Doc.No. 118

to: 1) the designs each manufacturer was asked to produce for Harrah's; 2) the uniform(s) each manufacturer actually produced for Harrah's, including quantity; and, 3) Harrah's receipt of and payment for the uniforms. This will obviate the need for much of the discovery plaintiffs are seeking. Harrah's is also to stipulate that the style numbers on the All-Bilt invoices pertain to uniforms provided to Harrah's and that Harrah's paid the invoices for same. Otherwise, plaintiffs may wish to take the Rule 30(b)(6) deposition of the six manufacturers. All gold card shirt related documents are to be provided to plaintiffs in advance of that manufacturer's depositions. Harrah's is also to obtain from All-Bilt and is to produce to plaintiffs all information on the fresh market design. Finally, plaintiffs are to take the Rule 30(b)(6) deposition of Harrah's on the existence and retrievability of written purchase orders and on the manufacturer(s) of garments depicted in photographs that plaintiffs allegedly designed, with plaintiffs to identify those garments beforehand.

2: The deadline for submission of plaintiffs' expert reports is hereby extended to January 7, 2002 with defendants' to be submitted by February 7, 2002. The discovery deadline is extended solely for the purpose of deposing experts.

All depositions are to be taken on dates and times agreed to by the parties. Any inspections and/or photographing are also to be done with the concurrence of all parties.

_____
UNITED STATES MAGISTRATE JUDGE