

```
                FILED
           U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

           2001 DEC -7 PM 1:57

            LORETTA G. WHYTE
                 CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING

NOW COMES plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their Motion to Postpone Depositions Noticed by Defendants, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this ___7___<sup>th</sup> day of December 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano & Gianna, Inc.

```
DATE OF ENTRY
  DEC 1 3 2001
```

___Fee___
___Process___
_X_ Dktd
___CtRmDep
Doc.No.___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## <u>O R D E R</u>

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their Motion Postpone Depositions Noticed by Defendants be and it is hereby granted, and said hearing is set for the _____ day of _____, 2001, at _____ o'clock ___.M.

New Orleans, Louisiana,_____, 2001.

*Withdrawn*
*ALC*
*12/12/01*

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO POSTPONE DEPOSITIONS NOTICED BY DEFENDANTS**

NOW COMES plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an Order postponing the depositions of Mary Beth Morgan and Harvey Klein until after plaintiffs have had an opportunity to inspect documents as they are kept in the ordinary course of business by the respective manufacturers Uniform Ideas, Inc., and Red the Uniform Tailor, Inc., and for the reasons more fully set forth in the memorandum of law in support of this motion, annexed hereto. Plaintiffs, Jane Galiano and Gianna Inc., pray that the depositions of Mary Beth Morgan and Harvey Klein be postponed until after Plaintiffs' inspection of documents of Uniform Ideas, Inc., and Red the Uniform Tailor respectively.

New Orleans, Louisiana this ___7___th day of December 2001.

1

___Fee_____
___Process_____
X _Dktd_____
___CtRmDep____
Doc.No._____

Respectfully submitted,


*[signature]*
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING AND
<u>MOTION TO POSTPONE DEPOSITIONS NOTICED BY DEFENDANTS</u>**

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., respectfully request an expedited hearing of their Motion to Postpone Depositions Noticed by Defendants. Plaintiffs further request this Honorable Court order the depositions be postponed until after such time as Plaintiffs have inspected documents pursuant to the Subpoenas issued by Plaintiffs.

**I. The Court should grant an expedited hearing to prevent the Depositions which defendants have noticed for December 13, 2001 and December 14, 2001.**

Plaintiffs seek an expedited hearing on their Motion to Postpone Depositions Noticed by Defendants because the depositions in question are scheduled for the December 13, 2001 and December 14, 2001. Because these depositions are scheduled to take place less than one week

4

from the date Plaintiffs received notice of the depositions, Plaintiffs respectfully ask that this Court take action to prevent the depositions prior to the date Noticed by the Defendants. This motion is simple and should take little of this Court's time.

**II. The depositions noticed by Defendants should be postponed until after such time as Plaintiffs have inspected documents pursuant to the Subpoenas issued by Plaintiffs.**

Pursuant to the Order of the Court, Plaintiffs issued Subpoenas for inspection and production of documents by All-Bilt (Annex 1), and for testimony by representatives of All-Bilt (Annex 2).

Plaintiffs made arrangements with the attorney for All-Bilt for the production and inspection of documents on December 12, 2001, and for depositions of representatives of All-Bilt on December 13, 2001. These dates were cleared with the Defendants.

Subsequently, plaintiffs were informed by the defendants that they intended to notice the deposition of two employees of All-Bilt on the same day as Plaintiffs depositions. Plaintiffs have no objection to the defendants taking those depositions following the completion of Plaintiffs depositions of the All-Bilt representatives.

Plaintiffs also issued Subpoenas for inspection and production of documents to Uniform Ideas, Inc. (Annex 3).

However, the Defendants, then Noticed the Deposition of Mary Beth Morgan, a representative of Uniform Ideas, Inc. Plaintiffs object to the taking of this deposition prior to Plaintiffs inspection of records at Uniform Ideas. Plaintiffs issued a Subpoena to Uniform Ideas, for the inspection and production of documents on December 3, 2001 and set for December 11,

2001. However, counsel for Uniform Ideas, Inc., has indicated that production will not take place at that time.

Plaintiffs feel that any deposition prior to the production and inspection of documents is wasteful. Unless Plaintiffs have all of the records which the court ordered Plaintiffs to get from the manufacturers, any depositions will be incomplete an not suited for use at trial.

The Court ordered the Plaintiffs to go to the manufacturers and get the documents relating to the designs plaintiffs presented to the Court.(Annex 4). Plaintiffs have begun the process of complying with the Court's order.

The depositions which the defendants seek to take should be postponed until after Plaintiffs' inspection of documents. Once all documents have been produced pursuant to the subpoenas issued by plaintiffs in accordance with this Courts Order, the depositions of the manufacturers can be complete and accurate for the purpose of preserving evidence for trial.

Deposing the manufacturers prior to the production and inspection of documents serves no purpose except to frustrate Plaintiffs' ability to make a complete and accurate record for the Court.

Further should Defendants go forward with the depositions prior to Plaintiffs inspection of the records, Plaintiffs will have to re-depose the same witnesses again after the production and inspection of the documents. It makes no logical sense to force two additional depositions of these manufacturers.

Plaintiffs will act promptly to schedule the inspection of the records at Uniform Ideas, Inc. Plaintiffs have issued a Subpoena to Uniform Ideas, to produce a representative to testify as to the

storage, filing and/or destruction of any records relating to their dealings with either Plaintiffs or Harrah's. (Annex 5). That deposition will be set for December 14, 2001.

Plaintiffs have issued a Subpoena to Red the Uniform Tailor for the production and inspection of records which is set for December 14, 2001.(Annex 6). We will work with Counsel for Red the Uniform Tailor to complete this production and inspection of documents next week while both parties are in New York.

As a practical matter we need the cooperation of these manufacturers when subpoenas are issued so close to the date of inspection. Plaintiffs are making and have made every effort to accommodate the schedule of the defendants. However, we must also work with the manufacturers to set dates for production. Else Plaintiffs will end up in Courts in other jurisdictions concerning the subpoenas issued for production and inspection.

While we understand that the Defendants want to take all of these deposition in one trip to the New York area, it is impossible for Plaintiffs to schedule inspections, productions, and depositions of three different manufacturers in three days time.

We suggest to the Court that Plaintiffs be allowed to pursue their Subpoenas for the production and inspection of records before any depositions of the manufacturers. Without the records which this Court has Ordered Plaintiffs to seek from the manufacturers, any further depositions are meaningless and a waste of time.

New Orleans, Louisiana this __7__th day of December 2001.

Respectfully submitted,


_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this ___7th day of December 2001, served a copy of the foregoing pleading to counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by mailing the same by hand.

_____
BRIAN L. GLORIOSO

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Postpone Depositions Noticed by Defendants,

IT IS ORDERED by the Court that defendants, HARRAH'S Operating Co., Inc. and HARRAH'S Entertainment, Inc., appear and show cause before the above entitled Court, on _____, the _____ day of _____, 2001, at _____ o'clock ___.M., why the Court should not grant plaintiffs' order postponing the depositions noticed by Defendants until after such time as Plaintiffs has had the opportunity to inspect the documents request pursuant to the Subpoenas issued by Plaintiffs.

New Orleans, Louisiana, _____, 2001

_____
**UNITED STATES DISTRICT JUDGE**

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:  HARRAH'S OPERATING CO., INC.           HARRAH'S ENTERTAINMENT, INC.
     Through Its Attorney of Record          Through Its Attorney of Record,
     Joseph W. Looney, T.A.                  Joseph W. Looney, T.A.
     Melissa S. LaBauve                      Melissa S. LaBauve
     Adams and Reese LLP                     Adams and Reese LLP
     4500 One Shell Square                   4500 One Shell Square
     New Orleans, Louisiana 70139            New Orleans, Louisiana 70139

The Motion Postpone Depositions Noticed by Defendants filed by plaintiffs, Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable Alma Chasez, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the _____ day of _____, 2001, at _____ o'clock _____.M.

1

Respectfully submitted,

*[signature]*
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

2

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**