FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 24 AM 10: 02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| and | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
|     Defendants | * | Mag. Chasez |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, Harrah's Entertainment, Inc., and files the following list of witnesses who MAY be called to testify in the above captioned matter set for trial on March 11, 2002:

1. Connie Albright
2. Jan Starnes
3. Ellen Dixon
4. Vincent DeYoung
5. Scott Buhrer (under cross-examination)
6. Bennett Wolff (under cross-examination)
7. William J. Morgan
8. Mary Beth Morgan

9. Linda Gunnerson

10. Ann Mitchell

11. Walter Schwab

12. Harvey Klein

13. Adda Dunn

14. Pamela McLeod

15. A representative of H.C. Consulting, Inc.

16. A representative of the Philip Morris Company

17. A representative of Disney Corporation

18. John T. Sbordone, Jr.

19. Thomas Michaelman

20. Howard Wecksler

21. Shane Mackey (under cross-examination)

22. Thomas Marquez

23. Brian Glorioso (under cross-examination)

24. A representative of the U.S. Copyright Office

25. An expert on uniform design and production

26. An expert on accounting/economics, if necessary

27. Any witness listed or called by plaintiffs

WHEREFORE, Defendant, Harrah's Entertainment, Inc., prays that this Witness List be deemed good and sufficient and specifically reserves its right to supplement and amend this Witness List in this matter, as is permitted by the Court.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for Defendant,**
*Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing the same in the United States Mail, postage pre-paid, this 24th day of December, 2001.

_____

3