FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -9 PM 4:38
JAN 0 9 2002
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING LIST OF WITNESSES

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, submit the following Supplemental and Amending List of Trial "Fact Witnesses," and "Expert Witnesses":

### FACT WITNESSES

Plaintiffs may call any or all of the following witnesses:

1.  Any witness listed by any other party;

2.  Any witness subsequently discovered, on reasonable notice to defendants;

3.  Any witness needed to rebut the testimony of any witness who is presently unknown to

1

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No._124_

plaintiffs, and/or whose name appears for the first time on witness lists filed by defendants;

4. Jane Galiano
1024 Lyons Street
New Orleans, Louisiana 70115;

5. Steven Grey
405 East 78th St. #1D
New York, N.Y. 10021;

6. Shane Mackey
2253 Cambronne St.
New Orleans, Louisiana;

7. Bennett Wolff, Esq
600 Loyola Avenue
New Orleans, La. 70523-3026;

8. Brenda Sterling
1215 Tricou St.
New Orleans, La. 70117;

9. Bau Ngoc Nguyen
5016 Towering Oaks Avenue
Marrero, Louisiana 70072;

10. Mr. Scott Buhrer, Esq
600 Loyola Avenue
New Orleans, Louisiana;

11. Mr. Rickey Hudson, Esq.
Pugh and Associates
4917 St. Charles Avenue
New Orleans, Louisiana 70115;

12. Danielle Thompson
c/o All-Bilt Uniform Fashions
30-00 47th Avenue
Long Island City, New York 11101;

13. Representative of Harrah's Operating Co., Inc. who is most familiar with the purchase,

    design and/or manufacture of designs for Harrah's since the 1996 Settlement Agreement with Gianna, Inc.;

14.    Representative of Harrah's Entertainment, Inc. who is most familiar with the purchase, design and/or manufacture of designs for Harrah's since the 1996 Settlement Agreement with Gianna, Inc.;

15.    Jan Starnes
    Address not verified as of this time;

16.    Phil Satre
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423;

17.    Vince De Young, Esq.
    Associate General Counsel
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423 ;

18.    Ms. Connie Albright
    153 Riverwalk Place
    Memphis, Tennessee;

19.    A Representative of Berry Sterling Plastics
    812-424-2904;

20.    Uniform Ideas, Inc.
    Mrs. Mary Beth Morgan
    Mr. Bill Morgan
    4 Winchester Plaza
    Elmford, NY 10523;

21.    Uniform Ideas, Inc.
    Mr. Tom Michaelman
    1220 Biscayne Blvd.
    Miami, Florida 33132;

22.    A Representative of Uniform Ideas, Inc. familiar with creation of patterns.
    1674 Broadway 3rd Floor

New York, New York 10019;

23. All-Bilt Uniform Corp.
    Howard P. Wecksler
    Current address unknown at this time;

24. Jerry Grau (address unknown at this time)
    101 Oakley Street
    Evansville, IN 47710 ; 812-424-2904;

25. Laurie Aggle
    Harriet Ziegler
    Mike Kerr, Manager
    500 Metcalf Bldg T
    Sedro Woolley, WA. 98284;

26. Ellen Dixon ( address unknown at this time);

27. Varsity Spirit Fashions
    Kathy Ellison or a Representative of Varsity Spirit Fashions
    2525 Horizon Lake Drive
    Memphis, Tennessee 38133;

28. Any and all witnesses deposed;

29. Any and all persons identified in depositions;

30. John Sbondone
    c/o All-Bilt Uniform Fashions
    30-00 47th Avenue
    Long Island City, New York 11101;

31. Linda Gunnerson
    c/o All-Bilt Uniform Fashions
    30-00 47th Avenue
    Long Island City, New York 11101;

32. Mr. Michael Kostrinsky
    Associate General Counsel
    Corporate Litigation
    Harrah's Entertainment, Inc.

4

2700 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89102;

## **EXPERT WITNESSES**

Galiano and Gianna may call any or all of the following witnesses:

33.   Dr. Kenneth Bourdreaux - Economics Expert;

34.   A fashion expert : Dr. Bonnie D. Belleau, Ph.D.
      Professor
      Apparel Design/Production
      School of Human Ecology
      Louisiana State University
      Baton Rouge, Louisiana 70803;

35..  Any witness listed by any other party;

36.   Any witness subsequently discovered, on reasonable notice to defendants;

37.   Any witness needed to rebut the testimony of any expert witness listed by any defendant who is not identified in prior responses to discovery, and/or whose name appears in this case for the first time on witness lists filed by defendants;

      Plaintiffs reserve the right to supplement this list and to delete witnesses therefrom if they

are later determined to be unnecessary at trial;

New Orleans, Louisiana this 9th day of January, 2002.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, #15042
JONATHAN M. SHUSHAN, #29177
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental and Amending Witness List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 9th day of January, 2002.

_____
BRIAN L. GLORIOSO

7