FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -9 PH 4:33
JAN 0 9 2002
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * | SECTION " E" " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * * * * * | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING EXHIBIT LIST

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, submit the

following Supplemental and Amending List of Trial Exhibits:

1.    Uniform and Costume Collection of Gianna, Inc.;

2.    Chart of Designs of authorized and prohibited designs by the 1996 Settlement Agreement;

3.    Side-by-Side visual Comparisons of infringed designs which are part of the Uniform and Costume Collection submitted to Harrah's;

4.    Certificate of Registration from Copyright Office;

5.    Articles of Incorporation of Gianna, Inc.;

1

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc.No._125_

6.    Original contract of 9/14/95 between Harrah's and Gianna, Inc.;

7.    Settlement Agreement of 5/6/96 - referred to as Settlement Agreement 1996;

8.    Statement of Undisputed Facts and Exhibits;

9.    Letter of September 30, 1996 from Mr. Vincent DeYoung Associate General Counsel of Harrah's Entertainment, Inc. to Mr. Rickey R. Hudson of Pugh and Associates;

10.    Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the manufacture of costumes/uniforms by Uniform Ideas, Inc. for Harrah's since 1996;

11.    Copies of invoices, orders, prototypes, designs, sketches, and hard and soft patterns used in the manufacture of costumes/uniforms by All-Bilt Uniform Corp. for Harrah's since 1996;

12.    Copies of invoices, orders, prototypes, sketches used by Mrs. Bau Ngoc Nguyen in the manufacture of prototypes, costumes/uniforms for Gianna, Inc;

13.    Copies of invoices, orders, prototypes, designs, sketches, and/our hard and soft patterns used by Varsity Spirit Fashions in the manufacture of costumes/uniforms for Harrah's since 1996;

14.    February 14th, 1996 correspondence from Connie Albright re: attempting to renegotiate the royalties with Gianna, Inc;

15.    Correspondence from Scott Buhrer's to Connie Albright re: her February 14th letter attempting to renegotiate the royalties with Gianna, Inc.;

16    Correspondence to Phil Satre from Jane Galiano written by Rickey Hudson, Esq.;

17.    W-2's of Shane Mackay;

18.    Any document listed by any other party;

19.    Any document subsequently discovered, on reasonable notice to defendants;

20.    Any document needed to rebut the testimony of any witness who is presently unknown to plaintiffs, and/or whose name appears for the first time on witness lists filed by defendants;

2

21. Any other rebuttal exhibits;

22. Any document annexed to any deposition taken in this case;

23. Any and all documents produced by Harrah's Operating Company, Inc. and/or Harrah's Entertainment, Inc. in connection with discovery responses submitted in this case;

24. Any documents listed or sought to be introduced by any party including other plaintiffs or defendants;

25. All original sketches, designs, prototypes of Gianna Inc;

26. Plaintiffs reserve the right to supplement these lists and to delete documents therefrom if they are later determined to be unnecessary at trial;

27. Fax from Harrah's N.O. Casino, Ellen Dixon, Wardrobe Manager to Gianna Re: Attendance at Overview Meeting;

28. Correspondence from R. Scott Buhrer to Connie Albright, of the Promus Companies, Incorporated Re: Design Consulting Agreement;

29. Fax from R. Scott Buhrer to Connie Albright Re: Basis for an Ongoing Consulting Agreement;

30. Fax from R. Scott Buhrer to Connie Albright Re: Joint Venture Agreement;

31. Letter to Gianna, Inc. from Connie Albright Corporate Director, Strategic Alliances and Corporate Business Travel Re: Design Consulting Agreement;

32. Price estimates from Gianna, Inc. to Harrah's New Orleans;

33. Federal Express Letter from R. Scott Buhrer to Connie Albright Re: Design Consulting Agreement - defendant did not return a signed agreement;

34. Copies of Checks Paid by Harrah's to Gianna's for consulting services, expenses and design time;

35. Fax from R. Scott Buhrer to Connie Albright Re: Amended bill dated November 1, 1995;

36. Letter from R. Scott Buhrer to Connie Albright Re: beginning of negotiations of a new

3

Design consulting agreement;

37.  Fax to Connie Albright from R. Scott Buhrer containing the continuation of negotiations for a new design agreement;

38.  Letter from Gianna G. Galiano to Philip Satre Re: Gianna Galiano's at a Grand Opening Party at Skagit Valley Casino;

39.  Invoice for the Month of 12/1995 Forwarded by Federal Express to Connie Albright;

40.  Fax from Connie Albright to R. Scott Buhrer Re: Back-up and Documentation for Services;

41.  Fax from R. Scott Buhrer to Connie Albright Re: the Need for Documentation for Minimum Retainer Fee Which Was a Provision of Contract;

42.  Fax Cover Sheet for the Re-transmittal of Correspondence of February 21, 1996;

43.  Fax from R. Scott Buhrer to Connie Albright Re: past Due Bill Of December, 1995;

44.  Fax from Bennett Wolff to Connie Albright Re: Acceptability of the May 1, 1996 Meeting with Ms. Albright and Counsel. Also Bennett Wolff requested the return of any Original presentation boards , including but not limited to projects for New Orleans, Joliet and Skagit as well as the restaurants within one week of the request date;

45.  Fax to Bennett Wolff from Connie Albright Re: May 1, 1996 Meeting and Return of Presentation Boards by UPS Ground;

46.  Fax from Vince De Young to Scott Buhrer Re: Settlement Agreement of May 6, 1996 signed by Buhrer as Gianna's Vice-president;

47.  Fax from Connie Albright Re: Buhrer's Failure to Sign Amendment to Settlement Agreement;

48.  Letter to Phil Satre, President of Harrah's Entertainment, Inc. Re: Design Consulting Agreement executed by Gianna, Inc. and Harrah's Operating Company and the Settlement Agreement entered into by R. Scott Buhrer;

49.  Fax to Scott Bruhrer From Connie Albright Re: Discussion among: Bruhrer, Albright, Gianna, Inc., Steve Grey and Jan Starnes;

50.     Letter from Vincent G. De Young, Associate General Counsel, to Rickey Hudson, Pugh & Associates, Re: Settlement Agreement of May 6, 1996;

51.     Resignation of R. Scott Buhrer from Gianna, Inc;

52.     Letter and Fax from Rickey R. Hudson, Pugh and Associates to Vincent G. De Young, Associate General Counsel of Harrah's Entertainment, Inc. Re: Design Consulting Agreement Executed by Gianna, Inc. and Harrah's Operating Company;

53.     Letter from Vincent De Young to Rickey Hudson, Gianna's Counsel, Re: Harrah's continued belief in the validity of the Agreement of May 6, 1996;

54.     Letter from Connie Albright to Scott Bruhrer Re: Agreement on royalties – never signed;

55.     Fax from Scott Bruhrer to Connie Albright RE: inaccuracies in Ms. Albright's summation of 2/14/96 telephone conference among: Bruhrer, Grey, Gianna, Inc. and Starnes;

56.     Letter from Mr. Howard Wecksler Re: Final payment of royalties for Fresh Market Hats and Range Vests;

57.     Copy of Harrah's Entertainment, Inc. Fact Sheet dated 7/11/95;

58.     Copy of Letter from Howard Wecksler to Gianna, Inc., regarding revised Royalty schedule;

59.     Proposed contracts and/or agreements between Gianna and costume manufacturing firms;

60.     Handwritten notes of Gianna, Inc. and its employees made at the various site locations;

61.     Copy of Accomplishments and Awards given to Jane Galiano (Gianna, Inc.);

62.     Attachment labeled as Annex A and/or Annex B which was attached to all Subpoenas Duces Tecum;

63.     Photographs and sketches of all current costumes/uniforms currently in use by Harrah's;

64.     10/20/94 - Harrah's Uniform Brand Standards - proposed - 22 pages;

65.     11/14/95 - Letter from Terry Meistering to Henry Conversano

66.     4 pp. fax from Steven R. Grey to R. Scott Buhrer - during negotiations;

5

67.    01/22/95 - Jan Starnes to Gianna/Scott.  2 pp. Fax containing part of pre-publication copy with references to Gianna in forthcoming "Harrah's People" article;

68.    09/13/96 - 7 pp. Fax Gianna to Ricky Hudson.  Copy of "Harrah's People" article;

69.    11/22/95 - Collection of Faxed documents re: Harrah's closing of temporary casino.  1. Connie Albright to Harrah's Caesar's Partners; 2.  News release by Charles Atwood of Harrah's Entertainment; 3.  Interoffice memo to Harrah's employees by Phil Satre;

70.    11/16/95 -  Letter from Larry Newman of Angelica Uniform Group to Jane re:  meeting w/ Connie Albright to develop a working relationship among Angelica, Gianna and Harrah's;

71.    09/05/95 - Letter from Mary Beth Morgan to Jane informing her that Uniform Ideas cannot manufacture the Doorman Summer and Fall uniforms in the time frame allotted;

72.    09/20/95 - 4 pp. descriptive list of uniforms with "ball-park prices" on Uniform Ideas stationery.  Entitled "Harrah's New Orleans (as sold to Gianna, Inc.), Designs by Gianna, Price Estimates";

73.    10/09/95 - Mary Beth Morgan to Connie Albright.  Authorizations fabric orders;

74.    07/31/95 - Handwritten note to Scott to contact Helga James and Mary Morgan;

75.    5 pp. Amended proposed "agreement between Gianna, Inc. and All-Bilt";

76.    04/12/96 - Howard P. Wecksler of All-Bilt to Jane replying to her 4/8 Fax (attached);

77.    06/28/96 - Howard P. Wecksler to Jane.  Cover letter to attached Revised Royalty Schedule for Fresh Market and Range programs;

78.    06/28/96 - Additional copy of above letter w/ Jane's notes.  Attached is two copies of 5 pp.  "Agreement between Uniform Ideas, Inc. and Gianna, Inc." with Uniform Ideas crossed out and replaced by "All-Bilt Fashions";

79.    7 pp. "Agreement between Uniform Ideas, Inc, and Gianna, Inc." w/ Uniform Ideas crossed out;

80.    Single-page three-ring Purchase Order to All-Bilt encased in plastic and with "Joliet" handwritten at top;

81.    11/20/95 - Howard P. Wecksler to Scott Buhrer.  4 pp. fax containing first three Purchase Orders received by All-Bilt from Harrah's.  Two for Skagit, one for Joliet;

82.    11/17/95 - 9 pp. printed Purchase Order B85-075180-P to All-Bilt from Harrah's Skagit Valley.  Stamped "Copy"; several uniforms highlighted in yellow;

83.    11/17/95 - 8 pp. printed Purchase Order B85-075180-P to All-Bilt from Harrah's Skagit Valley;

84.    Identical to above P.O. except it has 8 pages instead of 9 and page 8 is different;

85.    11/22/95 -  4 pp. Purchase Order B85-075750-P to All-Bilt from Harrah's Skagit Valley;

86.    11/22/95 - 5 pp. Purchase Order B85-079556-P to All-Bilt from Harrah's Skagit Valley.  Not identical to immediately preceding document;

87.    12/27/95 - 5 pp. Purchase Order B85-075750-P to All-Bilt from Harrha's Skagit Valley;

88.    11/17/95 - Identical copy of above Joliet Purchase Order but w/ legible fax date;

89.    11/19/95 - Single-page Purchase Order w/ "Harrah's Skagit Valley" on fax margin header along w/ fax date of 11/27/95.  No P.O. number; looks more like Joliet P.O.'s than printed Skagit Valley ones above;

90.    11/20/95 - Howard P. Wecksler to Scott Buhrer.  Identical to fax except 3 not 4;

91.    10/19/95 - Howard P. Wecksler to R. Scott Buhrer. Fax w/ no cover sheet confirming prices previously quoted for Harrah's New Orleans male and female dealer shirt program;

92.    12/04/95 - Howard P. Wecksler to Jan Starnes.. Contains All-Bilt's price proposals for Fresh Market Novelty chef hats;

93.    11/17/95 - 4 pp. Purchase Order B85-075180-P to All-Bilt from Harrah's Skagit Valley.  No total on last page or authorized signature;

94.    12/04/95 -  Howard P. Wecksler to Jan Starnes.  6 pp. letter re:  "ball park pricing" for numerous uniforms for Harrah's New Orleans;

95.    11/17/95 - 9 pp. Purchase Order B85-075180-P to All-Bilt from Harrah's Skagit Valley;

96.    10/14/95 - FedEx cover letter from R. Scott Buhrer to Howard Wecksler re:  "enclosed

7

sample dealer shirt for New Orleans";

97.    10/14/95 - Identical copy of above except yellow post-it is attached to second page of letter re:  "Connie stated that all properties are excited and overwhelmed about the concept change";

98.    10/30/95 - Howard P. Wecksler to R. Scott Buhrer.  Faxed Memo without cover sheet re: "Dealer Shirt Description" for Harrah's New Orleans.  2 pp.; three headings:  (1) Description; (2) Accenting Details; (3) Fabric and Color;

99.    11/03/95 - Exterior Building/ Site Review Agenda, November 3, 1995."  One-page (preliminary draft of?) program of event;

100.   08/27/95 - Two-page bill typed on Gianna, Inc. stationery to Connie Albright;

101.   11/15/95 -2 pp. fax from Michele Wieber of Uniform Ideas to Connie Albright and Jan Starnes re: schedule of delivery of dealer vests;

102.   09/28/95 - 2 pp. fax from Mary Beth Morgan to Connie Albright and Gianna Galiano re: her questions about specifications for ten Skagit Valley designs;

103.   09/08/95 - Tom Michaelman to Connie Albright confirming phone conversation of 9/6 re: Uniform Idea's production of Skagit Valley uniforms;

104.   10/30/95 - Tom Michaelman to Scott Buhrer.  1 p. fax re: his confirmed pricing of Harrah's New Orleans Dealer Shirts;

105.   10/26/95 - Mary Beth Morgan to Scott Buhrer.  2 pp. fax re:  finally working out pricing for Harrah's New Orleans Dealer Shirt;

106.   09/22/95 - Mary Beth Morgan to Scott Buhrer.  5pp. fax re:  price list disc being mailed to his office previous night via UPS Red;

107.   04/22/96 - Mary Beth to Gianna and Scott.  2pp. fax "Re: Casino Magic Designs";

108.   09/06/95 - Mary Beth Morgan to Connie Albright.  4 pp. fax w/ copies to Gianna and Michaelman.  List of ball-park prices for Skagit Valley Casino and Food and  Beverage uniforms;

109.   10/16/95 - Mary Beth Morgan to Connie Albright.  Acknowledgment of receipt of authorization forms to acquire fabric for Skagit Valley;

8

110.    11/14/95 - Mary Beth Morgan to Connie Albright and Jan Starnes.  5pp. fax "Re:
        Ball-Park Estimates - Tunica, New Orleans Designs.";

111.    11/20/95 - Mary Beth Morgan to Jan Starnes.  1p. fax "Re:  Skagit Valley - Bingo Shirts
        Price Quotations.";

112.    10/09/95 - 15 pp. stapled document re: Skagit valley.  Contains Fabric Requirement
        Spread Sheets. Separate fax of 10/06/95 also included of prices of specific uniforms based
        upon last sketches received from Gianna;

113.    11/30/95 - Mary Beth Morgan to Jan Starnes.  2 pp. Fax providing shipping schedule for
        various titled uniforms;

114.    10/30/95 - Mary Beth Morgan to Jan Starnes.  Copy of 2 pp. Fax sent to Scott Buhrer.
        Update of pricing information;

115.    09/22/95 - Mary Beth Morgan to Scott Buhrer, 1 p. fax "Re: Overcoat Costing for
        Harrah's N.O.".;

116.    10/19/95 - Mary Beth Morgan to Scott Buhrer. 2pp. Fax seeking final design details for
        certain uniforms in order to come to realistic delivery date to Skagit;

117.    Mary Beth Morgan to Connie Albright.  "Re: Skagit valley–Body Suites";

118.    10/19/95 - Mary Beth Morgan to Scott Buhrer. 1 p. fax replying to his request for fabric
        and trims cost for four Skagit uniforms.  Figures given w/ additional costs for embroidery
        and silkscreening;

119.    10/06/95 - 3 pp. Fax listed entitled "Harrah's Skagit Valley Price Quotations";

120.    09/20/95 - Single sheet of blue notepaper with Mary Beth Morgan embossed on top,
        addressed to Gianna.  Cover note to "1st prototype for Skagit Dealer Shirt-Jac";

121.    10/06/95 - Mary Beth Morgan to Connie Albright.  2 pp. Fax, second page is a copy of
        fax pages sent to Scott Buhrer on 10/19 asking for final specs on and approval status of
        uniforms so that realistic delivery can be decided on;

122.    10/14/95 - R. Scott Buhrer to Mary Beth Morgan.  FedEx cover letter to sample of Dealer
        Shirt sent to obtain production cost estimate;

123.    Single page from legal pad describing Mary Beth Morgan's and Uniform Ideas' credentials

9

- author unknown;

124.   Single page of graph paper entitled "Skagit Valley Projection, 1st Installation Order (Small Project), Uniform Ideas";

125.   01/19/96 - 1 p. fax from Mary Beth Morgan to Scott Buhrer re: Uniform Ideas has received payments on all of its Skagit Valley invoices royalties due on the opening orders;

126.   01/19/96 - Barbara Skilman to Gianna Galiano.  1 p. letter re: Commission Due -12/95;

127.   02/27/96 - Barbara Skilman to Gianna, Inc. 1 p. letter re: Commission Due-1/96;

128.   04/01/96 - Barbara Skilman to Gianna, Inc. 1 p. letter re: Commission Due-2/96;

129.   01/18/97 - Barbara Skilman to Gianna, Inc. 1 p. cover letter to front and back copies of cancelled checks for royalty payments;

130.   04/01/96 - Copy of check and itemization page entitled "Salesman Commission" attached as in original, but not copies of invoices;

131.    09/14/99 - 5 pp. Internet printout listing nineteen Harrah's casinos in the U.S.;

132.   08/28/95 - R. Scott Buhrer to Tom Michaelman re: Joint Venture Agreement - 2 pp. letter;

133.   Jane's fax copy to Emmett Pugh of her 5 pp. Agreement with Uniform Ideas.  Agreement signed by Jane on 8/31/95 and by Tom Michaelman on 9/6/95;

134.   09/04/95 - R. Scott Buhrer to Tom Michaelman.  1 p. cover letter to three duplicate originals of the Agreement between Uniform Ideas and Gianna, Inc.;

135.   08/28/95 - 3 pp. fax from R. Scott Buhrer to Tom Michaelman rejecting language in Provision two of his revised Agreement;

136.   Unsigned and undated Agreement between Uniform Ideas, Inc. and Gianna, Inc; original on U.I. stationary.  To run 9/1/95 through 8/31/96;

137.   08/17/95 - 2 pp. original letter from Tom Michaelman to Scott Buhrer, Ten-point proposal for joint venture between U.I and Gianna;

138.   08/17/95 - 3 pp. fax copy sen by R. Scott Buhrer to Jane of Michaelman's ten-point

proposal;

139.    11/03/95 - 19 pp. Purchase Order B85-073234-P for Skagit Valley;

140.    12/22/95 - 7 pp. fax from Mary Beth Morgan to Scott Buhrer re: re-orders for Skagit. Copy of Purchase Order B-85-078652-P;

141.    11/06/96 - 1 p. Purchase Order B85-114132-P;

142.    12/20/95 - 1 p. Purchase Order B85-078778-P.  For 2 uniform design in various quantities;

143.    12/22/95 - 2 pp. Purchase Order B-85-079192-P;

144.    11/30/95 - 2 pp. Purchase Order B85-076628-P;

145.    11/22/95 - Purchase Order B85-075790-P;

146.    01/02/96 - 1 p. Purchase Order B85-080148-P;

147.    11/13/96 - Purchase Order B85-114915-P;

148.    12/16/96 - 2 pp. Purchase Order B85-118652-P;

149.    12/19/95 - 6 pp. Purchase Order B85-078652-P; (DUPLICATE OF EXHIBIT 140)

150.    12/30/95 - 3 pp. Purchase Order B85-079997-P;

151.    03/27/96 - 1 p. Purchase Order B85-089873-P together with first two pages of copy of Purchase Order B85-073234-P;

152.    12/30/95 - 2 pp. fax copy without cover of Purchase Order B85-079997-P of item 89;

153.    11/03/95 - First two pages of Purchase Order B85-073234-P;

154.    01/21/95 - Pink copy of Uniform Ideas Order Form No. 30207 with Shipping Address to Gianna;

155.    11/27/95 - 13 pp. Purchase Order B85-076112-P.  To Vendor Varsity Spirit Fashions;

156.    11/27/95 - 3 pp. fax from Harrah's Skagit Valley to Gianna, Inc.;

11

157.    4 pp. of handwritten graph paper entitled "Estimated New Orleans Preliminary Order Projections";

158.    1 p. of handwritten graph paper entitled "Projected Revenue for Canal Street Casino, Twenty-One Concepts";

159.    7 pp. printed fax copy entitled "Uniform Projections for Canal Street Casino";

160.    10/26/95 - 3 pp. "Wardrobe Note" to meeting attended by Connie Albright, Gianna Galiano, Ellen Dixon, and Terry Meistering;

161.    07/25/95 - 15 pp. fax from R. Scott Buhrer to Gianna.  Decor description of different gaming departments at Canal Street Casino;

162.    3 pp. 'SKAGIT PRODUCTION - BEAU";

163.    07/31/95 - Page 45 of "Harrah's Joliet Listing of Active Employees in Selected Position";

164.    07/14/95 - 2 pp. "Minority Service Search Report:";

165.    2 pp. "Custom Garments, Harrah's New Orleans Casino";

166.    3 identical copies of chart entitled "Breakdown of Hours Billed per Month by project";

167.    3 pp. handwritten listing of days in November with exact time periods of each day devoted to a specific work project;

168.    Page 3 of fax that appears to be part of time sheet of Shane Mack;

169.    7 pp. handwritten list of dates and times with specific work projects, including meetings w/ corporate Harrah's, travel, paperwork, time off, etc.;

170.    4 pp. record of hours worked on specific projects running 9/18/95 through 10/14/95;

171.    Clipped documents: 1. Fax page 9/18/95 to Scott from Gianna w/ nothing attached.  2. Fax page of 9/12/95; nothing attached but Comments divides numbers of hours worked between Skagit, N. O. and Joliet.  3. Time sheet hours 9/11/95-9/17/95 w/Gianna's signature on top.

172.    5 pp. fax w/ no cover: p.1, listing of our-of-pocket expenses to Kinko's, Fed-Ex, etc.; p.2,

hours worked by Jane 9/2/95-9/10/95 mostly on Skagit; p.3, hours worked by Shane Mcakey, Tech. Artist 9/3/95-9/10/95; p. 4, hours worked by Shane Mackey. Tech. Artist 9/3/95-9/10/95; p. 4, hours worked Ace Bourgeois, 8/27/-8/31; p. 5, hours worked by Kathy;

173.    Clipped documents: 1. Pp. 2-3 of fax listing Jane's hours worked 8/24-9/2/ on Skagit and N.O. mostly; 2. Originals of time sheets for Ace Bourgeois and Kathy in item 113, Kathy's dates (8/26-8/27) readable here;

174.    13 pp. stapled document. First page is graph sheet titled "Skagit Valley Only" w/ Head Count for All Food and Beverage positions given;

175.    Original Weekly Time Sheet for S. Mackey, 4/8/96-4/13/96;

176.    2 pp. document entitled "Travel Continue," listing dates of Nov. and Dec. trips to NYC, Chicago and Skagit Valley;

177.    3 pp. of graph paper entitled "Key and Footnotes for Description";

178.    2 pp. graph document entitled "Accounts Payable Due Gianna, Inc.";

179.    2 pp. itemized accounting for 8/95; 2 pp. invoice of 8/27/95 to Connie Albright for total 8/95; 9/25/95 invoice for that month, 6 pp. graph listing of Jane's hours worked 8/9/95 through 9/2/95;

180.    08/08/96 - 4 graph pages entitled "Harrha's Skagit Valley Casino" w/order, unit cost, royalty and other information for each uniform listed;

181.    2 pp. itemized accounting for 9/95; 2 pp. invoice of 8/25/95 to Connie Albright; 1 itemized graph page of Jane's hours worked 9/3-9/10/95 w/ fax cover to Scott; statement of Jane's hours worked 9/11/95 through 10/3/95;

182.    10/95 billing; 11/1/95 bill w/ cover to Albright d; letter Buhrer to Albright of 11/28/95 re: her concerns re: bill; 11/28/95 letter to Buhrer to Albright and Amended Bill; 12/1/95; 2 pp. Jane's hours 10/4-10/14/95;

183.    2 pp. paper itemization for 11/95; ½/96 letter Buhrer to Albright w/ 2 copies of itemized bill and 1 copy of narrative bill for 11/95; 2 pp. handwritten itemization of Jane's hours 11/1-11/22/95;

184.    2 pp. graph itemization for 12/95; 1 p. handwritten itemization of hours worked 11/23/-

13

12/4; 2pp. Handwritten itemization of hours worked 1/25 through 12/31 not totaled;

185.  2 pp. graph itemization of 1/96 billing.  Attached are 5 original form time sheets for Gianna Galiano together running from 1/1/96 through 2/2/96;

186.  2 pp. graph itemization for 2/1/96 through 2/15/96.  Attached are 2 time sheets for Gianna Galiano together running from 2/5 through 2/16;

187.  Letter-size manila fastener folder, entitled on tab Harrah's Shreveport, Louisiana, containing typed memo re: 10/17/98 trip from N.O. to Shreveport;

188.  Letter-size manila fastener folder, entitled on tab Harrah's Vicksburg, containing typed memo re: 12/5/96 trip from N.O. to Vicksburg;

189.  Letter-size manila fastener folder, entitled on tab Harrah's Joliet, Illinois, containing 2 pp. typed memo re: 10/31/98 trip there.  Detailed comparison of her design concepts with what she saw worn in all departments;

190.  Letter-size manila fastener folder, entitled on tab Harrah's Tunica, Mississippi, containing 2 pp. typed memo re: 10/10/98 trip there.  Many of the design concepts used are Jane's w/ and w/out modifications;

191.  1 p. handwritten memo from Jane to Louis re: Harrah's press release of 11/22/95 re: N.O. bankruptcy.  Memo documents her presence at Chicago meeting of Harrah's Board on that date, and raises questions re: C. Albright's determination that Gianna's contract was part of bankruptcy;

192.  11/22/95 - Copies of press releases from Harrah's Entertainment re: N.O. bankruptcy. One from Connie Albright to Harrah's Strategic Alliance Partners (altered to read Harrah's Caesar's Partners) marked w/ Jan'es notes: one 2 pp. general news release by Charles Atwood; one to Harrah's Employees by Phil Satre;

193.  Several typed and handwritten drafts of letter to Bennett Wolfe re: Jane's displeasure at his handling of affairs of Gianna;

194.  01/04/96 - Handwritten Letter from Gianna to Howard re: conversation about Fresh Market Chef Jacket and chef hats (4 pages);

195.  Journal of Jane Galiano (Black cover);

196.  Handwritten notes of Shane MacKey re: costumes;

14

197.    11/14/95 - Inter-Office Memo - Memo from: Paul Kraft to Distribution re: Uniform Meeting;

198.    Notes on Joliet Uniform Meeting - handwritten notes - Connie Albright;

199.    10/11/96 - Fax to Rickey Hudson from Gianna: Original of Correspondence from Connie Albright -telephone conversation (4 pages);

200.    2/14/96 - Copy with drawings of document of conversation among Albright, Gianna, Grey and Starnes (17 pages);

201.    09/21/95 - Letter from Carolyn Fleming to Scott Buhrer re: Price List and hard copy and disk for Harrah's New Orleans price list;

202.    07/17/95 - Timeline Schedule for Harrah's N.O. Casino Uniforms;

203.    01/31/96 - Fax from Gianna to Howard Wecksler re: samples and royalties re: Northbeach Deli. (2 pages);

204.    09/29/95 - Notes of Telecon: Albright, Gianna and Uniform Ideas (4 pages);

205.    10/09/95 - (3 pages) fax from Mary Beth Morgan of Uniform Ideas fabric authorization and detailed head counts;

206.    10/02/95 - Memo via fax from Weiber to Galiano - artwork;

207.    09/18/95 - (5 page document) Fax to Gianna from Carolyn of Uniform Ideas - Price Estimates;

208.    09/20/95 - 4 page copy of Price Estimates;

209.    09/27/95 - Bill from Lisa Lazaro re: Harrah's Crawfish Design;

210.    11/01/01 - 1 page handwritten notes - cocktail; baccarat; cocktail - written for Jane G. on mermaid;

211.    11/08/95 - To: Jan Starnes from Mary Beth Morgan re: seashell on print job and strike off of mermaid;

212.    08/28/95 - Fax to Buhrer from Michaelman re: proposed agreement between Uniform Ideas and Gianna, Inc. (5 pages);

213.    08/25/95 - Proposed Agreement between Uniform Ideas and Gianna (5 pages) handwritten notes in margins;

214.    07/01/95 - 14 page document - cover letter from Barbara Skilman to Gianna. Documentation for commission;

215.    One page document - Canal Street Wardrobe Schedule;

216.    10/30/95 - Copy of label for all Gianna Inc. uniform programs sent to attention of Mary Beth Morgan;

217.    10/14/95 - Federal Express letter from Buhrer to Mary Beth Morgan re: sample of dealer shirt (2 pages);

218.    09/06/95 - 4 page signed Agreement between Uniform Ideas, Inc. and Gianna, Inc.;

219.    08/25/95 - 3 page fax from Anne M. of Glitz, Inc. to Scott Buhrer re: custom order of designer epelet;

220.    09/08/95 - Fax from Michaelman to Gianna/Scott re: Harrah's Ball Park Pricing of Skagit Valley sketches;

221.    09/14/95 - Copy of letter from  Mary Beth Morgan to Connie Albright re: Custom Fabric Prints for Skagit Valley;

222.    09/27/95 - Copy of memo from Mary Beth Morgan to Connie Albright re: Skagit Valley Custom Print;

223.    09/26/95 - Copy of memo from Mary Beth Morgan to Gianna re: Skagit Valley Custom Print; asked for artwork ASAP (2 pages);

224.    10/14/95 - Copy of Federal Express letter to Howard Wesksler - letter incomplete;

225.    04/12/96 - Yellow copy of UPS 51584 delivery of return of sketches and letter notation on it by Jane that Fresh Market Chef is missing;

226.    One page document for Skaget, Washington: All-Bilt - costumes and deadlines;

227.    Hand written notes by Jane re: Changes for Cigarette Host;

228.    Estimated breakdown of Gianna, Inc. hours billed Harrah's per month by Project hand

16

written;

229. Skagit Valley headcount for all food and beverage employees on spreadsheet hand-written;

230. 10/15/95 - Breakdown of days re: work schedule for 10/15/95 - 10/30/95 for Jane (2 pages)

231. 07/25/95 - 15 page fax - for 5 courts and 4 wings-Center: Jazz Court;

232. 10/27/95 - 18 page document from Frances Archuleta re: job descriptions for Ak-Chi;

233. 12 page booklet entitled Harrah's Casino New Orleans, First Floor Casino Coloration for Uniform Selection by HC Designs, Inc.;

234. 2 page fax to Connie Albright and Gianna from Mary Beth Morgan re: Skagit Valley Garment Specs;

235. 10/09/95 - 5 page fax from Tom Michaleman and Mary Beth Morgan to Connie Albright re: Harrah's Skagit Valley re: Fabric Authorization;

236. 10/06/95 - 4 page fax from Mary Beth Morgan to Connie Albright re: Skagit Valley Price Quotes cc: to Gianna;

237. 12/05/95 - 3 page fax re: Harrah's Valley Delivery Schedule from Mary Beth Morgan to Jan Stames cc: Scott and Gianna;

238. 11/20/95 - 2 page  fax to Jan Stames of Harrah's Entertainment - re: Skagit Valley Bingo Shirts Price Quotations and other price quotes cc: Scott Buhrer;

239. 10/09/95 - 1 page of an 8 page fax from Mary Beth Morgan to Connie Albright, Corporate Director Harrah's Entertainment, Inc. re: A Spread Sheet detailing head counts # of garments, amount for Skagit Valley and Fabric Authorization Forms;

240. 08/17/95 - Letter from Tom Michaelman to Scott Buhrer re: Proposal for joint venture between Gianna, Inc. and Uniform Ideas, Inc., (DUPLICATE OF EXHIBIT 137);

241. 09/06/95 - 5 page fax from Mary Beth Morgan to Connie Albright up to date on ball park pricing; but does not include the "National" Food and Beverage Outlets;

242. 11/03/95 - P.O. B85-073234-P from Uniform Ideas to Upper Skagit Valley Vendor #181980; 16 pages;

243.  11/14/95 - 5 page fax from Bill and Mary Beth Morgan to Connie Albright and Starnes: Tunica and New Orleans;

244.  4 page fax: Approximate amount of time required to take a design from start to finish;

245.  Skaget Production - Bau;

246.  02/29/96 - 2 page letter fax from Tom Michaelman to Gianna re: Country alternative;

247.  03/25/96 - 1 page fax to Ms. Albright from Bennett Wolff re: 5/1/96 meeting and presentations;

248.  03/25/96 - 1 page response from Connie Albright to Wolf re: May 1, 1996 meeting and presentations. (DUPLICATE OF EXHIBIT 45);

249.  07/11/95 - Harrah's Entertainment, Inc. Fact Sheet (3 pages);

250.  06/28/96 - Letter from Wecksler to Gianna re: revised Royalty Schedule. (DUPLICATE OF EXHIBIT 77);

251.  01/05/96 - 1 page fax re: Illustrations for the Range Restaurant;

252.  11/14/95 - Letter from Steven Grey to Walter Schwab re: Projections for New Orleans and Skaget list;

253.  10/24/95 - 17 page fax from Frances Archuleta to Gianna re: AK-Chin Job Descriptions and uniform information;

254.  Purchase Order for Uniform Ideas from Art Robb Kaufmann - material;

255.  09/11/95 - Purchase Order 7526 to Uniform Ideas from Hamberger - material;

256.  11/08/96 - 1 of 3 page fax re: Confirmation of Jane's tickets and work on New Orleans Tobacco Host trim;

257.  10/31/95 - From Mary Beth Morgan to Scott Buhrer re: Time to Make a Dealer Shirt;

258.  Letter to Gianna from Howard Wecksler re: Production Samples;

259.  Letter to Connie and Jan from Gianna re: Colored Copies of Selected Environmental Entertainers;

260.   12 page spreadsheet of Gianna's designs;

261.   07/08/96 - 5 page spreadsheet of designs;

262.   Page 8 from a book of Harrha's Entertainment characters - Slots of Fun;

263.   Harrah's New Orleans Projections based on 9 garments only - Jane;

264.   Payment Arrangement - Jane;

265.   1995 17 page book by Harrah's;

266.   Copy of Chart entitled Custom Garments - Harrah's New Orleans Casino;

267.   List of Awards for Jane Galiano.  (DUPLICATE OF EXHIBIT 61);

268.   Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the
       manufacture of costumes/uniforms by Angelica for Harrah's since 1996;

269.   Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the
       manufacture of costumes/uniforms by Red the Uniform Tailor for Harrah's since 1996;

270.   Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the
       manufacture of costumes/uniforms by Uniforms To You for Harrah's since 1996; and

271.   Copies of Invoices, prototypes, sketches, designs, and hard and soft patterns used in the
       manufacture of costumes/uniforms by Creation Galore for Harrah's since 1996.

       Plaintiffs reserve their right to supplement and amend the above Exhibit List at any time

up to the date of trial of this matter.

       New Orleans, Louisiana this 9th day of January, 2002.

19

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
CLAUDE A. SCHLESINGER, # 15042
JONATHAN M. SHUSHAN, #29177
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Amended and Supplemental Trial Exhibit List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 9th day of January, 2002.

BRIAN L. GLORIOSO