FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 22  AM 11:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an

expedited hearing on their Motion to Extend the Time to Complete Discovery and for Leave to Amend

Plaintiffs' Expert Reports, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 22nd day of January, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY

JAN 2 4 2002

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motions of plaintiffs, Jane Galiano and Gianna, Inc., for

expedited hearing on their Motion to Extend the Time to Complete Discovery and for Leave to Amend

Plaintiffs' Expert Reports, be and it is hereby granted, and said hearing is set for the _____ day of

_____, 2002, at _____ o'clock ____.M. *The motion was withdrawn by movant.*

New Orleans, Louisiana, _____January 22_____, 2002.


_____
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

2