FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -1 PM 12: 01

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for leave to file the annexed Supplemental and Amended Complaint, adding a claim of Unfair Trade Practices against defendants Harrah's Operating Company, Inc., and Harrah's Entertainment, Inc., without a continuance or any additional discovery for plaintiffs, and with any reasonable additional discovery time and motion time for defendants, for the reasons set forth in the memorandum of law annexed hereto.

New Orleans, Louisiana this 1st day of February, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
Attorneys for Plaintiffs and Movers
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs
Jane Galiano and Gianna, Inc.

2

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Plaintiffs* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for leave to File Supplemental and Amended Complaint,

IT IS ORDERED by the Court that plaintiffs' Motion to File Supplemental and Amended Complaint in the above cause of action be and it is hereby set for hearing on the 20th day of February, 2002.

New Orleans, Louisiana this _____ of _____ 2002.


_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:     HARRAH'S OPERATING CO., INC.
Through Its Attorney of Record
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorney of Record,
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The Motion for Leave to file Supplemental and Amended Complaint filed by plaintiffs,

Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable ~~Marcel~~ *alma*

~~Livaudais, Jr.~~ *Chasez*, District ~~Judge~~ *mag judge*, United States District Court, Eastern District of Louisiana, 500

Camp Street, New Orleans, Louisiana 70130, on the 20th day of February, 2002, at 11:00 o'clock

A.M.

4

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana  70113-7103
Telephone:  (504) 529-4141
Facsimile:    (504) 561-0326
Attorneys for Plaintiffs
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7 .6 (E) CERTIFICATE

I hereby certify that Counsel for plaintiffs, Sidney L. Shushan, conferred with opposing counsel

for the purpose of amicably resolving the issue of leave to supplement and amend plaintiff's complaint.

New Orleans, Louisiana the ~~31st day of January~~ *1st day of February*, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, # 21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

6

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL AND AMENDED COMPLAINT

Now come plaintiffs, Jane Galiano and Gianna, Inc., and supplement and amend their claim as follows:

1. Plaintiffs repeat and incorporate by reference all of the allegations of their original complaint, and their Supplemental and Amended Complaint and add thereto the following allegations.

2. Defendants' ordered from manufacturers designs which are either exact copies, derivatives, or substantially similar to plaintiffs' designs.

3. Defendants' ordering of designs which are either exact copies, derivatives, or substantially similar to plaintiffs' designs, without permission of plaintiffs', constitutes a violation of the Louisiana Unfair Trade Practices and Consumer Protections Law.

4. Defendants ordering of designs which are either exact copies, derivatives, or

7



substantially similar to plaintiffs' designs, directly from manufacturers, without plaintiffs

permission, makes defendants the competitors of plaintiffs'.

5. Defendants' wrongful act(s) are wilful, ongoing and continuing.

6. As a result of Defendants' Unfair Trade Practices, plaintiffs have suffered damages

including but not limited to, loss of profits, loss of business opportunity, and damage to their

reputation, all of which have caused plaintiff, Jane Galiano severe mental distress and anguish.

7. Plaintiffs are entitled to damages, including attorney's fees, as provided by the

Louisiana Unfair Trade Practices and Consumer Protections Law.

WHEREFORE, plaintiffs pray that this Supplemental and Amended Claim be filed in this

cause, and for damages for breach of contract and/or copyright infringement, and/or unjust

enrichment, and/or Unfair Trade Practices, and for trial by jury of all issues in this cause, and for

all general and equitable relief.

New Orleans, Louisiana this 1st day of February, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
Attorneys for Plaintiffs and Movers
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs
Jane Galiano and Gianna, Inc.

8

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT

## OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court to file the annexed Supplemental and Amended

Claim.  Plaintiff apologizes for the timing of the motion.

Plaintiffs have finally and very recently received extensive discovery from Allbilt which

will show at trial that Defendants used Plaintiffs' designs to create  millions of dollars worth of

uniforms.

Plaintiffs have just completed evaluating this information and compiling summaries,

which have been sent to defense counsel as they were completed.

This review has revealed the use of exact copies of plaintiffs' designs as well as

numerous designs which are very similar to plaintiffs' designs and were used to develop the

9

designs put into production.

With these documents, and the deposition of plaintiff, Jane Galiano, completed on January 17, 2002, it is now apparent that the defendants' actions constitute Unfair Trade Practices under Louisiana law.

The filing of this Supplemental and Amended Complaint will do justice between the parties, and will not delay the scheduled trial of the merits of this case.

No new parties will be added by the amendment of Plaintiffs' Complaint.

No additional discovery will be required due to the amendment to Plaintiffs' Complaint. Plaintiffs will not add any witnesses or documents to its lists.

The Unfair Trade Practices claim raises a new issue of law which defense counsel is well able to deal with before trial.

Plaintiffs will agree to keep discovery open to allow the defendants the opportunity to complete any additional discovery they deem necessary as to this amendment to Plaintiffs' Complaint.

However Plaintiffs do not feel that any additional discovery will be necessary, as the factual basis for this amendment to the Complaint is the same as the factual basis of Plaintiffs' previous Complaints.

New Orleans, Louisiana this 1st day of February, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
Attorneys for Plaintiffs and Movers
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

11

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to

File Supplemental and Amended Complaint has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 1st day of February, 2002.

SIDNEY L. SHUSHAN
JONATHAN M. SHUSHAN

12