

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 1, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL.                    CIVIL ACTION

VERSUS                                  NUMBER: 00-0071

HARRAH'S OPERATING, INC., ET AL.        SECTION: "E"(5)


Oral argument on Plaintiff's Motion for Leave to File Supplemental and Amended Complaint will be conducted on February 20, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.


ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 0 5 2002