

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' THIRD MOTION IN LIMINE:**
**TO EXCLUDE EVIDENCE OF**
**"COLLABORATIVE" DESIGNS BY DEFENDANTS' EMPLOYEES**

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully move this Honorable Court to Exclude Evidence of "Collaborative" Designs by Defendants' Employees for the reasons set forth in the Memorandum of Law annexed hereto

New Orleans, Louisiana, February 7, 2002.

-1-



Respectfully submitted,

*(signature)*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs,,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

IT IS ORDERED by the Court that Plaintiffs' Third Motion in Limine: to Exclude Evidence of "Collaborative" Designs by Defendants' Employees be filed into the record of the above captioned matter.

New Orleans, Louisiana, February 7, 2002.

---
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   Mr. Joseph W. Looney, Attorney of record for Harrah's Entertainment, and Harrah's Operating Co., Inc., 4500 One Shell Square, New Orleans, Louisiana 70139

You are hereby notified that Defendants' First Motion in Limine to Exclude Evidence of "Collaborative" Designs by Defendants' Employees will be heard on Monday, the 6th day of March, 2002, at 10:00 A.M., at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, before the Honorable Marcel Livaudais, Jr.

Respectfully submitted,

*/s/ signature*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs Jane Galiano and Gianna, Inc.

-4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. *Plaintiffs* | * * * | CIVIL ACTION |
| | | NO. 00-0071 |
| VERSUS | * * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. and | * * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * | MAGISTRATE JUDGE ALMA CHASEZ |

*************************

*memo in support of*

**PLAINTIFFS' THIRD MOTION IN LIMINE: TO EXCLUDE EVIDENCE OF "COLLABORATIVE" DESIGNS BY DEFENDANTS' EMPLOYEES**

MAY IT PLEASE THE COURT:

The Court should exclude evidence of "collaborative" designs by defendants and their employees.

It is undisputed that no Harrah's employee ever put pen to paper, or drew anything on paper or a computer screen. For purposes of copyright law, mere ideas or verbal suggestions are irrelevant under F.R.Ev.402 or prejudicial and misleading under F.R.Ev. 403.[1]

For purposes of the contract claim, the second contract or Settlement Agreement does not refer to "collaborative designs". All of the paragraphs of the Settlement Agreement simply state that the designs Jane Galliano submitted to Harrah's are her designs for purposes of that contract. [Annex

---

[1] Girgis v. Maaluso Realty Co., Inc, 778 So. 2d 210 (La. App. 4 Cir. 2001), Landry v. St. Charles Inn, Inc., 446 So. 2d 1246, 1251 (La. App 4 Cir. 1989), Louisiana Land and Exploration Co. v. Verdin, 681 So. 2d 63, 66 (La. App 1 Cir. 1996), Kestanbaum v. Falstaff Brewing Corp., 514 F. 2d 690, 698-699 (5th Cir. 1975).

4]. The final paragraph of that contract should be read together with the previous paragraphs. [2] See also Louisiana Civil Code Article 2050.[3] Under the Settlement Agreement, he alleged evidence of "collaboration" is irrelevant under F.R.Ev. 402, or misleading and prejudicial under 403.

It is also irrelevant or misleading and prejudicial for purposes of the Unfair Trade Practices Claim.[4]

It is also irrelevant or misleading and prejudicial for purposes of the unjust enrichment claim. A few words spoken by Harrah's employees in a meeting did not cost Harrah's anything. It was plaintiffs who did 100% of the work of translating an idea or a few words into the reality of artistic expression in a real medium. A few words spoken by Harrah's employees do not weigh heavily enough in the scale of justice for purposes of unjust enrichment to justify admitting that evidence - which is very likely to mislead the jury.[5]

Even for purposes of the alternative claim under the first contract, the Court should exclude evidence which implies that mere ideas or words never expressed in any artistic medium are "collaborative designs". The letter which contains those words does not define them. They should be

---

[2] Lawrence v. Terrel Seed, 796 So. 2d 115, 121 (La. App. 2 Cir. 2001), Becnel v. Alexander, 783 So. 2d 540, 543 (La. App. 5 Cir. 2001), Dantonio V. Fontana, 636 So. 2d 218, 222 (La. 1994).

[3] Prof'l Dental Health Network, Inc. V. Advantage Health Plan, Inc., 782 So. ed 1068, 1073 (La. App 5 Cir. 2001), F & G Ins., L. L. C. v Reynolds, 2002 La. App. LEXIS 28 at 3* (La. App. 5 Cir. 01/15/2002).

[4] SDT Indus. v. Keeper, 793 So. 2d 327, 332-333 (La. App. 2 Cir. 2001), Wyatt v. PO2, 651 So. 2d 359, 361 (La. App. 2 Cir. 1995), United Group of Natn'l Paper Distribs. v. Vinson, 666 So. 2d 1338, 1345-1346 (La. App. 2 Cir. 1996), La. Rev. Stat. Ann. § 51: 1401 (West 2001).

[5] S. Casting of L.A., Inc. V. Houma Avionics Inc., 2001 La. App. LEXIS 2081 (La. App. 1 Cir. 2001)City Fin. Corp. v. Bonnie, 762 So. 2d 167, 169 (La. App. 1 Cir. 2000).

given their customary meaning in the context of intellectual property, which requires expression of ideas or words in some artistic medium in order to amount to joint or "collaborative" designs. See e.g., Louisiana Civil Code Article 2047 paragraph 2.[6]

New Orleans, Louisiana this 7th day of February 2002.

Respectfully Submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc

---

[6]Pique'-Weinstein-Pique'Architects, Inc. v. New Orleans Aviation, 762 So.2d 76,78(La. App. 5 Cir.2000), South Central Bell Te. Co. v. Ka-Jon Food stores of Lousiaina, 644 So. 2d 357, 360 (La. 1989), Lousiana Ins. Guar. Ass'n v. Interstate Fire & Cas. Co., 630 So. 2d 759 (La. 1994).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 7th day of February, 2002 served a copy of the foregoing pleading to counsel for all parties to this proceeding

> Mr. Joseph W. Looney, T.A.
> Ms. Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by mailing the same by hand.

_____
BRIAN L. GLORIOSO