FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -7 PH 5:02
FEB 0 7 2002
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' FOURTH MOTION IN LIMINE:**
**TO DISPENSE WITH THE NECESSITY TO AUTHENTICATE**
**ALL BUSINESS RECORDS AND CORRESPONDENCE AND DESIGNS**

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully move this Honorable Court to dispense with the necessity to authenticate all business records and correspondence and designs for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana, February 7, 2002.

-1-

Respectfully submitted,

*(signature)*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs,,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

IT IS ORDERED by the Court that Plaintiffs' Fourth Motion in Limine: to Dispense with the Necessity to Authenticate All Business Records and Correspondence and Designs be filed into the record of the above captioned matter.

New Orleans, Louisiana, February 7, 2002.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: Mr. Joseph W. Looney, Attorney of record for Harrah's Entertainment, and Harrah's Operating Co., Inc., 4500 One Shell Square, New Orleans, Louisiana 70139

You are hereby notified that Plaintiffs' Fourth Motion in Limine: to Dispense with the Necessity to Authenticate All Business Records and Correspondence and Designs will be heard on Monday, the 6th day of March , 2002, at 10:00 A.M., at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, before the Honorable Marcel Livaudais, Jr.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs, Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. *Plaintiffs* | * * * | CIVIL ACTION |
| | * | NO. 00-0071 |
| VERSUS | * * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. and | * * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

*memo in support of)*

**PLAINTIFFS' FOURTH MOTION IN LIMINE: TO DISPENSE
WITH THE NECESSITY TO AUTHENTICATE
ALL BUSINESS RECORDS AND CORRESPONDENCE AND DESIGNS**

**MAY IT PLEASE THE COURT:**

The Court should dispense with the requirement of authentication of business records of plaintiffs or defendants. F.R.Ev. 901 has been satisfied under the circumstances of this case.[1]

Not one single witness in a deposition has denied the authorship of any letter or memorandum which that witness sent or received.

Defendants have not denied the authorship of their own business records - such as letters or computer records which they produced in discovery.

So far defendants have not disputed the identify of the designs which plaintiffs and their employees put on paper and submitted to defendants. So far defendants have not disputed which designs plaintiffs included in the collection submitted to defendants. Each one has a distinctive

---

[1] Barrier Constr. Co. v. Sys. Contr. Corp., 764., 764 So. 2d 127, 131 (La. App. 4 Cir. 2000); Malloy v. Vannwinkle, 662 So. 2d 96, 100-101 (La. App. 4 Cir. 1995).

-5-

marking placed on it by plaintiffs and their employees. The issues before the Court involve the legal consequences of what plaintiffs submitted to defendants, not which ones they were. The issues before the Court involve the legal consequences of the written communications between the parties, not who wrote them or when they were sent.

New Orleans, Louisiana this 7th day of February 2002.

Respectfully Submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 7th day of February, 2002 served a copy of the foregoing pleading to counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by mailing the same by hand.

_____
BRIAN L. GLORIOSO