

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -7  PM 5:02
FEB 07 2002
LORETTA G. WHYTE
         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' SEVENTH MOTION IN LIMINE TO ADMIT
PLAINTIFFS' OWN TESTIMONY AS TO THE USE OF HER DESIGNS BY
DEFENDANTS AND ALLBRIGHT, AND THE SUBSTANTIAL
SIMILARITY OF HER DESIGNS TO THE HARRAH'S/All-BILT DESIGNS**

Now come plaintiffs, through undersigned counsel, and respectfully move this Honorable Court to allow plaintiffs to admit evidence of plaintiffs' own testimony as to the use of her designs by defendants and Albright, and the substantial similarity of her designs to the Harrah's/All-Bilt designs as an element of damages for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 7th day of February, 2002.

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E" " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## **ORDER**

IT IS ORDERED by the Court that Plaintiffs' Seventh Motion in Limine to Admit Plaintiffs' Own Testimony as to the use of her Designs by Defendants and Albright, and the Substantial Similarity of Her Designs to the Harrah's/All-Bilt Designs be filed into the record of the above captioned matter.

New Orleans, Louisiana, this _____ day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:  Sunbelt Innovative Plastics, Inc., Through Its Attorney of Record,
Mr. Richard B. Eason, II, 4500 One Shell Square, New Orleans, Louisiana 70139

You are hereby notified that Plaintiffs' Seventh Motion in Limine to Admit Plaintiffs' Own Testimony as to the Use of Her Designs by Defendants and Albright, and the Substantial Similarity of her Designs to the Harrah's/All-Bilt Designs, will be heard on the 6th day of March, 2002, at 10:00 a.m., at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, before the Honorable Marcel Livaudais, Jr.

4

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs, Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
SEVENTH MOTION IN LIMINE TO ADMIT PLAINTIFFS' OWN
TESTIMONY AS TO THE USE OF HER DESIGNS BY DEFENDANTS
AND Albright, AND THE SUBSTANTIAL SIMILARITY OF
<u>HER DESIGNS TO THE HARRAH'S/All-BILT DESIGNS</u>**

**MAY IT PLEASE THE COURT:**

The Court should permit Jane Galliano to testify to the "<u>use</u>" of her designs by defendants for purposes of the contract claim, and the "substantial similarity" of her designs for purposes of the copyright claim, and whether the use of those designs was an unfair trade practice, or unjust enrichment.

All of this testimony will easily meet the standard of F.R.Ev. 701 even if she does not qualify as a <u>Daubert</u> expert witness.

It is fairly obvious that no one is more familiar with her designs than she is. Her opinion as to the "use" or "substantial similarity" of her designs is "rationally based on her perception" of her designs

6

and the Harrahs'/All-Bilt designs. She will testify that she has studied the H/A designs in detail. She will compare those designs one at a time, feature by feature. Her opinion will be solidly based on her perceptions.

This testimony will easily meet the first standard of Rule 701. [An owner or manager may give testimony in the form of opinions or inferences based on their personal knowledge.] *See., L.A.. Land & Exploration Co. v. Verdin*, 681 So.2d 63, 66 (La. App. 1 Cir. 1996)., *Dual Drilling Co. v. Mills Equip. Inds.*, 705 So.2d 1246, 1258 (La. App. 4 Cir. 1998)., *Abbyad v. Mathes Group*, 671 So.2d 958, 962 (La. App. 4 Cir. 1996).

This testimony will easily meet the second standard of Rule 701 because it will be **essential** [not just helpful] to the jury. Plaintiffs' expert report discusses how a designer looks at a design, and what is important to a designer when a designer creates a design.[1] Plaintiff's testimony as to her own design experience will do the same. Under the case law, Jane Galiano's testimony qualifies as admissible testimony under 701. ["A lay witness may give testimony in the form of opinions and inferences that are... helpful to a clear understanding of the witness' testimony or the determination of a fact in issue."] *See., Merrels v. State Farm Mut. Ins. Co.*, 764 So.2d 1182, 1183-1184 (La. App. 2 Cir. 2000)., *Choi v. Royal Oldsmobile Co.*, 772 So.2d 1138, 1142 (La. App. 5 Cir. 1998).

She should not have to go thru the <u>Daubert</u> test to qualify as an expert to talk about her own designs and how they compare to the Harrah's/All-Bilt designs.

---

[1] See Report, pp. 18-20, Annex 28.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> VERSUS * <br> * <br> HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | | CIVIL ACTION NO. 00-0071 <br><br> SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. <br><br> MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Seventh Motion in Limine to Admit Plaintiffs' Own Testimony as to the use of her Designs by Defendants and Albright, and the Substantial Similarity of her Designs to the Harrah's/All-Bilt Designs, has been served upon:

> Mr. Joseph W. Looney, T.A.
> Ms. Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this ___7___ day of February, 2002.

_____
BRIAN L. GLORIOSO

9