FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -7 PM 5: 01

FEB 0 7 2002
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' ANNEXES TO MOTION FOR SUMMARY JUDGMENT, MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTIONS IN LIMINE**

1.    Deposition of Jane Galiano;

2.    Gianna's Articles and Bylaws;

3.    Deposition of Scott Buhrer;

4.    May 6, 1996 Settlement Agreement;

5.    Letters constituting first contract and negotiations:
        July 21, 1995;
        August 28, 1995;
        September 14, 1995;
        September 25, 1995;
        November 1, 1995;
        November 28, 1995;
        December 10, 1995;
        February 14, 1996;
        February 15, 1996;
        March 1, 1996;
        March 25, 1996;
        May 15, 1996;
        May 16, 1996;
        June 4, 1996

     June 26, 1996;
     September 20, 1996;

6.  Plaintiffs' Complaint;

7.  Harrah's People Magazine;

8.  Gianna's designs used in Harrah's People Magazine;

9.  All-Bilt charge sheets with literal copies of plaintiffs' designs;

10.  All-Bilt charge sheets which are almost literal copies;

11.  Spreadsheets for Coin Shirts, Star Shirts and Range Shirts;

12.  $7,500.00 check tendered to plaintiff after settlement agreement;

13.  All other checks from Harrah's to Gianna, Inc.

14.  Deposition of Connie Albright;

15.  Business card of Connie Albright;

16.  Letters signed by Connie Albright on Harrah's Entertainment letterhead;

17.  Pleadings and responses to discovery relating to the production of Harrah's computer records;

18.  Comparison with All-Bilt Charge Shirts;;

19.  Order from Motion to Compel ordering Harrah's to subpoena records from manufacturer;

20.  Harrah's computer records;

21.  Deposition I and II of Linda Gunnerson;

22.  Deposition of Howard Wecksler;

23.  Letter from Jim Flanagan with All-Bilt production of specs sheets;

24.  Plaintiffs' Motion to compel, dated November 2, 2001;

25. Order to Motion to Compel, dated November 27, 2001;

26. Subpoena to All-Bilt issued November 28, 2001;
27. Spreadsheets of Charge Sheets with plaintiffs' designs;

28. Expert Report prepared by Dr. Bonnie D. Belleau, January 7, 2002;

29. Contract between Plaintiff and Uniform Ideas;

30. Proposed contract between Gianna, Inc. and All-Bilt;

31. Letter between Harrah's and All-Bilt,. December 4, 1995;

32. Letter from All-Bilt to Gianna, Inc., dated May 15, 1996, re: Amending Settlement Agreement dated May 6, 1996;

33. Judgment of November 21, 2000 as to Plaintiffs' first Motion for Summary Judgment.

SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED