

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 11 AM 10: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff | CIVIL ACTION |
| versus | No. 00-0071 |
| HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | SECTION "E"(5) |

**OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT
ON LIABILITY AGAINST HARRAH'S OPERATING COMPANY, INC.
AND MOTION FOR SUMMARY JUDGMENT UNDER THE SETTLEMENT
AGREEMENT**

Defendants oppose Plaintiffs' filing of their Motion for Partial Summary Judgment on Liability Against Harrah's Operating Company, Inc. and Motion for Summary Judgment Under the Settlement Agreement because these motions were not timely filed. The deadline for dispositive motions was January 22, 2002, and the deadline for hearing these motions was February 6, 2002. The Pretrial Conference is scheduled on February 22, 2002 and trial in this matter is set for March 11, 2002. Because Plaintiffs' motions have attached approximately one thousand pages of exhibits this would not allow enough time for Defendants to

prepare comprehensive oppositions to the motions and for the Court to review the motions and oppositions.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,
Harrah's Operating Co., Inc.
and Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and by hand delivery.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs*   *<br>  *<br>VERSUS   *<br>  *<br>HARRAH'S OPERATING CO., INC.,   *<br>AND   *<br>HARRAH'S ENTERTAINMENT, INC.   *<br>*Defendants*   *<br>  * | | CIVIL ACTION NO. 00-0071<br><br>SECTION " E " " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR.<br><br>MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' ANNEXES TO MOTION FOR SUMMARY JUDGMENT, MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTIONS IN LIMINE**

1. Deposition of Jane Galiano;

2. Gianna's Articles and Bylaws;

3. Deposition of Scott Buhrer;

4. May 6, 1996 Settlement Agreement;

5. Letters constituting first contract and negotiations:
   July 21, 1995;
   August 28, 1995;
   September 14, 1995;
   September 25, 1995;
   November 1, 1995;
   November 28, 1995;
   December 10, 1995;
   February 14, 1996;
   February 15, 1996;
   March 1, 1996;
   March 25, 1996;
   May 15, 1996;
   May 16, 1996;
   June 4, 1996

1

     June 26, 1996;
     September 20, 1996;

6.  Plaintiffs' Complaint;

7.  Harrah's People Magazine;

8.  Gianna's designs used in Harrah's People Magazine;

9.  All-Bilt charge sheets with literal copies of plaintiffs' designs;

10.  All-Bilt charge sheets which are almost literal copies;

11.  Spreadsheets for Coin Shirts, Star Shirts and Range Shirts;

12.  $7,500.00 check tendered to plaintiff after settlement agreement;

13.  All other checks from Harrah's to Gianna, Inc.

14.  Deposition of Connie Albright;

15.  Business card of Connie Albright;

16.  Letters signed by Connie Albright on Harrah's Entertainment letterhead;

17.  Pleadings and responses to discovery relating to the production of Harrah's computer records;

18.  Comparison with All-Bilt Charge Shirts;;

19.  Order from Motion to Compel ordering Harrah's to subpoena records from manufacturer;

20.  Harrah's computer records;

21.  Deposition I and II of Linda Gunnerson;

22.  Deposition of Howard Wecksler;

23.  Letter from Jim Flanagan with All-Bilt production of specs sheets;

24.  Plaintiffs' Motion to compel, dated November 2, 2001;

25. Order to Motion to Compel, dated November 27, 2001;

26. Subpoena to All-Bilt issued November 28, 2001;
27. Spreadsheets of Charge Sheets with plaintiffs' designs;

28. Expert Report prepared by Dr. Bonnie D. Belleau, January 7, 2002;

29. Contract between Plaintiff and Uniform Ideas;

30. Proposed contract between Gianna, Inc. and All-Bilt;

31. Letter between Harrah's and All-Bilt,. December 4, 1995;

32. Letter from All-Bilt to Gianna, Inc., dated May 15, 1996, re: Amending Settlement Agreement dated May 6, 1996;

33. Judgment of November 21, 2000 as to Plaintiffs' first Motion for Summary Judgment.

3