FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2002 FEB -7  PM 4: 53

LORE... A L. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING OF MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO ILLNESS OF PLAINTIFF

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court

for an expedited hearing on their Motion to Continue Trial on the Merits Due to Illness of

Plaintiff, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this _____7th_ day of February, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,

DATE OF ENTRY
FEB 1 3 2002

1

Jane Galiano & Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna,

Inc., for expedited hearing on their Motion to Continue Trial on the Merits Due to Illness of

Plaintiff be and it is hereby granted, and said hearing is set for the _20th_ day of

_February_ , 2002, at _10:00_ o'clock _A_ .M.

New Orleans, Louisiana,_____Fev / 3_____, 2002.


_____
**UNITED STATES DISTRICT JUDGE**