UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO ILLNESS OF PLAINTIFF

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and with great regret move this Honorable Court to continue the trial on the merits of this case due to the illness of Plaintiff Jane Galiano, for the reasons more fully set forth in the memorandum of law in support of this motion, annexed hereto.

New Orleans, Louisiana this ___7th___ day of February, 2002.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141

6

Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion to Continue the Trial on the Merits due to the Illness of Plaintiff,

IT IS ORDERED by the Court that defendants, HARRAH'S Operating Co., Inc. and HARRAH'S Entertainment, Inc., appear and show cause before the above entitled Court, on _____, the _____ day of _____, 2002, at _____ o'clock ___.M., why the Court should not grant plaintiffs' order continuing the trial on the merits of this case due to the illness of plaintiffs.

New Orleans, Louisiana, _____, 2002

_____
**UNITED STATES DISTRICT JUDGE**

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING AND
<u>MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO ILLNESS
OF PLAINTIFF JANE GALIANO</u>**

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., respectfully and regretfully have moved this Honorable Court for a continuance of the trial on the merits which is set for March 11.

The annexed report of Plaintiff's treating physician Dr. Paul Harsch and the annexed medicals tell the story.

She was recently (and shortly after a full day spent deposing Ms. Galiano), she was diagnosed at Charity Hospital with acute CO poisoning due to a heater or stove in her apartment.

Her son, who lives with her, also was diagnosed with CO poisoning.

According to her treating physician, Dr. Paul Harsch, she has a serious mental deficit.

9

Counsel can only add from their own observations of their client - for what it is worth - that she is not now the same person whose deposition was taken not long ago. Counsel have had difficulty communicating with her concerning the upcoming trial because her short term memory is impaired and she has a severe attention deficit.

Counsel urgently need her assistance - in good health - to prepare for this trial.

She is the key witness for the plaintiff.

It is her designs and her dealings with Harrah's and years of her professional life which are at stake in this trial.

It is her designs which appear in the documents recently discovered at the Joliet casino which appear to show an almost literal copy of one of her designs which was not previously at issue.

It is her testimony which will have to sort out the details of her dealings with Harrah's.

It is her testimony which will have to compare the broad strokes and the details of dozens of her designs with the now extensive documentation of the designs put into production - and still in use - by defendants.

It is impossible to prepare this case for trial - much less try it - while she is under active treatment for long term effects of CO poisoning as described by Dr. Harsch.

We regretfully and respectfully have no choice but to move for the continuance of this trial. It is an old case. It urgently needs to be tried.

But trial preparations are daily and extensive and expensive. Counsel need their client's assistance and input now. Every day which passes places counsel and plaintiffs at a greater

10

disadvantage in their trial preparations. No one wishes more fervently for her speedy return to good mental health than undersigned counsel. But counsel and Jane Galiano certainly did not plan this unfortunate turn of events in order to obtain a continuance - or to inconvenience the Court or opposing counsel in any way.

New Orleans, Louisiana this ___7___ th day of February, 2002.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

11

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this ___7th day of February, 2002, served a copy of the foregoing pleading to counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by mailing the same by U.S. mail and by fax and by hand delivery..

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   HARRAH'S OPERATING CO., INC.
      Through Its Attorney of Record
      Joseph W. Looney, T.A.
      Melissa S. LaBauve
      Adams and Reese LLP
      4500 One Shell Square
      New Orleans, Louisiana 70139

      HARRAH'S ENTERTAINMENT, INC.
      Through Its Attorney of Record,
      Joseph W. Looney, T.A.
      Melissa S. LaBauve
      Adams and Reese LLP
      4500 One Shell Square
      New Orleans, Louisiana 70139

The Motion to Continue Trial on the Merits Due to Illness of Plaintiff filed by plaintiffs, Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable ~~Alma~~ MARCEL LIVAUDAIS ~~Chasez, Magistrate~~ Judge, United States District Court, Eastern District of Louisiana, 500 Camp

4

Street, New Orleans, Louisiana 70130, on the \_\_\_\_ day of _____, 2002, at

_____ o'clock \_\_\_\_.M.

                                    Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.