FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 13  PM 4:01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. * <br> Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br> Defendant * <br> * | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

*********************************************

## OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT

Defendants oppose Plaintiffs' filing of their Motion for Leave to File Supplemental and Amended Complaint. Plaintiffs seek to amend their complaint to allege a violation of the Louisiana Unfair Trade Practices and Consumer Protections Law.

Defendants object to amendment of the complaint because the deadline for amending the complaint was August 27, 2001; and Plaintiffs have failed to show just cause for their failure to timely file the amendment.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc.*
*and Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and by hand delivery.

_____