FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19 PM 4: 47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.   *  
            Plaintiff        *  
                         *  
versus                      *  
                         *  
HARRAH'S OPERATING CO., INC.   *  
And                    *  
HARRAH'S ENTERTAINMENT, INC. *  
            Defendant      *  
                         *  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION

No. 00-0071

SECTION "E"(5)

Judge Livaudais, Jr.

Mag. Chasez

## MOTION TO EXTEND TIME FOR FILING MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, and respectfully request that they be granted an extension of time to file a motion for summary judgment in the above-captioned matter until Thursday, February 21, 2002, to be heard on March 6, 2002, for the reasons more fully set forth in the attached memorandum.

         Respectfully submitted,

         **ADAMS AND REESE LLP**

         Joseph W. Looney, T.A. (8773)  
         Melissa S. LaBauve (25745)  
         4500 One Shell Square  
         New Orleans, LA 70139  
         Tel: (504) 581-3234  
         Fax: (504) 566-0210  
         *Attorneys for Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.*

DATE OF ENTRY
FEB 2 1 2002

Fee_____
Process____
X Dktd_____
_ CtRmDep___
Doc. No._____
150

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*******************************************

## MEMORANDUM IN SUPPORT OF
## MOTION TO EXTEND TIME FOR FILING MOTION FOR SUMMARY JUDGMENT

Defendants respectfully request that they be granted an extension of time within which to file a motion for summary judgment in the above-captioned matter. Defendants request that they be allowed to file their motion for summary judgment on Thursday, February 21, 2002, after this Court has had an opportunity to hear and rule on Plaintiffs' Motion To Continue Trial and Motion To Amend Complaint. Defendants need the Court's consent in order that their motion for summary judgment can be heard on Wednesday, March 6, 2002, as it is a cross-motion to the Motions For Summary Judgment filed by Plaintiffs.

Respectfully submitted,

**ADAMS AND REESE LLP**

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants, Harrah's Operating
Co., Inc. and Harrah's Entertainment, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2002, I have served a copy of the

foregoing pleading on counsel for plaintiffs via facsimile and by hand delivery.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.  *      CIVIL ACTION
             Plaintiff  *

                     *      No. 00-0071

versus               *

                     *      SECTION "E"(5)

HARRAH'S OPERATING CO., INC.  *

And               *      Judge Livaudais, Jr.

HARRAH'S ENTERTAINMENT, INC. *

             Defendant  *      Mag. Chasez

                     *

*******************************************

## ORDER

    Considering the foregoing motion,

    IT IS HEREBY ORDERED that Defendants have through and until Thursday, February 21, 2002 to file their Motion For Summary Judgment in the above-captioned matter. It is also ordered that Defendants' Motion For Summary Judgment will be heard on Wednesday, March 6, 2002.

    New Orleans, Louisiana this __20__ day of February, 2002.

_____
Judge