```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2002 FEB 26  AM 11: 34

                               LORETTA G. WHYTE
                                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 20, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-071 |
| HARRAH'S OPERATING CO., INC., ET AL. | SECTION: "E"(5) |

### HEARING ON MOTION

APPEARANCES:   Jonathan Shushan, Kristen Pate Biever

MOTION:

(1) Plaintiffs' Motion for Leave to File Supplemental and Amended Complaint (Rec. doc. 130).

_____ :   Continued to

_____ :   No Opposition

__1__ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
FEB 2 7 2002

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
Doc. No. _____

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted. Defendants have withdrawn their opposition and trial has been continued.

_____ : Denied.

_____ : Other.

*/s/ ALC*
—————————————————————
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE