U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **FEB 2 7 2002**
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL AND AMENDED COMPLAINT

Now come plaintiffs, Jane Galiano and Gianna, Inc., and supplement and amend their claim as follows:

1. Plaintiffs repeat and incorporate by reference all of the allegations of their original complaint, and their Supplemental and Amended Complaint and add thereto the following allegations.

2. Defendants' ordered from manufacturers designs which are either exact copies, derivatives, or substantially similar to plaintiffs' designs.

3. Defendants' ordering of designs which are either exact copies, derivatives, or substantially similar to plaintiffs' designs, without permission of plaintiffs', constitutes a violation of the Louisiana Unfair Trade Practices and Consumer Protections Law.

4. Defendants ordering of designs which are either exact copies, derivatives, or

7



substantially similar to plaintiffs' designs, directly from manufacturers, without plaintiffs permission, makes defendants the competitors of plaintiffs'.

5. Defendants' wrongful act(s) are wilful, ongoing and continuing.

6. As a result of Defendants' Unfair Trade Practices, plaintiffs have suffered damages including but not limited to, loss of profits, loss of business opportunity, and damage to their reputation, all of which have caused plaintiff, Jane Galiano severe mental distress and anguish.

7. Plaintiffs are entitled to damages, including attorney's fees, as provided by the Louisiana Unfair Trade Practices and Consumer Protections Law.

WHEREFORE, plaintiffs pray that this Supplemental and Amended Claim be filed in this cause, and for damages for breach of contract and/or copyright infringement, and/or unjust enrichment, and/or Unfair Trade Practices, and for trial by jury of all issues in this cause, and for all general and equitable relief.

New Orleans, Louisiana this 1st day of February, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
Attorneys for Plaintiffs and Movers
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile: (504) 561-0326
Attorneys for Plaintiffs
Jane Galiano and Gianna, Inc.