```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 NOV 19 PM 2:08

         UNITED STATES DISTRICT COURT     LORETTA G. WHYTE
                                                CLERK
         EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their Motion to Extend Time to Produce Expert Reports, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this __15__th day of November 2001.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano & Gianna, Inc.

DATE OF ENTRY
FEB 2 8 2002

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTREPRISE, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their Motion to Extend Time to Produce Expert Reports be and it is hereby granted, and said hearing is set for the 21st day of November, 2001, at 11:00 o'clock A.M.

New Orleans, Louisiana, November 20, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

2