FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 27 PM 3: 36
FEB 27 2002
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXTEND TIME TO PRODUCE EXPERT REPORTS

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an Order extending the time at which plaintiff's must produce expert witness reports to defendant. This extension is required because ongoing discovery disputes have prevented plaintiffs from obtaining the necessary materials for plaintiffs' experts to prepare and produce meaningful and useful reports for counsel and for reasons more fully set forth in the memorandum of law in support of this motion, annexed hereto. Consequently, plaintiffs, Jane Galiano and Gianna Inc., pray that the deadline for filing Expert Reports be extended until one week after the discovery cutoff, or until January 29, 2002.

New Orleans, Louisiana this _____th day of November 2001.

5

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Extend Time to Produce Expert Reports,

IT IS ORDERED by the Court that defendants, HARRAH'S Operating Co., Inc. and HARRAH'S Entertainment, Inc., appear and show cause before the above entitled Court, on _____, the _____ day of _____, 2001, at _____ o'clock ___.M., why the Court should not grant plaintiffs' order extending the time at which plaintiffs must produce reports from any and all expert witnesses until one week after the discovery cutoff, or until January 29, 2002. .

New Orleans, Louisiana, _____, 2001

---
**UNITED STATES DISTRICT JUDGE**

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING AND
MOTION TO EXTEND TIME TO PRODUCE EXPERT REPORTS**

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., respectfully request an expedited hearing of their Motion to Extend Time to Produce Expert Reports. Plaintiffs further request that this Honorable Court extend the time by which Plaintiffs must produce reports from all expert witnesses.

1. Plaintiffs seek an expedited hearing on their Motion to Extend Time to Produce Expert Reports because the deadline to produce those reports is November 21, 2001, and subsequently a regular hearing date will not be timely. Plaintiffs expect that expert testimony will play a major role in both the plaintiffs' and the defendants' case. However, our expert cannot prepare a meaningful report until the Defendants produce their records. This motion is simple and should take little of this Court's time. Plaintiffs respectfully submit that this Court should hear the

8

annexed Motion to Extend Time to Produce Expert Reports on the same date that Plaintiffs' Renewed Motion to Compel Discovery which is set for hearing on November 21, 2001.

2. Plaintiffs have made numerous and repeated efforts to secure defendant's design documents, uniform photos, purchase orders and/or royality records. Subsequently Plaintiffs filed another Motion to Compel against Harrah's which is currently set for hearing on November 21, 2001.

Plaintiffs urgently need the information requested through discovery. Plaintiffs have retained expert witnesses. Those expert witnesses need the information sought in discovery in order to produce reports. As defendants have not produced that information, plaintiffs' experts cannot evaluate the economic loss, form a response on the similarity of designs nor evaluate the designs as unique based upon the industry standards.

Defendants cannot be permitted to, effectively, deprive plaintiffs of the right to call expert witnesses by obstructing the discovery process. This Court should extend the deadline to produce plaintiffs' expert reports until the discovery process is effectively completed.

New Orleans, Louisiana this 16th day of November 2001.

9

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this __15__th day of November 2001, served a copy of the foregoing pleading to counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by mailing the same by hand.

_____
BRIAN L. GLORIOSO

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   HARRAH'S OPERATING CO., INC.
Through Its Attorney of Record
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorney of Record,
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The Motion to Extend Time to Produce Expert Reports filed by plaintiffs, Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable Alma Chasez, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New

3

Orleans, Louisiana 70130, on the _____ day of _____, 2001, at _____ o'clock ____.M.

                                                     Respectfully submitted,

                                                     /s/ *[signature]*
                                                     SIDNEY L. SHUSHAN, #12055
                                                     BRIAN L. GLORIOSO, #27226
                                                     Guste, Barnett & Shushan, L.L.P.
                                                     639 Loyola Avenue, Suite 2500
                                                     New Orleans, Louisiana 70113-7103
                                                     Telephone:  (504) 529-4141
                                                     Facsimile:    (504) 561-0326
                                                     Attorneys for Plaintiffs,
                                                     Jane Galiano and Gianna, Inc.