FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 NOV 19 PM 2:07
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO REPLY TO HARRAH'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully requests that this Court grant plaintiffs leave to file into the record a reply brief to Defendants' Opposition to Plaintiffs' Renewed Motion to Compel.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
FEB 2 8 2002



EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Ex Parte Motion for Leave to Reply to Defendants' Opposition,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the annexed "Plaintiffs' Reply to Defendants' Opposition to the Renewed Motion to Compel", be filed into the record of the above captioned case.

New Orleans, Louisiana __21__ day of November, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., through undersigned counsel, submit this Memorandum of Law in support of the attached Ex-Parte Motion for Leave to File a Reply to Defendants' Opposition.

1. Plaintiffs filed a Renewed Motion to Compel Discovery on November 2, 2001 which the Court scheduled for hearing on November 21, 2001.

2. Plaintiffs received a copy of defendants' Opposition after business hours on November 13, 2001.

3. Defendants' Opposition contain errors of fact which plaintiffs seek to clarify in this Reply to Defendants' Opposition.

New Orleans, Louisiana this __15th__ day of November 2001.

Respectfully submitted,

*/s/ Brian L. Glorioso*
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.