FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 26 AM 10: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

### CONSENT MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

ON MOTION, of undersigned counsel, with the consent of all parties, upon suggesting to this Honorable Court that Plaintiffs' Motion For Summary Judgment presently set for March 6, 2002 be continued to a date set by this Court;

Further, counsel have conferred and agreed that Defendants' Motion for Summary Motion shall be filed pursuant to the Court's new Scheduling Order and shall be heard at the same time as Plaintiffs' Motion for Summary Judgment.

New Orleans, Louisiana this 26th day of February, 2002.

DATE OF ENTRY
MAR 0 5 2002



Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano & Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Consent Motion to Continue Hearing on Plaintiffs' Motion for Summary Judgment;

**IT IS ORDERED** by the Court that the Consent Motion to Continue Hearing on Plaintiffs' Motion for Summary Judgment is hereby granted, and said hearing is set for the 20th day of March, 2002, at 10:00 o'clock A.M.

New Orleans, Louisiana this 27 day of Jan., 2002.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion to Continue Hearing on Plaintiffs' Motion for Summary Judgment has been served upon:

> Mr. Joseph W. Looney, T.A.
> Ms. Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 26th day of February, 2002.

_____
BRIAN L. GLORIOSO