Minute Entry
LIVAUDAIS, S. J.
15 March 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO and GIANNA, INC.                    CIVIL ACTION

versus                                            NO.  00-0071

HARRAH'S OPERATING CO., INC., ET AL               SECTION: E/5

Pursuant to the February 19, 2002 Order issued by the Court, (Record Document 149), a preliminary conference was held March 14, 2002. Participating were:

> SIDNEY L. SHUSHAN, ESQ.
> JOSEPH W. LOONEY, ESQ.

Following conversation among counsel for the parties and the Court, the preliminary conference was converted to a status conference.

Under a separate Order the Motion for Summary Judgment filed by the plaintiffs and the Motion for Summary Judgment filed by the defendants were CONTINUED from March 6, 2002 to TUESDAY, APRIL 9, 2002. Oral argument on the summary judgment motions will be heard on April 9, 2002 at 10:00 A.M. before the District Judge.

Immediately following oral argument counsel for the parties will meet with the District Judge for assignment of various cut-off dates, final pre-trial and trial dates.

DATE OF ENTRY
MAR 1 5 2002