

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR -8  PM 5: 01

MAR 0 8 2002

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| **Plaintiff** | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXPEDITED HEARING OR, ALTERNATIVELY, TO POSTPONE HEARING ON PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Harrah's Operating Co., Inc., which respectfully requests that this Court grant it an expedited hearing on the attached motion for partial summary judgment or, alternatively, postpone the hearing on Plaintiffs' motions for summary judgment for the reasons more fully set forth in the attached memorandum. Plaintiffs' counsel was earlier contacted and has no opposition to postponing the hearing made the subject of this motion.

Respectfully submitted,

**ADAMS AND REESE LLP**

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, LA 70139
Tel:  (504) 581-3234
Fax:  (504) 566-0210
*Attorneys for Defendant Harrah's Operating
Co., Inc.*

DATE OF ENTRY

MAR 1 5 2002

Fee_____
Process____
X  Dktd____
__ CtRmDep
__ Doc. No_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |
| * | | |

***********************************

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING
OR, ALTERNATIVELY, TO POSTPONE HEARING ON PLAINTIFFS'
MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Defendant Harrah's Operating Co., Inc. seeks an expedited hearing on the attached motion for partial summary judgment or, alternatively, that the Court postpone the hearing on Plaintiffs' motions for summary judgment currently set for March 20, 2002.

On February 19, 2002, this Court, on Plaintiffs' motion, continued the trial in this case. At the time the Plaintiffs moved for the continuance, they had just filed two motions for summary judgment. The hearing on these motions for summary judgment had earlier been scheduled for March 6, 2002. The parties agreed that the hearing of Plaintiffs' motions for summary judgment should be continued and reset at a time when additional motions could be heard after the preliminary conference scheduled on

March 14, 2002. Plaintiffs' counsel agreed to prepare a consent motion to continue the hearing without date which would be approved and signed by counsel for both parties.

On February 26, 2002, Plaintiffs' counsel filed the consent motion, which stated as agreed, that Defendant's motions would be filed in accordance with the scheduling order to be issued by the Court after the March 14, 2002 preliminary conference, and that Defendant's motion and Plaintiffs' motions would be heard on the same day. However, Plaintiffs also included a proposed order, not submitted in advance to undersigned counsel, resetting the hearing for March 20, 2002. This was not agreed to by Defendant, and did not allow Defendant time to file its motion for partial summary judgment in accordance with the time periods imposed by the Local Rules. Defendant's counsel did not learn of this scheduled hearing date until February 28, 2002, which allowed only three working days for Defendant to prepare and file its motion for partial summary judgment. Defendant's motion for partial summary judgment addresses the same issue as Plaintiffs' motions which are currently scheduled for hearing on March 20, 2002.

For these reasons, Defendant requests that it be granted an expedited hearing and be allowed to file herewith its motion for partial summary judgment to be heard on March 20, 2002. Alternatively, the hearing on Plaintiffs' motions for summary judgment should be continued without date to be reset on a date that allows for the full time periods prescribed by the Local Rules.

Respectfully submitted,

**ADAMS AND REESE LLP**

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, LA 70139
Tel:  (504) 581-3234
Fax:  (504) 566-0210
*Attorneys for Defendant*
*Harrah's Operating Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs by hand.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |
| * | | |

**********************************

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that the oral hearing on the motion for partial summary

judgment to be filed by Defendant Harrah's Operating Co., Inc. and Plaintiffs' motions

for summary judgment in the above-captioned matter, will be held on the 9 day of

April , 2002. at 10 a.m.

New Orleans, Louisiana this 14 day of March, 2002.

_____
United States District Court Judge