

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. *<br>Plaintiff * <br> * <br>versus * <br> * <br>HARRAH'S OPERATING CO., INC. *<br>And *<br>HARRAH'S ENTERTAINMENT, INC. *<br>Defendant * <br> * | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

Defendant Harrah's Operating Company, Inc., respectfully requests oral argument on its Motion for Summary Judgment, filed contemporaneously herewith, on the grounds that oral argument would significantly aid the decisional process. Defendant further requests that it be granted oral argument only to the extent that it will not delay these proceedings.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendant*
*Harrah's Operating Co., Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of March, 2002, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile and by hand.

_____