```
                                           FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2002 MAR 19 PM 4:20

                                      LORETTA G. WHYTE
                                            CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. *<br>Plaintiff * <br> * <br>versus * <br> * <br>HARRAH'S OPERATING CO., INC. * <br>And * <br>HARRAH'S ENTERTAINMENT, INC. * <br>Defendant * <br> * | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) |

******************************************

### MOTION TO ENROLL ADDITIONAL COUNSEL

DEFENDANTS, HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC., through undersigned counsel, suggest to the Court that movers desire to enroll Kristen P. Biever (La. Bar No. 27382) of Adams and Reese LLP, 4500 One Shell Square, New Orleans, Louisiana 70139, as additional counsel of record in the captioned litigation and move this Honorable Court for an Order adding Kristen P. Biever as additional counsel on behalf of Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.

DATE OF ENTRY

MAR 20 2002

___ Fee ___
___ Process ___
_X_ Dktd
___ CtRmDep
___ Doc. No. ___

        Respectfully submitted,

        ADAMS AND REESE LLP

        _____
        Joseph W. Looney, T.A. (8773)
        Melissa S. LaBauve (25745)
        4500 One Shell Square
        New Orleans, Louisiana 70139
        Tel: (504) 581-3234
        Fax: (504) 566-0210
        *Attorneys for Defendants*
        *Harrah's Operating Co., Inc. and*
        *Harrah's Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and via United States mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff<br><br>versus<br><br>HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | * * * * * * * * * * * | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

*Considering the foregoing* Motion to Enroll Additional Counsel;

IT IS ORDERED that Kristen P. Biever of the firm of Adams and Reese LLP be enrolled as additional counsel on behalf of Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.

New Orleans, Louisiana this \_\_\_\_20\_\_\_\_ day of \_\_March\_\_ 2002.

_____
UNITED STATES DISTRICT JUDGE