FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -1 PM 5:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. * <br> Plaintiff * <br> * <br> versus * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> And * <br> HARRAH'S ENTERTAINMENT, INC. * <br> Defendant * <br> * <br> ******************************************* | CIVIL ACTION <br><br> No. 00-0071 <br><br> SECTION "E"(5) <br><br> Judge Livaudais, Jr. <br><br> Mag. Chasez |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel comes Defendant, Harrah's Operating Co., Inc., and respectfully requests that it be granted leave to file the attached Supplemental Memorandum In Opposition To Plaintiffs' Motions For Summary Judgment.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendant, Harrah's Operating Co., Inc.*

DATE OF ENTRY
APR 0 3 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendant * | | Mag. Chasez |
| * | | |

*********************************************

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
<u>OPPOSITION TO PLAINTIFFS MOTIONS FOR SUMMARY JUDGMENT</u>**

Defendant, Harrah's Operating Co., Inc., respectfully requests that it be granted leave to file the attached Supplemental Memorandum In Opposition To Plaintiffs' Motions For Summary Judgment. On February 11, 2002, Defendant filed an opposition to Plaintiffs' Motions For Summary Judgment on the grounds that the motions were not timely filed. Defendant now requests leave to file an opposition discussing the issues raised in Plaintiffs' motions.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendant, Harrah's Operating Co., Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs by Hand Delivery.

_____

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*********************************************

## ORDER

Considering the foregoing Motion of Harrah's Operating Co., Inc.,

IT IS HEREBY ORDERED that Harrah's Operating Co., Inc. is granted leave to file a Supplemental Memorandum In Opposition To Plaintiffs' Motions For Summary Judgment.

New Orleans, Louisiana this 2nd day of April 2002.

_____
UNITED STATES DISTRICT JUDGE