

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.   *<br>         Plaintiff                                    *<br>                                                       *<br>versus                                            *<br>                                                       *<br>HARRAH'S OPERATING CO., INC.    *<br>And                                                *<br>HARRAH'S ENTERTAINMENT, INC. *<br>         Defendant                                *<br>                                                       * | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE REPLY BRIEF
IN RESPONSE TO PLAINTIFFS' OPPOSITION TO
<u>DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

NOW INTO COURT, through undersigned counsel, comes defendant, Harrah's Operating Co., Inc., who respectfully requests this Honorable Court grant it leave to file its Reply Brief in Response to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in order to demonstrate errors in Plaintiffs' Opposition by showing (1) plainatiffs have failed to introduce any evidence on an essential element of its claim for breach, and (2) under Louisiana law a party to a settlement contract is not bound to its terms if the other party breaches it. Harrah's believes this brief will aid the Court in properly resolving its Motion for Partial Summary Judgment.

DATE OF ENTRY

APR 0 8 2002

WHEREFORE, defendants Harrah's Operating Co., Inc. prays that this Honorable Court grant it leave to file its Reply Brief in response to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendants,*
*Harrah's Operating Co., Inc.*
*and Harrah's Entertainment, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2002, I have served a copy of the foregoing pleading on counsel for plaintiffs via facsimile and by hand.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC.<br>　　　Plaintiff<br><br>versus<br><br>HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>　　　Defendant | CIVIL ACTION<br><br>No. 00-0071<br><br>SECTION "E"(5) |

## ORDER

Considering defendant Harrah's Operating Company, Inc.'s motion for Leave of Court to file Reply Brief in Response to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment;

IT IS HEREBY ORDERED that defendant Harrah's Operating Company, Inc.'s Reply Brief be filed into the record of the above-referenced matter.

New Orleans, Louisiana, this ___5th___ day of ___April___, 2002.

_____
United States District Judge