UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0071 |
| HARRAH'S OPERATING CO., INC., ET AL | SECT: "E" |

TUESDAY, APRIL 9, 2002, 10:00AM
DISTRICT JUDGE MARCEL LIVAUDAIS, JR., PRESIDING

COURTROOM DEPUTY:            COURT RECORDER:
CECIL J. MURPHY JR.          BONNIE HEBERT

LAW CLERK: LOUVIN SKINNER, ATTY

COUNSEL FOR PLTF: SIDNEY L. SHUSHAN, ESQ. - JONATHAN M. SHUSHAN, ESQ.
                  BRIAN L. GLORIOSO, ESQ.
COUNSEL FOR DEFT: JOSEPH W. LOONEY, ESQ. - MELISSA S. LABAUVE, ATTY
                  KRISTEN P. BIEVER, ESQ.

ORAL MOTION'S
#1 - MOTION OF PLTF FOR SUMMARY JUDGMENT.
#2 - MOTION OF DEFT HARRAH'S OPERATING CO.,INC. FOR PARTIAL SUMMARY
     JUDGMENT.

---

(All present and ready, ( 10:00AM ).
Case called.
Argument, Pltf, Atty Shushan.
Argument, Deft, Atty Looney.
Argument, Pltf, Atty Shushan.
TAKEN UNDER SUBMISSION.
Court stands adjourned, (10:35AM).

DATE OF ENTRY
APR 10 2002