FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 10 PM 2:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO and GIANNA, INC.                              CIVIL ACTION

versus                                                       NO. 00-0071

HARRAH'S OPERATING CO., INC., ET AL                          SECTION: E/5

## O R D E R

Pursuant to the March 15, 2002 Order issued by the Court, (Record Document 158), immediately following oral argument on the cross motions for summary judgment, a conference was held to discuss the present posture of the above captioned civil action regarding assignment of cut-off, final pre-trial and trial dates. Participating were:

        SIDNEY L. SHUSHAN, ESQ.
        BRIAN L. GLORIOSO, ESQ.
        JOSEPH W. LOONEY, ESQ.
        KRISTEN P. BIEVER, ESQ.

**IT IS ORDERED** that counsel for the parties shall confer with plaintiff's physician concerning her medical condition/prognosis and availability for trial. Counsel shall then JOINTLY advise the Court, via written report.

**IT IS FURTHER ORDERED** that counsel for the parties shall confer with each other and determine which of the currently pending nine motions in limine may be maintained. Counsel shall JOINTLY advise the Court, via written report.

DATE OF ENTRY
APR 1 0 2002

Fee____
Process__
X Dktd__
_ CtRmDep__
✓ Doc.No. 172

The time for amendments to pleadings, third party actions, cross-claims and counter-claims has expired. These cut-off dates WILL NOT BE REOPENED.

Finally, during the conference counsel for defendants acknowledged that should judgment of liability be entered against defendant, Harrah's Operating Company, Inc. said Company will accept responsibility for satisfying said judgment. Counsel for plaintiff and defendant shall confer to reach a joint Stipulation to be submitted to the Court.

The preliminary conference to assign trial dates will not be scheduled until the Court is in receipt of the reports hereinabove stated.

The Clerk is DIRECTED to provide a copy of this Order to United States Magistrate Judge Alma L. Chasez.

New Orleans, Louisiana, April 10, 2002.

                                                _____
                                                MARCEL LIVAUDAIS, JR.
                                         Senior United States District Judge