FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -9 AM 11:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. <br> *Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * <br> * <br> * <br> * | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., <br> AND <br> HARRAH'S ENTERTAINMENT, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE RESPONSE TO LAST MINUTE
REPLY BRIEF FILED BY DEFENDANTS**

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for leave to file the annexed response to last minute reply brief filed by defendants, for the reasons set forth in the memorandum of law annexed hereto.

New Orleans, Louisiana, this 9th day of April 2002.

DATE OF ENTRY
APR 11 2002

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for leave to file response to last minute reply brief filed by defendants;

IT IS ORDERED by the Court that plaintiffs' Motion for Leave to file response to last minute reply brief filed by defendants be filed into the record of the above cause of action.

New Orleans, Louisiana, this _____9_____ day of __April__, 2002.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E " " (5)<br>JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE RESPONSE TO LAST MINUTE REPLY BRIEF FILED BY DEFENDANTS

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court to file the annexed response to last minute reply brief filed by defendants.

Plaintiffs' filed their Motions for Summary Judgment on February 7, 2002.

Harrah's subsequently filed an opposition on February 11, 2002, which did not address the issues of law argued by plaintiffs but rather argued that Plaintiffs' Motions were untimely.

Harrah's then waited until the last possible moment, April 1, 2002 to file an actual Opposition to Plaintiffs' Motions for Summary Judgment.

Harrah's raised many issues not raised by Plaintiffs and also misstated many of the key facts.

Thus Plaintiffs' respectfully request the Court to grant leave to file a Reply to Defendants' eleventh hour opposition.

In the interests of justice, the Court should allow the filing of the pleading.

New Orleans, Louisiana, this 8th day of April, 2002.

>Respectfully submitted,
>
>*/s/ signature/*
>
>**SIDNEY L. SHUSHAN, #12055**
>**JONATHAN M. SHUSHAN, #21977**
>**BRIAN L. GLORIOSO, #27226**
>Guste, Barnett & Shushan, L.L.P.
>639 Loyola Avenue, Suite 2500
>New Orleans, Louisiana 70113-7103
>Telephone: (504) 529-4141
>Facsimile:  (504) 561-0326
>Sidney L. Shushan Direct Line: (504) 681-4519
>Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Response to Last Minute Reply Brief filed by Defendants has been served upon:

> Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 9th day of April, 2002.

JONATHAN M. SHUSHAN