EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 APR -5 PM 3:31
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *Plaintiffs* | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. *Defendants* | * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED HEARING OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT AND BRIEF INTO THE RECORD IN SUPPORT OF <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for an expedited hearing of the annexed Motion for Leave to File Second Supplemental and Amended Complaint and Memorandum of Law into the Record in Support of their Motion for Summary Judgment which is set for hearing before this Court on April 9, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 5th day of April, 2002.

Respectfully submitted,

/s/ _____
**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs and Movers

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Plaintiffs* * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for leave to File Second Supplemental and Amended Complaint;

IT IS ORDERED by the Court that plaintiffs' Motion to File Second Supplemental and Amended Complaint in the above cause of action be and it is hereby set for hearing on the ~~9th~~ 24th day of April, 2002 at 11:00 a.m. with oral argument.

New Orleans, Louisiana, this _____ day of _____, 2002.

_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF HEARING**

TO:  HARRAH'S OPERATING CO., INC.
Through Its Attorneys of Record
Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorneys of Record,
Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The Motion for Leave to file Second Supplemental and Amended Complaint filed by plaintiffs, Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable Marcel Livaudais, Jr., District Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the 9th day of April, 2002, at 10:00 o'clock A.M.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs and Movers

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Second Supplemental and Amended Complaint has been served upon:

Mr. Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorneys for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 5th day of April, 2002.

_____
SIDNEY L. SHUSHAN