U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 15 2002
LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. <br> *Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * <br> * <br> * <br> * | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., <br> AND <br> HARRAH'S ENTERTAINMENT, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT AND BRIEF INTO THE RECORD IN SUPPORT OF MOTION FOR <u>PARTIAL SUMMARY JUDGMENT</u>

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for leave to file the annexed Second Supplemental and Amended Complaint and Memorandum of Law into the Record in Support of their Motion for Summary Judgment which is set for hearing before this Court on April 9, 2002, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana, this 5th day of April, 2002.

DATE OF ENTRY
APR 1 5 2002

Fee_____
___Process_____
_X_Dktd_____
___CtRmDep___
Doc. No _176_

Respectfully submitted,

*Sidney L. Shushan*
**SIDNEY L. SHUSHAN, # 12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E " " (5) JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion for leave to File Second Supplemental and Amended Complaint;

IT IS ORDERED by the Court that plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint be filed into the record of the above cause of action.

New Orleans, Louisiana, this _____ day of _____, 2002.

_Denied_
_[handwritten notation]_
_AL 4/11/02_

_____
**UNITED STATES DISTRICT JUDGE**

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF LAW IN SUPPORT
OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL
AND AMENDED COMPLAINT INTO THE RECORD
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court to file the annexed Supplemental and Amended Claim and Memorandum Annexed thereto into the record in support of Plaintiffs' Motion for Partial Summary Judgment which is set for hearing on April 9, 2002. Plaintiff apologizes for the timing of the motion.

A reexamination of the extensive discovery from AllBilt compared with a letter previous written by Defendants show clearly for the first time the scope and the time lin of the conspiracy to appropriate Plaintiffs' designs among Defendants and their manufacturer All Bilt.

Defendants' letter - annexed hereto - includes a list and reproductions of 13 of Plaintiffs' designs which Defendants intended to "use" for casinos across the United States.

In that context is as close to a "smoking gun" as the Court will ever see in a conspiracy

case. It offers to pay Plaintiffs royalties on various designs - including the ones in dispute in this case which went into production to the tune of millions of dollars. Plaintiffs did not accept the offer because the royalties were far to low, and because there were impossible conditions attached to the offer. But it shows beyond a reasonable doubt that Defendants admitted Plaintiffs' input into the Dealer Shirts and the Gold Card Jackets which make up most of the millions of dollars at issue in this case and were willing to pay royalties for the "use" of those designs.

It shows which designs Defendants intended to "use", and did use, and had already decide to use - without telling Plaintiffs' about it - before the Settlement Agreement was ever signed. It shows that the Settlement Agreement was signed and breached by Defendants in bad faith. Taken together with the patterns and orders, it shows the "use" of Plaintiffs' designs and the breach of contract in black and white.

We urge the Court to consider it in the context of the pending Motions for Summary Judgment. It shows beyond a reasonable doubt that the Court should grant Plaintiffs' Motion and not Defendants' Motion for Partial Summary Judgment

New Orleans, Louisiana, this 5th day of April, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Second Supplemental and Amended Complaint has been served upon:

> Mr. Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorneys for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 5th day of April, 2002.

_____
SIDNEY L. SHUSHAN