FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 12  PM 3: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E " " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE
### SECOND SUPPLEMENTAL AND AMENDED COMPLAINT
### RE UNFAIR TRADE PRACTICES AND BAD FAITH BREACH OF CONTRACT
### BASED ON NEWLY DISCOVERED EVIDENCE

Now come plaintiffs, Jane Galiano and Gianna, Inc, and respectfully move this Court for leave to file the annexed Second Supplemental and Amended Complaint re Unfair Trade Practices and Bad Faith Breach of Contract Based on Newly Discovered Evidence, setting forth the evidence of conspiracy between Defendants and All Bilt and Uniform Ideas based on newly discovered evidence from All Bilt and Uniform Ideas, and of bad faith breach of contract by Defendants, for the reasons set forth in the memorandum of law annexed hereto.

New Orleans, Louisiana, this 5th day of April 2002.

DATE OF ENTRY
APR 1 5 2002



Respectfully submitted,

_____
**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. * | | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* * | | |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * | | |
| AND * | | |
| HARRAH'S ENTERTAINMENT, INC. * | | MAGISTRATE JUDGE CHASEZ |
| *Defendants* * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for leave to File Second Supplemental and Amended Complaint re Unfair Trade Practices and Bad Faith Breach of Contract Based on Newly Discovered Evidence;

IT IS ORDERED by the Court that plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint be filed into the record of the above cause of action.

New Orleans, Louisiana, this _____ day of _____, 2002.

_____
**UNITED STATES MAGISTRATE JUDGE**

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT RE UNFAIR TRADE PRACTICES AND BAD FAITH BREACH OF CONTRACT BASED ON NEWLY <u>DISCOVERED EVIDENCE</u>**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court to file the annexed Second Supplemental and Amended Complaint re Unfair Trade Practices and Bad Faith Breach of Contract Based on Newly Discovered Evidence.

A close reading and cross referencing of the Plaintiffs' documents with the newly produced All Bilt documents reveals the details of the conspiracy which Plaintiffs only suspected at the time of the filing of the last Supplemental Complaint.

It is never easy to plead and prove a conspiracy. Conspirators rarely leave a clear evidentiary trail.

The workings of this conspiracy are now fairly clear. The annexed pleading and Exhibits

show how this one worked. The purpose of the conspiracy was to use Plaintiffs' designs to put a national costume collection into production without paying anything to Plaintiffs. All Harrah's had to do was go directly to the manufacturers, pick and choose what it wanted from Plaintiffs' designs, and put the results into production.

The royalties which would and should have gone to Plaintiffs went into the pockets of Harrah's and Uniform Ideas and All Bilt.

The chronology of the dealings between the parties shows that Harrah's had breached the Settlement Agreement even before it was signed. Harrah's had already ordered production of key designs from All Bilt which used many features of Plaintiffs' designs (and copied some of them completely) for the millions of dollars worth designs All Bilt sold to Harrah's.

The documents show the disagreement between the parties which formed the background of the conspiracy and the Settlement Agreement.

Harrah's wanted the right to use Plaintiffs' designs to make other designs without paying anything to Plaintiffs. Plaintiffs wanted to be paid for the use of their designs to make other designs.

Plantiffs had already negotiated and signed an agreement with Uniform Ideas to produce Plaintiffs designs for Harrah's.

Plaintiffs had offered to sign a similar contract with All Bilt.

All Bilt declined to sign the contract because it was already receiving orders directly from Harrah's.

The annexed pleading and the Annexes thereto tell the story without any lengthy commentary from counsel.

In the interests of justice, the Court should allow the filing of the pleading.

New Orleans, Louisiana, this 5th day of April, 2002.

                        Respectfully submitted,

                        SIDNEY L. SHUSHAN, #12055
                        **JONATHAN M. SHUSHAN, #21977**
                        **BRIAN L. GLORIOSO, #27226**
                        Guste, Barnett & Shushan, L.L.P.
                        639 Loyola Avenue, Suite 2500
                        New Orleans, Louisiana 70113-7103
                        Telephone: (504) 529-4141
                        Facsimile:  (504) 561-0326
                        Sidney L. Shushan Direct Line: (504) 681-4519
                        Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| * | | |
| * | | |
| VERSUS * | | SECTION " E " " (5) |
| * | | |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| * | | |
| HARRAH'S OPERATING CO., INC., * | | |
| AND * | | |
| HARRAH'S ENTERTAINMENT, INC. * | | MAGISTRATE JUDGE CHASEZ |
| *Defendants* * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Second Supplemental and Amended Complaint has been served upon:

Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 5th day of April, 2002.

_____
SIDNEY L. SHUSHAN

SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED