FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -5  PM 3:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. <br> *Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * <br> * <br> * <br> * | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., <br> AND <br> HARRAH'S ENTERTAINMENT, INC. <br> *Defendants* | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING OF MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT
RE UNFAIR TRADE PRACTICES AND BAD FAITH BREACH OF CONTRACT
BASED ON NEWLY DISCOVERED EVIDENCE**

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their Motion for Leave to File Second Supplemental and Amended Complaint Re Unfair Trade Practices and Bad Faith Breach of Contract Based Upon Newly Discovered Evidence, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana, this 5th day of April, 2002.

1

Respectfully submitted,

_____
**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E " " (5) |
| | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their Motion for Leave to File Second Suppemental and Amended Complaint Re Unfair Trade Practices and Bad Faith Breach of Contract Based Upon Newly Discovered Evidence, be and it is hereby granted, and said hearing is set for the 24th day of April, 2002, at 11:00 o'clock A .M. with oral argument.

New Orleans, Louisiana, this _____ day of _____, 2002.

_____
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:  HARRAH'S OPERATING CO., INC.
Through Its Attorney of Record
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorney of Record,
Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The Motion for Leave to File Second Suppemental and Amended Complaint Re Unfair Trade Practices and Bad Faith Breach of Contract Based Upon Newly Discovered Evidence filed by plaintiffs, Jane Galiano and Gianna, Inc., will be brought on for hearing before the Honorable

Alma Chasez, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the _____ day of _____, 2002, at _____ o'clock ____.M.

                                          Respectfully submitted,

                                          _____

**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E " " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXPEDITED HEARING**

MAY IT PLEASE THE COURT:

On February 7, 2002, Plaintiffs filed a Motion for Summary Judgment Under the Settlement Agreement and on Liability Against Defendant Harrah's Operating Company.

Subsequently Defendants filed a Motion for Summary Judgment on March 8, 2002.

Both Motions are currently set for hearing on April 9, 2002.

Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint Re Unfair Trade Practices and Bad Faith Breach of Contract Based Upon Newly Discovered Evidence is closely related to the aforementioned Motions.

This new Motion is supported by the facts set forth in the aforementioned Motions and the documents submitted in the aforementioned Motions.

In the interest of Judicial efficancy, Plaintiffs submit that the Motion for Leave to File Second Suppemental and Amended Complaint Re Unfair Trade Practices and Bad Faith Breach of Contract Based Upon Newly Discovered Evidence, should be heard simutaniously with the aforementioned Motions.

New Orleans, Louisiana, this 5th day of April, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Expedited Hearing of Motion for leave to file Plaintiffs' Second Supplemental and Amended Complaint has been served upon:

> Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 5th day of April, 2002.

_____
/SIDNEY L. SHUSHAN