FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 12 PM 3:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *Plaintiffs* | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. *Defendants* | * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

### LOCAL RULE 7.6 (E) CERTIFICATE

I hereby certify that Counsel for plaintiffs, Brian L. Glorioso, conferred with opposing counsel for the purpose of amicably resolving the issue of leave to supplement and amend plaintiffs' complaint.

New Orleans, Louisiana, this 8th day of April, 2002.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, # 21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers
Jane Galiano and Gianna, Inc.

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No. 179