


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
| Plaintiffs * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| Defendants * | | Mag. Chasez |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO PLAINTIFFS' SUPPLEMENTAL AND AMENDED COMPLAINT

NOW COME Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., Defendants herein, and respond to Plaintiffs' Supplemental and Amended Complaint served by hand delivery on February 1, 2002, on undersigned counsel as follows:

**I.**

Defendants reaver and reurge all of the objections and affirmative defenses raised in their Answers to Plaintiffs' Original Complaint dated January 7, 2000, and Plaintiffs' Supplemental and Amended Complaint dated January 24, 2001.



## II.

## **AFFIRMATIVE DEFENSES**

### FIRST DEFENSE

Plaintiffs fail to state a claim for which relief can be granted.

### SECOND DEFENSE

Plaintiffs' newly added claims are barred by prescription or the applicable statute of limitations.

### THIRD DEFENSE

Plaintiffs' claims are barred by estoppel.

### FOURTH DEFENSE

Plaintiffs' claims are barred by laches.

### FIFTH DEFENSE

Plaintiffs have failed to join necessary and indispensable parties.

### SIXTH DEFENSE

Plaintiffs' claims are preempted by Section 301 of the Copyright Act and other applicable federal law.

## III.

AND NOW for further answer to the specific allegations set forth by Plaintiffs, Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., respectfully represent:

1.

All responses and averrals set forth in Defendants' Answers to Plaintiffs' Original Complaint dated January 7, 2000, and Plaintiffs' Supplemental and Amended Complaint dated January 24, 2001, are hereby reaverred and reurged.

2.

All allegations of Paragraph 2 of the Supplemental and Amended Complaint are denied.

3.

All allegations of Paragraph 3 of the Supplemental and Amended Complaint are denied.

4.

All allegations of Paragraph 4 of the Supplemental and Amended Complaint are denied.

5.

All allegations of Paragraph 5 of the Supplemental and Amended Complaint are too vague to admit of answer, particularly because the term "wrongful acts" has no antecedent; but to the extent answer is required the allegations are denied.

6.

Defendants deny that Plaintiffs have suffered any of the damages alleged in Paragraph 6 of the Supplemental and Amended Complaint, and further aver that Plaintiffs have not alleged a tort which would entitle them to the damages enumerated.

7.

Defendants deny that Plaintiffs are entitled to any of the damages alleged in Paragraph 7 of the Supplemental and Amended Complaint.

WHEREFORE, Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., pray:

a.  That this Answer to Plaintiffs' Supplemental and Amended Complaint dated February 1, 2002, be deemed sufficient and filed in these proceedings;

b.  That, after due proceedings had, there be judgment in favor of Defendants and against Plaintiffs for all relief prayed for in the Answers to Plaintiffs' Original Complaint dated January 7, 2000, and Plaintiffs' Supplemental and Amended Complaints dated January 24, 2001 and February 1, 2002, and dismissal of any claims asserted or attempted to be asserted in the Original Complaint dated January 7, 2000, and the Supplemental and Amended Complaints dated January 24, 2001 and February 1, 2002;

c.  That, after due proceedings had, there be judgment in favor of Defendants and against Plaintiffs on Defendants' Counterclaim;

d.  That there be judgment in favor of Defendants and against Plaintiffs for attorneys' fees, costs and expenses associated with this action as prevailing party; and

e.  For all further just and equitable relief.

Respectfully submitted,

ADAMS AND REESE LLP

Joseph W. Looney, T.A. (8773)
Melissa S. LaBauve (25745)
Kristen P. Biever (27382)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2002, I have served a copy of the foregoing pleading on counsel for Plaintiffs by mailing same by United States Mail, properly addressed and first class postage prepaid.

_____