```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA    2002 APR 26  A 11: 42

JANE GALLIANO and GIANNA, INC.         LORETTA G. WHYTE
                                            CLERK
                                       CIVIL ACTION

versus                                 NO.  00-0071

HARRAH'S OPERATING CO., INC., ET AL    SECTION: E/5

## O R D E R

On April 22, 2002 counsel for plaintiffs filed:

1. Motion for Supplemental Order for Determination Under Rule 54(b); and

2. Motion for Order Permitting Appeal of Interlocutory Order.

Counsel for defendants advised the Court that he was provided copies of said motions and there would be an opposition to both motions. Therefore,

**IT IS ORDERED** that said motions, hereinabove, will be submitted as of Wednesday, May 15, 2002 at 10:00 A.M. **without oral argument**.

New Orleans, Louisiana, this 26th day of April, 2002.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

DATE OF ENTRY
APR 2 6 2002

Fee _____
Process _____
X  Dktd _____
   CtRmDep _____
   Doc.No. 181