

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                CIVIL ACTION

versus                                       No. 00-0071

HARRAH'S OPERATING CO., INC. and             SECTION: E/5
HARRAH'S ENTERTAINMENT, INC.

**Federal Rule of Civil Procedure 54(b) Certification and**

**J U D G M E N T**

Considering the Order and Reasons entered this date, and the law, and for the reasons assigned, finding that there is no just reason for delay;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendants Harrah's Operating Co., Inc., and Harrah's Entertainment, Inc., **DISMISSING WITH PREJUDICE** plaintiff's claim of breach of the Settlement Agreement dated May 6, 1996.

New Orleans, Louisiana, May ___15___, 2002.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

DATE OF ENTRY
MAY 1 6 2002

Fee_____
Process_____
X Dktd
___ CtRmDep
Doc.No. 187