

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -3 PM 2:46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEAL

Notice is hereby given that Jane Galiano and Gianna, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order denying Plaintiffs' Motion for Partial Summary Judgment and granting Defendants' Motion for Partial Summary Judgment on the issue of the validity of the May 6, 1996, Settlement Agreement, entered in this action on the 10th day of April, 2002, and certified pursuant to Rule 54(b) on May 15, 2002.

___ Fee Paid
___ Process
_X_ Dktd
___ CtRmDep
Doc. No. 189

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.