FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -4 AM 11:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Jane Galiano and Gianna, Inc., (plaintiffs) in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Federal Rules of Civil Procedure 54 (b) Certification and Judgement in favor of defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., dismissing with prejudice plaintiff's claim for breach of the Settlement Agreement dated May 6, 1996, entered in this action on the 15 day if May, 2002.

Respectfully submitted,

_/s/ Brian L. Glorioso_
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.