FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -5 PM 3: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * | MAGISTRATE JUDGE CHASEZ |

## MOTION AND ORDER TO WITHDRAW

ON MOTION of Plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, upon suggesting to this Court that plaintiffs wish to withdraw a Notice of Appeal filed with this Court on June 4, 2002, (a copy of which is attached hereto as Annex 1); plaintiffs further represent that this notice was filed inadvertently, and that undersigned counsel had previously filed a Notice of Appeal on June 3, 2002 in the above entitled cause of action, and thus the Notice of Appeal filed on June 4, 2002 is both redundant and moot; furthermore plaintiffs represent that they wish to proceed with the June 3, 2002 Notice of Appeal.

New Orleans, Louisiana, this 5th day of June, 2002.

DATE OF ENTRY
JUN 1 0 2002

Respectfully Submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw,

IT IS ORDERED by the Court that plaintiffs' Motion to Withdraw a Notice of Appeal filed with this Court on June 4, 2002, be granted and filed into the record of the above entitled cause of action.

New Orleans, Louisiana, this ___7th___ day of ___June___, 2002.

_____
UNITED STATES DISTRICT JUDGE

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION "E"(5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5 day of June, 2001 served a copy of the foregoing Motion and Order to withdraw on Counsel,

> Joseph W. Looney, T.A.
> Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
BRIAN L. GLORIOSO