FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 20 P 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO and GIANNA, INC.            CIVIL ACTION

versus                                    NO. 00-0071

HARRAH'S OPERATING CO., INC., ET AL       SECTION: E/5

# O R D E R

**IT IS ORDERED** that counsel for plaintiff, Jane Galliano, shall advise this Court, **IN WRITING ON OR PRIOR TO FRIDAY, MAY 30, 2003** the status of plaintiff's medical condition.

New Orleans, Louisiana, this 20th day of May, 2003.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc.No. _____

DATE OF ENTRY
MAY 2 1 2003