FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN -3 AM 11:30

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LIVAUDAIS, S.J.
JUNE 2, 2003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, ET AL | CIVIL ACTION |
| versus | NO. 00-0071 |
| HARRAH'S OPERATING COMPANY, INC., ET AL | SECTION: "E" (5) |

A preliminary conference will be held on ___Thursday, July 10, 2003___ at ___2:00 P.M.___ for the purpose of scheduling various cut-off dates, final pre-trial conference and trial dates. The preliminary conference will be initiated by Mr. Cecil J. Murphy, Jr., Courtroom Deputy, Section "E", (504) 589-7695.

MARCEL LIVAUDAIS, JR.
SENIOR U. S. DISTRICT JUDGE

ISSUED FOR THE COURT BY:

CECIL J. MURPHY, JR.
COURTROOM DEPUTY, SECTION E

DATE OF ENTRY
JUN 0 3 2003

Fee_____
Process___
X  Dktd___
___CtRmDep
Doc. No_____