```
                                           FILED
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2003 AUG -7 PM 1:58

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL                                CIVIL ACTION

versus                                             NO. 00-0071

HARRAH'S OPERATING CO., INC., ET AL                SECTION: E/5

O R D E R

**IT IS ORDERED** that the following Motions in Limine, Record Documents 134, 135, 136, 137, 138, 139 and 140 & 142 are hereby DISMISSED AS PREMATURE, reserving to the parties the right to reurge at trial.

**IT IS FURTHER ORDERED** that the Motion in Limine, Record Document 141 is hereby DISMISSED AS MOOT.

The final pre-trial conference scheduled Thursday, December 18, 2003 at 2:00 P.M. and the jury trial scheduled Monday, January 5, 2004 at 10:00 A.M. remain fixed.

New Orleans, Louisiana, this 7th day of August, 2003.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

DATE OF ENTRY
AUG 0 7 2003

___ Fee
___ Process
 X  Dktd
___ CtRmDep
    Doc.No._____