

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA. INC.<br>*Plaintiffs* | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * | MAGISTRATE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION TO RESET TRIAL DATE

ON MOTION, of undersigned counsel, with the consent of all parties, upon suggesting to this Honorable Court that the trial date for this action is presently set for January 5, 2004; upon further suggesting that plaintiffs counsel already has a trial on the same date on the matter of *Weekly v. Blanchard* Civil Action No. 02-2332, Western District Court of Louisiana; upon further suggesting that counsel have conferred and consented this motion; upon further suggesting that our clients Jane Galiano and Gianna, Inc., have been informed, and consented to the filing of this motion; upon further suggesting that the trial date for this action be reset at a later date set by this Court.

New Orleans, Louisiana this 8th day of August, 2003.

DATE OF ENTRY
AUG 1 2 2003

Fee____
Process____
X  Dktd____
✓ CtRmDep____
Doc. No. 203

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano & Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Consent Motion to Reset Trial Date;

**IT IS ORDERED** by the Court that the Consent Motion to Reset Trial Date is hereby granted, ~~and said trial date is set for the ____ th day of _____, 2003, at ____ a.m./p.m.~~

New Orleans, Louisiana this _11_ day of _Aug._, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion to Reset Trial Date has been served upon:

Mr. Joseph W. Looney, T.A. and Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc.

by U.S. Mail first class postage prepaid on the 8th day of August, 2003.

_____
BRIAN L. GLORIOSO