Minute Entry
Livaudais, S. J.
August 11, 2003

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 11 PM 3:10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL                                    CIVIL ACTION

versus                                                 NO. 00-0071

HARRAH'S OPERATING, ETC., ET AL                        SECTION: E/5

A preliminary conference, in the above captioned case, will be held by telephone on _THURSDAY SEPTEMBER 11, 2003 AT 2:15PM_ for the purpose of scheduling various cut-off dates, final pre-trial conference and trial dates. The preliminary conference will be initiated by Mr. Cecil J. Murphy, Jr., Courtroom Deputy, Section "E", (504)-589-7695.

**TRIAL COUNSEL MUST PARTICIPATE IN THIS CONFERENCE, <u>A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED</u>**. If, however, you are unable, for good cause, another representative of your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least seven (7) days prior to the above date.

**\* \* \* \* \* COUNSEL PLEASE NOTE \* \* \* \***

If applicable, <u>COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY EACH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.</u>

DATE OF ENTRY
AUG 1 2 2003

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No 204

If applicable, <u>PARTIES ARE REMINDED THAT THERE MUST BE COMPLIANCE WITH LOCAL RULE 5.6E - CORPORATE DISCLOSURE.</u>

If applicable, <u>IN COMPLIANCE WITH FED. R. CIV. P. 26(a)(1) AND 26(f), COUNSEL ARE TO BE PREPARED TO ANSWER - CONCERNING DISCLOSURE THE FOLLOWING:</u>

1. HAVE ALL PARTIES COMPLETED YOUR RULE 26(a)(1) MANDATORY INITIAL DISCLOSURE?

2. HAVE ALL PARTIES STIPULATED THAT INITIAL DISCLOSURE UNDER RULE 26(a)(1) WILL NOT BE MADE IN THIS CASE?

Counsel are hereby reminded that, pursuant to Rule 26(f), the parties must meet no later than fourteen (14) days before the aforementioned preliminary conference date.

Counsel are further reminded that, upon written request joined by all parties following a Rule 26(f) conference, a judicial officer will conduct a conference in lieu of the above referenced preliminary conference to establish a special case management and scheduling order, upon a showing that the complexity or simplicity fo the case, its anticipated discovery needs, or other factors make such a conference desirable.

FOR THE COURT:

_____
Mr. Cecil J. Murphy, Jr.
Courtroom Deputy - Section "E"
(504)-589-7695