

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 NOV -3 PM 3:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs*   * | | CIVIL ACTION NO. 00-0071 |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING OF MOTION FOR LEAVE TO TAKE ORAL AND VIDEO DEPOSITIONS FOR TRIAL

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their motion for leave to take oral and video depositions for trial pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana, this 30th day of October, 2003.

DATE OF ENTRY
NOV 0 5 2003

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 211

Respectfully submitted,

_____
**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Expedited Hearing of Motion for leave to file Plaintiffs' Second Supplemental and Amended Complaint has been served upon:

> Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 3rd day of November, 2003.

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## <u>MOTION FOR EXPEDITED HEARING</u>

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court for leave to take oral and video depositions for trial pursuant to Federal Rules fo Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3).

Plaintiffs, pursuant to Federal Rule of Civil Procedure 30 (b)(2) and (3) desire to take the video deposition of Howard Wecksler, Danielle Thompson, John Sbordone, Jr., and Linda Gunnerson whose residences are in New York, New York, and who will be called as witnesses during trial.

Pursuant to Federal Rule of Civil Procedure 30 (a)(2)(B) Plaintiff requires leave of Court to re-depose the above individuals. The re-deposing of the above individuals will be consistent with the principles as stated in Federal Rule of Civil Procedure 26 (b)(2).

Plaintiff request an expedited hearing on this matter as the deadline for discovery is fast approaching, and the depositions are necessary to clarify the numerous documents submitted by

Defendants.

In the interest, the Court should allow the depositions.

New Orleans, Louisiana, this 30th day of October, 2003.

Respectfully submitted,

*[signature]*

**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum In Support of Motion for Expedited Hearing has been served upon:

> Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 3rd day of November, 2003.

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs*  * | | CIVIL ACTION NO. 00-0071 |
| * | | |
| VERSUS  * | | SECTION " E " " (5) |
| * | | |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| * | | |
| HARRAH'S OPERATING CO., INC., *<br>AND  * | | |
| HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants*  * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their motion to take oral and video depositions for trial pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), be and it is hereby granted, and said hearing is set for the _12th_ day of _November_, 2003, at _11:00_ o'clock _A_.M., with oral argument.

New Orleans, Louisiana, this _4_ day of _Nov_, 2003.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE