

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2003 NOV -3 PM 3: 38

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |
| *Defendants* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO TAKE ORAL AND VIDEO DEPOSITIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30 (a)(2)(B) and 30 (b)(2) and (3).

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully request that this Court grant plaintiffs Leave to Take Oral and Video Depositions Pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3) for the reasons more fully set forth in the attached memorandum.

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | CIVIL ACTION NO. 00-0071 |
| VERSUS * | SECTION " E " " (5) |
| * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Leave to Take Oral and Video Depositions pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3) has been served upon:

> Mr. Joseph W. Looney, T.A.
> Ms. Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 3rd day of November, 2003.

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC.<br>*Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * <br> * <br> * <br> * | SECTION " E " " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO TAKE ORAL AND VIDEO DEPOSITIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30 (a)(2)(B) and 30 (b)(2) and (3).

MAY IT PLEASE THE COURT:

Plaintiffs respectfully ask this Court for leave to take oral and video depositions for trial pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3).

Plaintiffs, pursuant to Federal Rule of Civil Procedure 30 (b)(2) and (3) desire to take the video deposition of Howard Wecksler, Danielle Thompson, and Linda Gunnerson whose residences are in New York, New York, and who will be called as witnesses during trial. Plaintiffs desire to depose the above individuals on December 4 and 5, 2003 at the offices of Esquire Deposition Services, 216 45th Street, 8th Floor, New York, NY, 10017, as evidenced by the annexed Notices of Depositions.

Pursuant to Federal Rule of Civil Procedure 30 (a)(2)(B) Plaintiff requires leave of Court to

re-depose the above individuals. The re-deposing of the above individuals will be consistent with the principles as stated in Federal Rule of Civil Procedure 26 (b)(2). All the deponents have knowledge of the facts, files, writings, books, papers, and documents pertaining to transactions between plaintiffs and defendants. The video depositions will allow the witnesses not to be present at trial, and will reduce their burden and expense of travel from New York to New Orleans.

Plaintiff request theses depositions because of the voluminous documents submitted by All-Bilt Uniform. These documents have revealed information that was unavailable prior to the original depositions of the above individuals. These individuals are in the best position to clarify and respond to the information revealed from the voluminous documentation.

In the interest of justice, the Court should allow the depositions.

New Orleans, Louisiana, this 30th day of October, 2003.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Memorandum In Support of Motion for Leave To Take Oral and Video Depositions Pursuant To Federal Rules of Civil Procedure 30 (a) (2) (b) and 30(b)(2) and (3) has been served upon:

> Joseph W. Looney, T.A.
> Kristen P. Biever
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 3rd day of November, 2003.

_____
BRIAN L. GLORIOSO

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the forgoing Motion for Leave to Take Oral And Video Depositions Pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3),

**IT IS ORDERED** by the Court that the Motion for Leave be and it is hereby granted, and that Plaintiffs be allowed to take oral and video depositions of Howard Wecksler, Danielle Thompson, and Linda Gunnerson.

New Orleans, Louisiana _____ day of _____, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *Plaintiffs* | * * * * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * * * * | SECTION " E" " (5) JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * * * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: HARRAH'S OPERATING CO., INC.
Through Its Attorney of Record
Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorney of Record,
Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The motion for leave to take oral and video depositions pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), will be brought on for hearing before the Honorable Chasez ~~Marcel Livaudais, Jr.~~. District Judge, United States District Court, Eastern District of Louisiana,

500 Camp Street, New Orleans, Louisiana 70130, on the 19th day of November, 2003, at 11:00

o'clock A.M.

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers