FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2003 NOV 14 P 4: 29

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 12, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL.                    CIVIL ACTION

VERSUS                                  NUMBER: 00-071

HARRAH'S OPERATING CO., INC.,           SECTION: "E"(5)
ET AL.

HEARING ON MOTION

APPEARANCES:

MOTION:

(1)  Plaintiffs' Motion for Leave to Take Oral and Video
     Depositions for Trial (Rec. doc. 212; expedited).

_____:    Continued to

___1___:     No Opposition

_____:    Opposition

_____:    Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

_____:    Dismissed as moot.

DATE OF ENTRY
NOV 17 2003

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No. 214

_____ :   Dismissed for failure of counsel to appear.

___1___ :   Granted as unopposed.

_____ :   Denied.

_____ :   Other.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE