FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 12 PM 2: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | CIVIL ACTION NO. 00-0071 |
| VERSUS * | SECTION " E " " (5) |
| * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC *<br>*Defendants* * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING OF MOTION FOR LEAVE TO TAKE ORAL AND VIDEO DEPOSITIONS FOR TRIAL

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court

for an expedited hearing on their motion for leave to take oral and video depositions for trial

pursuant to Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), for the reasons

set forth in the Memorandum of Law annexed hereto

New Orleans, Louisiana. this 12th day of December, 2003

DATE OF ENTRY
DEC 1 8 2003

___ Fee_____
___ Process_____
X  /Dktd___
___ CtRmDep___
___ Doc. No._____

Respectfully submitted,

**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile  (504) 561-0326
Sidney L  Shushan Direct Line  (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC<br>*Plaintiffs* | * <br> * <br> * <br> * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * <br> * <br> * <br> * | SECTION " E" " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR |
| HARRAH'S OPERATING CO , INC.,<br>AND<br>HARRAH'S ENTERTAINMENT, INC<br>*Defendants* | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO    HARRAH'S OPERATING CO , INC
      Through Its Attorney of Record
      Joseph W  Looney, T A
      Kristen P  Biever
      Adams and Reese LLP
      4500 One Shell Square
      New Orleans, Louisiana 70139

      HARRAH'S ENTERTAINMENT, INC.
      Through Its Attorney of Record,
      Joseph W  Looney, T A
      Kristen P  Biever
      Adams and Reese LLP
      4500 One Shell Square
      New Orleans, Louisiana 70139

The motion for leave to take oral and video depositions pursuant to Federal Rules of Civil

Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), will be brought on for hearing before the Honorable

Marcel Livaudais, Jr. District Judge, United States District Court, Eastern District of Louisiana,

500 Camp Street, New Orleans, Louisiana 70130, on the _____ day of _____,

2003, at _____ o'clock _____ M.

Respectfully submitted,

**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC<br>*Plaintiffs* | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E" " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR |
| | * | |
| HARRAH'S OPERATING CO , INC ,<br>AND | * | |
| HARRAH'S ENTERTAINMENT, INC<br>*Defendants* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT

Plaintiffs respectfully ask this Court for leave to take oral and video depositions for trial pursuant to Federal Rules fo Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3)

Plaintiffs, pursuant to Federal Rule of Civil Procedure 30 (b)(2) and (3) desire to take the video deposition of Connie Albright and Jan Starnes whose residences are in Florida and California. respectively, and who will be called as witnesses during trial

Pursuant to Federal Rule of Civil Procedure 30 (a)(2)(B) Plaintiff requires leave of Court to re-depose the above individuals   The re-deposing of the above individuals will be consistent with the principles as stated in Federal Rule of Civil Procedure 26 (b)(2).

Plaintiff request an expedited hearing on this matter as the deadline for discovery is fast approaching, and the depositions are necessary to clarify the numerous documents submitted by Defendants

In the interest, the Court should allow the depositions.

New Orleans, Louisiana, this 12th day of December, 2003.


Respectfully submitted,


**SIDNEY L. SHUSHAN, #12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Sidney L. Shushan Direct Line. (504) 681-4519
Attorneys for Plaintiffs and Movers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC<br>*Plaintiffs* | *<br>*<br>*<br>* | CIVIL ACTION NO  00-0071 |
| VERSUS | *<br>*<br>*<br>* | SECTION  " E" " (5)<br><br>JUDGE MARCEL LIVAUDAIS, JR |
| HARRAH'S OPERATING CO , INC ,<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* | *<br>*<br>*<br>*<br>* | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna,

Inc , for expedited hearing on their motion to take oral and video depositions for trial pursuant to

Federal Rules of Civil Procedure 30 (a)(2)(B) and 30 (b)(2) and (3), be and it is hereby granted,

and said hearing is set for the 16th day of December, 2003, at 1 : 30 o'clock P M.

New Orleans, Louisiana, this 16 day of Dec , 2003.


_____

UNITED STATES ~~DISTRICT~~ JUDGE
*MAGISTRATE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO , INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Expedited Hearing and

Memorandum In Support thereof has been served upon:

Joseph W  Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 12th  day of December, 2003.

_____
BRIAN L. GLORIOSO