

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 16, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL.                    CIVIL ACTION

VERSUS                                   NUMBER: 00-071

HARRAH'S OPERATING CO., INC.,            SECTION: "E"(5)
ET AL.

   Presently before the Court is the motion for leave to take oral and video deposition for use at trial filed by plaintiffs. (Rec. doc. 223; expedited).

   PRESENT: Brian Glorioso, Sidney Shushan, Joseph Looney

   Defense counsel has agreed to remove Jan Starnes from his witness list and not to attempt to utilize her testimony at trial. Plaintiff's counsel has agreed not to attempt to invoke any inference against defendant as a result of Ms. Starnes' failure to appear at trial. That being the case, the deposition of Ms. Starnes is unnecessary and the motion for leave to depose her is **DENIED**.

DATE OF ENTRY
DEC 1 8 2003

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No. 224

Defense counsel intends to utilize the testimony of Connie Albright at trial and anticipates bringing her in person to adduce that testimony. If Ms. Albright is present for trial, there will be no need to re-depose her.

Should defense counsel be unable to arrange with Ms. Albright to personally appear, since she lives outside of the State of Louisiana, then either side may opt to take her perpetuation deposition prior to trial. However, her discovery deposition, taken before the production of all documents in this case had been completed, is not to be used in lieu of Ms. Albright's personal appearance or the taking of a perpetuation deposition between now and the time of trial.

Defense counsel is to advise plaintiff's counsel at least fourteen days before trial of the status of Ms. Albright's projected presence at trial.

                         ALMA L. CHASEZ
                         UNITED STATES MAGISTRATE JUDGE