


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE BRIAN GLORIOSO FROM WITNESS LIST

Now come Plaintiffs, and respectfully move this Honorable Court to strike Brian Glorioso, associate counsel for plaintiffs, from the Harrah's list in this case for the reasons set forth in the Memorandum of Law annexed hereto.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
GUSTE, BARNETT, & SHUSHAN, L.L.P.
Attorneys for Plaintiffs
639 Loyola Avenue, Suite 2500
New Orleans, LA. 70113
Telephone: 504-529-4141
Direct Line: 504-681-4519
Facsimile: 504-561-0326

___ Fee____
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No. 225

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the foregoing Motion,

IT IS ORDERED that plaintiffs, Jane Galiano and Gianna, Inc's Motion to Strike Brian Glorioso from Witness List is hereby set for hearing on the 7th day of January, 2004 at 10:00 am.

New Orleans, Louisiana, this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO STRIKE BRIAN GLORIOSO FROM WITNESS LIST

MAY IT PLEASE THE COURT:

Defendants' latest witness list still includes Brian Glorioso as a witness in this case. Mr. Glorioso is associate counsel for plaintiffs in this case.

The only possible subject Mr. Glorioso could testify about would be in connection with the filing of Plaintiff's copyright application, and any discussions he had with the Copyright office.

The records of that office are a public record which is completely available to Defendants. Counsel, in a spirit of cooperation, have already disclosed part of a file memo by Mr. Glorioso concerning the copyright filing, with obvious work product excluded. It says that answer 2A was amended per the Copyright office. [Annex A]. Plaintiffs have already given this issue far more time and disclosure than it deserves.

The important evidence is the public record itself, not any oral discussions between Mr. Glorioso and the government office.

The copyright regulations make it clear routine discussion of and correction of corpyright

applications between the agency and the applicant is a part of routine administration of the copyright law. It is the exception, not the rule. Even after registration the Copyright Office corrects "minor substantive errors or omissions" directly with the Applicant. 37 C.F.R. 201.7(d) Even after registration, it is easy to correct a minor error by a supplementary registration. 37 C.F.R. 201.5(b). What the Copyright Office or the Applicant can do after registration it can and should do during the registration process itself.

This process by no stretch of the imagination justifies putting Mr. Glorioso on the witness stand.

The law on attorney testimony is also clear. An attorney cannot testify as a witness on direct or cross examination unless his testimony is "particularly important". See e.g., *U.S. v. Watson*, 8th Cir. 1991, cert. den. 112 S.Ct. 1694, 503 U.S. 994, 118 L.Ed.2d406. *U.S. v.Phillips*, 5th Cir. 1975, 519 F. 2d 48, 50, cert. den. 423 U.S. 1059, 46 L. Ed. 3d 650. Other cases have used "compelling need" as a test. See e.g., *U.S. v. Lorenzo*, 9th Cir. 1993, 995 F.2d 1448, 1452-53, cert. den. 114 S.Ct. 227, 510 U.S. 882, 126 L.Ed.2d 182. See e.g. *U.S. v.Phillips*, 5th Cir. 1975, 519 F. 2d 48, 50, cert. den. 423 U.S. 1059, 46 L. Ed. 3d 650.

Surely the oral testimony of Mr. Glorioso as to any casual oral discussion he had with the government office does not rise to the level of "particularly important", or "compelling need".

The Court will exclude the attorney's testimony if it would be "unfairly prejudicial". See e.g., *U.S. v. Dupuy*, 9th Cir. 1985, 760 F.2d 1492, 1499. State of Louisiana v. Miller, 391 So. 2d 1159, 1162-3 (La. 1980).

It will be both unfair and prejudicial to drag Mr. Glorioso to the witness stand and put him on trial in front of the jury because of any conversation he had with the copyright office.

5

Counsel must respectfully suggest and conclude that embarrassing counsel for Plaintiffs and Plaintiffs may be the major purpose of putting Mr. Glorioso on the witness list.

The Court should remove him from the witness list once and for all.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
GUSTE, BARNETT, & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA. 70113
Telephone: 504-529-4141
Direct Line: 504-681-4519
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna's, Inc.

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

You are hereby notified that plaintiffs, Jane Galliano and Gianna, Inc.'s Order is here by set for hearing on the 7th day of January, 2004 at 10:00 A.M.

New Orleans, Louisiana this 22nd day of December 2003.

_____
BRIAN L. GLORIOSO

-6-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Strike Brian Glorioso from Witness List and Memorandum of Law in Support of Motion to Strike Brian Glorioso From Witness List has been served upon:

>Mr. Joseph W. Looney, T.A.
>Ms. Melissa S. LaBauve
>Adams and Reese LLP
>4500 One Shell Square
>New Orleans, Louisiana 70139
>Attorney for Defendants,
>Harrah's Operating Co., Inc. and
>Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 22nd day of December, 2003.

_____
BRIAN L. GLORIOSO

-8-