FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 22 PM 4:53

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JANE GALIANO and GIANNA, INC.** *Plaintiff* | * | **CIVIL ACTION** |
| | * | **NO. 00-0071** |
| **VERSUS** | * | |
| | * | **SECTION "E" (5)** |
| | * | |
| **HARRAH'S OPERATING CO., INC.** and | * | **JUDGE: MARCEL LIVAUDAIS, JR.** |
| **HARRAH'S ENTERTAINMENT, INC.** *Defendants* | * | **MAGISTRATE JUDGE: ALMA CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION IN LIMINE:**
**TO ADMIT PLAINTIFFS' TESTIMONY ON DAMAGES**

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully move this Honorable Court to Admit Plaintiff's Testimony on Damages for the reasons set forth in the Memorandum of Law annexed hereto.

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No. 226

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113
Telephone: 504-529-4141
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE GALIANO and GIANNA, INC.** | * | **CIVIL ACTION** |
| *Plaintiff* | * | |
| | * | **NO. 00-0071** |
| **VERSUS** | * | |
| | * | **SECTION "E" (5)** |
| | * | |
| **HARRAH'S OPERATING CO., INC.** | * | **JUDGE: MARCEL LIVAUDAIS, JR.** |
| and | * | |
| **HARRAH'S ENTERTAINMENT, INC.** | * | **MAGISTRATE JUDGE:** |
| *Defendants* | * | **ALMA CHASEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** by the Court that Plaintiffs' Plaintiffs' Motion in Limine: To Admit Plaintiff's Testimony on Damages be filed into the record of the above captioned matter.

New Orleans, Louisiana, this _____ day of December, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. *Plaintiff* | * * * | CIVIL ACTION |
| | * | NO. 00-0071 |
| VERSUS | * * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. and | * * | JUDGE: MARCEL LIVAUDAIS, JR. |
| HARRAH'S ENTERTAINMENT, INC. *Defendants* | * * | MAGISTRATE JUDGE: ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **NOTICE OF HEARING**

TO:   Mr. Joseph W. Looney, Attorney of record for Harrah's Entertainment, and Harrah's Operating Co., Inc., 4500 One Shell Square, New Orleans, Louisiana 70139

You are hereby notified that Plaintiffs' Motion in Limine: To Admit Plaintiff's Testimony on Damages will be heard on Wednesday, the 7th day of January, 2004, at 10:00 A.M., at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, before the Honorable Marcel Livaudais, Jr.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113
Telephone: 504-529-4141
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE: TO ADMIT PLAINTIFFS' TESTIMONY ON DAMAGES

MAY IT PLEASE THE COURT:

The Court should permit plaintiff, Jane Galiano, to testify as to her estimates of damages to her corporation and herself.

She is the president and principal stockholder of the corporate plaintiff.

She is an individual plaintiff.

The law gives an individual plaintiff or small business owner broad latitude to testify as to damages to the business or profits lost by the business.[1] F.R.Ev. 701, Authors' Comments (4), Lighting Lube, Inc. v. Witco Corp., 3d Cir. 1993, 4 F.3d 1153, 1175-76. The president of a company

---

[1] Asunto v. Shoup, 132 F. Supp. 2d 445, 451-453 (5th Cir. 2000), R. Ready Prod., Inc. v. Cantrell, 85 F. Supp. 2d 672, 684-686 (5th Cir. 2000); 17 U.S.C.S. § 102 (2001).

may testify as to the profits lost by the business. Natco, Inc. v. Williams Bros. Engineering Co., 489 F. 2d 639(5th Cir. 1974). The Fifth Circuit has addressed this issue more recently. It established that a lay witness can testify as to lost profits "if the witness has direct knowledge of the business accounts underlying the profit calculation." Miss. Chem. Corp. v. Dresser-Rand Co., 287 F.3d 359, 373 (U.S. App. 5th Cir. 2002). Many other Federal Courts follow the same rule.[2]

The situation in this case is the same as in the other cases. Plaintiff was, essentially, a one person company. As will be shown at trial, she had intimate day to day knowledge of Gianna's operations. She knew what the markup was. She had to in order to make a profit. She had possession of Gianna's bank records. She had knowledge of exactly how much money she would make per piece sold to Harrah's. She is the perfect example of someone who should be allowed to testify as to lost profits. She does not have to be an accountant to know what profits her one woman company would have made. The Court should permit the testimony.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113
Telephone: 504-529-4141
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

---

[2] See Lightning Lube, Inc. v. Witco Corp., 4 F.3d 1153, 1175 (3d Cir. 1993) (allowing Rule 701 testimony by the owner of a corporation as to the amount of lost profits); In re Merritt Logan, Inc., 901 F.2d 349, 359 (3d Cir. 1990) (allowing Rule 701 testimony by the principal shareholder of the plaintiff concerning that company's lost profits); Teen-Ed, Inc. v. Kimball International, Inc., 620 F.2d 399, 403 (3d Cir. 1980) (allowing testimony by the plaintiff's accountant and bookkeeper regarding lost profits); Securitron Magnalock Corp. v. Schnabolk, 65 F.3d 256, 265 (2d Cir. 1995) ("[A] president of a company, such as Cook, has 'personal knowledge of his business . . . sufficient to make . . . him eligible under Rule 701 to testify as to how lost profits could be calculated.'") (internal citations and quotation marks omitted), cert. denied, 516 U.S. 1114, 133 L. Ed. 2d 846, 116 S. Ct. 916 (1996).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Second Motion in Limine: To Admit Plaintiffs' Testimony on Damages, Notice of Hearing and Memorandum of Law in Support of Plaintiffs' Second Motion in Limine: To Admit Plaintiffs' Testimony on Damages has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 22nd day of December, 2003.

_____
BRIAN L. GLORIOSO