FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 22  PM 4:50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO QUASH DISCOVERY REQUEST FOR COPYRIGHT DEPOSIT CHECK AND TO EXCLUDE AS IRRELEVANT ANY REFERENCE TO SAID CHECK

Now come Plaintiffs and respectfully move this Honorable Court to quash the annexed discovery request for the copyright deposit check for the copyright at issue in this case, and to exclude from evidence as irrelevant any testimony relating to said deposit or said check, for the reasons set forth in the Memorandum of Law annexed hereto.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
GUSTE, BARNETT, & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA. 70113
Telephone: 504-529-4141
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. *<br>*Plaintiff* * <br> * <br> VERSUS * <br> * <br> * <br> HARRAH'S OPERATING CO., INC. * <br> and * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | | CIVIL ACTION <br><br> NO. 00-0071 <br><br> SECTION "E" (5) <br><br> JUDGE: MARCEL LIVAUDAIS, JR. <br><br> MAGISTRATE JUDGE: <br> ALMA CHASEZ |

## ORDER

Upon the foregoing Motion,

IT IS ORDERED that plaintiffs, Jane Galiano and Gianna, Inc's Motion to Quash Discovery Request for Copyright Deposit Check and to Exclude as Irrelevant Any Reference to Said Check is hereby set for hearing on the 7th day of January, 2004 at 10:00 am.

New Orleans, Louisiana, this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH DISCOVERY REQUEST FOR COPYRIGHT DEPOSIT CHECK AND TO EXCLUDE AS IRRELEVANT ANY REFERENCE TO SAID CHECK

MAY IT PLEASE THE COURT:

Plaintiffs annex hereto a discovery request just received for the deposit check for the Galiano/Gianna copyright at issue in this case. [Annex A]

The Court should quash the request. It is untimely.

Also, it is not reasonably calculated to lead to the discovery of admissible evidence. F.R.C.P. Rule 26b2. It makes no difference whether plaintiff's corporation or counsel wrote the check.

The Court should also exclude from evidence testimony and evidence concerning whether Counsel or the Plaintiffs wrote the check. It is irrelevant to the validity of the copyright. F.R.Ev. 402.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
GUSTE, BARNETT, & SHUSHAN, L.L.P.
Attorneys for Plaintiffs
639 Loyola Avenue, Suite 2500
New Orleans, LA.   70113
Telephone:  504-529-4141
Direct Line:  504-681-4519
Facsimile:  504-561-0326

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

You are hereby notified that plaintiffs, Jane Galliano and Gianna, Inc.'s Order is here by set for hearing on the 7th day of January, 2004 at 10:00 A.M.

New Orleans, Louisiana this 22nd day of December 2003.

_____
BRIAN L. GLORIOSO

-6-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Quash Discovery Request for Copyright Deposit Check and to Exclude as Irrelevant any Reference to Said Check and Memorandum in Support of Motion to Quash Discovery Request for Copyright Deposit Check and to Exclude as Irrelevant any Reference to Said Check has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 22nd day of December, 2003.

BRIAN L. GLORIOSO