

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DEEM BUSINESS RECORDS PRODUCED BY ALL BILT UNIFORM FASHION AUTHENTICATED

Now come Plaintiffs, and respectfully move the Court to deem the business records produced by All Bilt Uniform Fashion authenticated, for the reasons set forth in the Memorandum of Law annexed thereto.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

___ Fee___
___ Process___
X  Dktd___
✓  CtRmDep___
___ Doc. No.___ 237

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED by the Court that Plaintiffs' Motion to Deem Business Records Produced by All Bilt Uniform Fashion Authenticated be filed into the record of the above captioned matter.

New Orleans, Louisiana, this _____ day of December, 2003.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. * | | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* * | | |
| * | | SECTION " E" " (5) |
| VERSUS * | | |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * | | |
| AND * | | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. * | | |
| *Defendants* * | | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DEEM BUSINESS RECORDS PRODUCED BY ALL BILT UNIFORM FASHION AUTHENTICATED

MAY IT PLEASE THE COURT:

Pursuant to numerous discovery Orders, subpoenas, and depositions, All Bilt Uniform Fashions has produced some 8000 business records which plaintiffs will seek to introduce at trial some individual and many in globo.

There exist no genuine dispute as to the authenticity of these documents.

On December 12, 2001, plaintiffs' Counsel, Brian Glorioso, personally inspected the business records of All Bilt and selected documents for copying. Those documents were copied and delivered to the depositions of All Bilt on December 13, 2001. At those depositions the records contained in three boxes were authenticated by Danielle Thompson, an All Bilt employee familiar with the records. See Depo. pages 14, and 15 (Annex1).

Following the deposition by agreement of Counsel the original All Bilt records were placed in the possession of All Bilt's counsel for copying. All Bilt's counsel had the documents copied and bates numbered. A duplicate copy of the records were then sent to Counsel for Harrah's as well as plaintiffs counsel. Those documents were bates numbered AB 0001through AB8000. An affidavit was prepared by the paralegal employed by All Bilt's counsel who handled the copying, attesting to the accuracy and authenticity of the copies. Annex A.

Subsequently John Sbordone, Vice President of Operations of All Bilt, prepared an affidavit attesting to the authenticity of the All Bilt business records. Annex B.

Additionally on February 21, 2001, in response to a followup subpoena, All Bilt produced additional business records evidencing orders placed by Harrah's since 2001. These documents are in the same format as the previous All Bilt business records. There is no genuine issue relating to there authenticity. Mr. Sbordone has agreed to provide an affidavit attesting to there authenticity. Annex C.

Thus pursuant to the Federal Rules of Evidence Rules 803 and 902, the All Bilt Business records should be deemed authenticated by virtue of the affidavits and testimony of All Bilt representatives.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF HEARING**

TO:  Mr. Joseph W. Looney, Attorney of record for Harrah's Entertainment, and Harrah's Operating Co., Inc., 4500 One Shell Square, New Orleans, Louisiana 70139

You are hereby notified that Plaintiffs', Motion to Deem Business Records Produced by All Bilt Uniform Fashion Authenticated will be heard on the 7th day of January, 2004, at 10:00 a.m., at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, before the Honorable Marcel Livaudais, Jr.

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs, Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs', Motion to Deem Business Records Produced by All Bilt Uniform Fashion Authenticated has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 22nd day of December, 2003

_____
BRIAN L. GLORIOSO

14

```
 1              Thompson
 2      Q.   Now I would like to ask you to open
 3   original charges copies not made, box 2.
 4           Now that you have opened original box
 5   number 2, are there documents present inside the
 6   box?
 7      A.   Yes.
 8      Q.   And do these appear to be the documents
 9   that were placed inside this box by you yesterday?
10      A.   Yes.
11      Q.   Do you have any reason to believe that
12   these documents are not the documents you placed in
13   the box?
14      A.   No.
15      Q.   I now ask you to look inside box number
16   3. There are documents inside of this box?
17      A.   Yes.
18      Q.   Do these appear to be original All-Bilt
19   documents?
20      A.   Yes.
21      Q.   Do these appear to be the original
22   documents that you placed in this box yesterday
23   evening?
24      A.   Yes.
25      Q.   Is there any reason for you to believe
```

15

```
 1              Thompson
 2   that these are not original All-Bilt documents?
 3      A.   No.
 4      Q.   The document that I have showed you,
 5   56531, which is a charge sheet, currently there is
 6   a paper clip on the copy I'm showing you.
 7           When the originals were stored in the
 8   file how were the different documents bound?
 9      A.   Staples.
10      Q.   They were stapled. And were those
11   staples removed to make copies?
12      A.   Yes.
13      Q.   And were the staples replaced when the
14   copies were finished being made?
15      A.   No.
16      Q.   If now the original documents are in a
17   stack without staples or paper clips dividing each
18   charge sheet, would you be able to from your
19   knowledge of the documents go through the stack and
20   put them back in order, in the manner that they
21   were taken from the folders?
22      A.   Yes.
23      Q.   So would you be able to rebind them?
24      A.   Yes.
25           MR. GLORIOSO: That's all I have. I
```

16

```
 1              Thompson
 2   would like to have a discussion with Joe off the
 3   record so we can discuss how --
 4           MR. LOONEY: Let me ask Miss Thompson
 5   just a couple of questions.
 6   EXAMINATION BY
 7   MR. LOONEY:
 8      Q.   When counsel is asking you whether or
 9   not these look like the documents that you put in
10   the boxes, you weren't asked to, I just want to
11   make this clear for the record, you weren't asked
12   to pull them out and go through them, it was sort
13   of looking at them as they were sitting in the box?
14      A.   Yes.
15      Q.   The other thing I would ask is, and I
16   don't know whether this is even -- let me ask it
17   this way: Was it your plan to restaple these again
18   before you put them back in the file?
19      A.   Yes.
20      Q.   Because that is one thing we were going
21   to ask. So if that was part of the plan anyway,
22   that is fine, that won't cause a problem.
23           And just so I'm clear, the invoices that
24   have been grouped with the charges are typically
25   kept separate from the charges?
```

17

```
 1              Thompson
 2      A.   No.
 3      Q.   They're kept with the charges?
 4      A.   Yes.
 5      Q.   So every time there is a stack of papers
 6   that deal with charges there will be invoices with
 7   them?
 8      A.   Correct.
 9      Q.   And what happened in this case, as you
10   understand it, is just that when the invoices were
11   pulled for Mr. Sbordone they were taken out of the
12   charge files?
13      A.   Correct.
14      Q.   Did you do that part too?
15      A.   No.
16           MR. LOONEY: What about the ones that
17   don't have invoices on them?
18           MR. GLORIOSO: If you want, I can do
19   redirect and ask about that.
20           MR. LOONEY: I'm just wondering if you
21   knew offhand.
22           MR. GLORIOSO: I do, but I don't want
23   to testify on the record.
24   BY MR. LOONEY:
25      Q.   I guess my question was some of these,
```

PLAINTIFF'S EXHIBIT 1