

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR TRIAL AT A LATER DATE OF CLAIMS STILL ONGOING AND RECENTLY DISCOVERED

Now come Plaintiffs and respectfully move this Court under F.R.C.P. Rule 42(b) for a separate trial of (a) Plaintiffs' claims against Defendants arising from costumes manufactured by Allbilt for Defendants after the date of the last 2003 order in the documents recently produced by Allbilt, and (b) Plaintiffs' claims against Defendants arising from the manufacture of costumes for Defendants by Cintas ( formally Angelica), recently discovered by Plaintiffs, for the reasons set forth in the Memorandum of Law annexed hereto.

*THE CLIENT HAS BEEN ADVISED OF THIS MOTION AND HAS A COPY*

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. 240

639 Loyola Avenue, Suite 2500
New Orleans, LA  70113
Telephone:  504-529-4141
Facsimile:  504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR TRIAL AT A LATER DATE OF
CLAIMS STILL ONGOING AND RECENTLY DISCOVERED**

**MAY IT PLEASE THE COURT:**

Harrah's and Allbilt are still using Plaintiff's designs. The Allbilt document production on December 3rd, 2003 includes orders placed by Harrah's with Allbilt as recently as the beginning of 2003 (Annex 1)

Plaintiff has recently discovered that Harrah's is now using a new manufacturer to manufacture costumes based on her designs.

On November 15th and 16th, 2003 Plaintiffs discovered ongoing versions of their Single plaquet shirt Design No.1051, in use at defendants Lake Charles, Louisiana casino. [Annex 2, Galliano affidavit]. Per Plaintiffs' inspection of the garmets, Plaintiff believes they were manufactured by Cintas (formally Angelica). It was previously unknown to Plaintiff that Cintas was

manufacturing such designs for Harrah's based upon Plaintiffs' designs.

On these facts, FRCP Rule 42(b) justifies trial at a later date of claims arising from ongoing use by Harrah's of Plaintiff's designs by Allbilt or by Cintas. It should not be necessary for Plaintiffs to have to enforce their rights thru a new lawsuit.

This situation is tailor made for a later trial of these claims under FRCP 42(b).

In fact, Rule 42 provides that the Court may sever any issue or claim which would promote judicial economy or do substantial justice. O'Malley v. U.S. Fidelity and Guar. Co., 776 F.2d 494, (5th Cir. 1985). This is true in a diversity case even if the state court could not have severed the issues. Oulds v. Principal Mut. Life Co., 6 F.3d 1431, (10th Cir. 1993). Specifically, if one claim between the parties is ripe for trial and another is not, then bifurcating the trials is warranted. In re Breast Implant Litigation, 942 F.Supp. 958, (E.D. N.Y. 1996). In that case, there were two different types of injury claimed. The Court severed the trial of the two different types of injury because one type was ripe for trial and the other was not medically ready to go to trial.

That is the situation in this case. Some claims have been subject to much discovery and have been before the Court for some time. Other claims are, effectively, newly discovered. They were not discovered earlier due to discovery issues with which the Court is all too familiar. If the Court does not sever the new claims, plaintiff will be forced to file a new lawsuit and start all over again. That is not in the interest of justice or judicial economy. The fairest and most economical course of action is to simply sever the new claims and have another trial, if needed, when the new manufacturer and new claims have been the subject of complete, brief, discovery and can be fully adjudicated by the trier of fact.

This Court should sever these claims.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
BRIAN L. GLORIOSO, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113
Telephone: 504-529-4141
Facsimile: 504-561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Trial at a Later Date of Claims Still Ongoing and Recently Discovered & Memorandum of Law in support has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 23nd day of December, 2003.

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE: |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED by the Court that Plaintiffs' Motion for Trial at a Later Date of Claims still ongoing and Recently Discovered be hereby granted in the above captioned matter.

New Orleans, Louisiana, December_____, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**