

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN -6 PM 12: 05

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| and | * | JUDGE LIVAUDAIS |
| HARRAH'S ENTERTAINMENT, INC. | * | |
|     Defendants | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HARRAH'S OPERATING CO., INC.'S MOTION FOR LEAVE
## TO FILE BRIEF IN REPLY TO OPPOSITION BRIEF

NOW COMES Harrah's Operating Co., Inc., defendant herein, through undersigned counsel, and moves this Honorable Court for leave to file its pleading entitled "Harrah's Operating Co., Inc.'s Reply to Plaintiffs' Opposition Memorandum to Motion for Partial Summary Judgment," showing this Honorable Court that Plaintiffs' Memorandum of Law in Opposition to Defendants Motion for Partial Summary Judgment raises issues that Plaintiffs have articulated for the first time and could not be anticipated in Movant's original brief.

DATE OF ENTRY
JAN - 6 2004

Fee_____
Process____
X Dktd____
✓ CtRmDep____
___ Doc. No._____

Movant prays for leave to address those issues in a succinct and orderly fashion in the proposed memorandum.

                                        Respectfully submitted,

                                        ADAMS AND REESE LLP

                                        _____
                                        Joseph W. Looney, T.A. (8773)
                                        4500 One Shell Square
                                        New Orleans, Louisiana 70139
                                        Tel: (504) 581-3234
                                        *Attorneys for Defendant,*
                                        *Harrah's Operating Co., Inc.*

### CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of January 2004, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed, first-class, postage prepaid.

                                        _____
                                              Joseph W. Looney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| and | * | JUDGE LIVAUDAIS |
| HARRAH'S ENTERTAINMENT, INC. | * | |
|     Defendants | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE**
**TO FILE REPLY BRIEF**

Harrah's Operating Co., Inc., defendant herein ("Harrah's"), filed a Motion for Partial Summary Judgment with supporting memorandum and exhibits on December 23, 2003. The motion prayed for dismissal of Plaintiffs' copyright infringement claims. It was brought at the close of three years of discovery. It shows that there is insufficient evidence to support Plaintiffs' claims against the named defendants in this action.

Plaintiffs filed an opposition brief raising several points not previously raised, such as issues of contributory infringement and vicarious liability. Second, they identify specific design concepts and ideas for which they seek copyright protection. Third, they argue that by alleging

there are artistic and asthetic aspects in the sketches they filed for copyright registration they need prove nothing else to support valid copyright for clothing designs.

Harrah's prays for leave to file a short and concise brief to address these issues prior to the hearing on its Motion for Partial Summary Judgment set for January 7, 2004.

Respectfully submitted,

ADAMS AND REESE LLP

_/s/ Joseph W. Looney_
Joseph W. Looney, T.A. (8773)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
*Attorneys for Defendant,*
*Harrah's Operating Co., Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of January 2004, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed, first-class, postage prepaid.

_/s/ Joseph W. Looney_
Joseph W. Looney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC.<br>Plaintiff | * <br> * <br> * | CIVIL ACTION <br><br> No. 00-0071 |
| versus | * <br> * | <br> SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC.<br>And<br>HARRAH'S ENTERTAINMENT, INC.<br>Defendant | * <br> * <br> * <br> * <br> * | <br> Judge Livaudais, Jr.<br><br> Mag. Chasez |

**************************************

## ORDER

Considering the foregoing,

It is ordered that the Motion For Leave To File Reply To Plaintiffs' Opposition brought by Harrah's Entertainment, Inc. be and the same hereby is granted.

New Orleans, Louisiana, this __7__ day of January, 2004.

_____
JUDGE