

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO REPLY TO HARRAH'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully requests that this Court grant plaintiffs leave to file into the record a reply brief to Defendants' Opposition to Plaintiffs' Motion to Dismiss Counterclaim.

Page -1-

DATE OF ENTRY
JAN - 8 2004

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION

MAY IT PLEASE THE COURT:

Defendants' Opposition contains errors of fact which plaintiffs seek to clarify in this Reply to Defendants' Opposition. Defendants' also raise new issues of fact and law which plaintiffs' seek to clarify and distinguish.

New Orleans, Louisiana this _____ th day of January 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

Page -4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Leave to File an Reply Brief to Defendant's Opposition to Plaintiffs' Motion to Dismiss Counterclaim has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this _____5th_____ day of January, 2004.

_____
BRIAN L. GLORIOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Ex Parte Motion for Leave to Reply to Defendants' Opposition,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the annexed "Plaintiffs' Reply to Defendants' Opposition to the Plaintiffs' Motion to Dismiss Counterclaim," be filed into the record of the above captioned case.

New Orleans, Louisiana __7__ day of January, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

Page -3-