FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN -7 AM 8: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE GALIANO and GIANNA, INC.** | * | CIVIL ACTION |
| Plaintiffs | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| **HARRAH'S OPERATING CO., INC.** | * | |
| and | * | JUDGE LIVAUDAIS |
| **HARRAH'S ENTERTAINMENT, INC.** | * | |
| Defendants | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE CORRECTED VERSION OF BRIEFS

Now comes Harrah's Operating Co, Inc. and moves this Honorable Court for permission to substitute another version of its Reply To Plaintiffs' Opposition Memorandum To Motion For Partial Summary Judgment to correct an erroneous statement made in the conclusion; and also to substitute another version of its Memorandum In Support Of Motion for Partial Summary Judgment to correct a statement in the discussion of Plaintiffs' copyright application found on page 14. Movant shows that these substitutions will not delay resolutions of these matters and are necessary to correct typographical errors that were not caught during editing.

DATE OF ENTRY
JAN - 8 2004



Harrah's Operating Co., Inc. files this motion to make two typographical corrections in briefs its counsel filed related to motions set for hearing January 7, 2004. First, Movant asks to correct the statement in its conclusion in the Reply To Plaintiffs' Opposition Memorandum To Motion For Partial Summary Judgment that should read that Harrah's Motion For Partial Summary Judgment should be granted, not denied.

Second, on page 14 of Defendant's Memorandum In Support of Motion For Partial Summary Judgment, the sentence stating that the Copyright Office would have had to reject Plaintiffs' application had they characterized the copyrighted work as artwork for wearing apparel obviously omitted the word "not." Correcting the typographical error would make clear that Movant is arguing that had Plaintiffs not characterized the work as artwork for wearing apparel, then no valid certification could issue.

Undersigned counsel apologizes for these typographical errors which were largely occasioned because of time constraints imposed by the holidays and consequently limited staff.

Respectfully submitted,

ADAMS AND REESE LLP

*[signature]*

Joseph W. Looney, T.A. (8773)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
*Attorneys for Defendant,*
*Harrah's Operating Co., Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of January 2004, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding via facsimile.

_____
Joseph W. Looney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

**************************************

## ORDER

Considering the foregoing,

It is ordered that the Motion For Leave To File Corrected Version of Briefs brought by Harrah's Entertainment, Inc. be and the same hereby is granted.

New Orleans, Louisiana, this ___7___ day of January, 2004.

_____
JUDGE