

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully requests that this Court grant plaintiffs leave to file into the record a Supplemental Opposition to Defendants' Motion for Partial Summary Judgment.

Page -1-



DATE OF ENTRY
JAN - 8 2004

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* * | |
| * | SECTION " E " " (5) |
| VERSUS * | |
| * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * | |
| AND * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. * | |
| *Defendants* * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR
LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

The Court should permit the filing of this Supplemental Opposition. The first Opposition is sufficient to justify denying the Motion for Partial Summary Judgment. But there is much more evidence of undisputed facts which supports the denial of the motion.

1. Defendants' Motion for Partial Summary Judgment was filed on the last possible day for the filing of motions of any kind, and very close to trial. Defendants could have filed it long ago. The filing at the last possible hour was intended to produce a less than level playing field.

2. The Court's briefing schedule required Plaintiffs' to generate their Opposition over a holiday weekend, when their counsel were short handed. The operational problems caused are obvious. Plaintiffs should not be penalized for a difficult schedule which the Court certainly did not intend and which resulted in a less than level playing field.

3. It is a dispositive motion.

4. There is massive documentary evidence which proves Defendants' direct involvement in the process which led to the manufacture of the All Bilt costumes.

That evidence has taken a little time to put together.

5. None of this documentary evidence is new. There is no surprise to Defendants here. It is referred to in Plaintiffs' pleadings. It has been annexed to and discussed in depositions and prior motions in this case. See the Annexes to the Memorandum. It includes evidence generated by Defendants' themselves - publications and letter - and the All Bilt orders themselves.

6. Harrah's Reply Brief like their original brief omits any reference to key undisputed facts.

7. Harrah's Reply Brief omits any reference to important Federal Rules and case law on many issues.

8. It would be a real miscarriage of justice for the Court to rule on this motion without considering this body of evidence marshalled in the annexed Memorandum of law.

    As counsel for Harrah's has pointed out in their Moton for Leave these briefs have been prepared under severe time constraints imposed by the holidays. However these Motions address key issues in this case and the Court deserves the opportunity to review all of the evidence prior to rulling on Harrah's Motions.

    In the interests of justice, the Court should permit the filing of this Supplemental Opposition.


Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Leave to File Supplemental Opposition to Defendants' Motion for Partial Summary Judgment has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this _____7_____ day of January, 2004.

_____
BRIAN L. GLORIOSO

Page -7-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Ex Parte Motion for Leave to File Supplemental Opposition to Defendants' Motion for Partial Summary Judgment,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the annexed "Supplemental Opposition to Defendants' Motion for Parital Summary Judgment" be filed into the record of the above captioned case.

New Orleans, Louisiana __8__ day of January, 2004.

_____
UNITED STATES DISTRICT JUDGE