MINUTE ENTRY
LIVAUDAIS, S.J.
January 9, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                    CIVIL ACTION

versus                                            No. 00-0071

HARRAH'S OPERATING CO., INC., and                 SECTION: E/5
HARRAH'S ENTERTAINMENT, INC.

A pretrial conference is presently scheduled in this matter for January 21, 2004, at 2:00 p.m., and a jury trial is scheduled to begin on February 9, 2004. Counsel for both parties have recently filed thirteen pretrial motions, including a motion for partial summary judgment filed by each party, and plaintiffs' motion to try claims "still ongoing and recently discovered" at a later date. As a result, the court has been inundated with paper in the form of multiple lengthy memoranda and exhibits.

In order to allow sufficient time for a careful and thorough consideration of these motions, particularly the dispositive motions, the court briefly continues the trial date of February 9, 2004, and converts the pretrial conference on January 21, 2004, to a status conference at which a new trial date will be selected. Counsel are to bring their trial calendars to the status conference.

For counsel's information, on January 12, 2004, Section "E" will move to Room 322, on the third floor of the U.S. District Courthouse.

DATE OF ENTRY
JAN 0 9 2004