FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L...

2004 JAN -8 A 11: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION
## TO ATTACH TO EXHIBIT 3 OF
## SUPPLEMENTAL OPPOSITION
## TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully move this Honorable Court to allow Plaintiff's to attach the 10 color copies of Designs by Jane Galiano ( see Annex 3 *complete set* ) that were inadvertently left off Supplemental Opposition To Defendants' Motion For Partial Summary Judgment when the paralegal was coping documents.

-1-

DATE OF ENTRY
JAN 1 2 2004

Fee_____
Process_____
X  Dktd_____
___CtRmDep_____
Doc. No.__258

Respectfully submitted,

_____

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs,,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 08th day of December, 2004  served a copy of the

PLAINTIFFS' MOTION TO ATTACH TO EXHIBIT 3 OF SUPPLEMENTAL OPPOSITION

TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT pleading to counsel

for all parties to this proceeding.

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.


_____
BRIAN L. GLORIOSO

-4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE |
| *Defendants* | * | ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED by the Court that Plaintiff's 10 color copies of Designs by Jane Galiano

of  Annex 3 be added to the  Supplemental Opposition To Defendants' Motion For Partial

Summary Judgment.

New Orleans, Louisiana, _____9_____ , ___Jan.___ , 2003

_____
UNITED STATES DISTRICT JUDGE

-3-

WINTER/SPRING 1996

# HARRAH'S PEOPLE

Harrah's

BNN

YOU WEAR It Well

EXHIBIT

3

H00088

## Remember the story —

### *The Emperor's New Clothes?*

Two seamstresses dupe an emperor into believing they can weave him a *magic* wardrobe that will be invisible to <u>fools</u> in his kingdom.

Believing in the magic, the emperor is afraid to complain later when he can not see the new "wardrobe" they "weave" him. Wanting no one to know he is a "fool," the emperor parades down the streets of his kingdom pretending to wear his new clothes. Among the laughter of the people he passes, he realizes he has been tricked, since <u>no one</u> can really see the "magic wardrobe" on his naked back.

**T**oday, it is still amazing what some clothing vendors will say, trying to fool *us* into believing *they* know what we need in uniforms for our own casino kingdom.

If you've worked for Harrah's a long time, you know our employee uniform designs change with each new decade, and sometimes more often

than that. Now our uniforms are changing again, but this time with a flair for entertainment, an extra stitch for comfort, and a look that says "Harrah's" in styles created exclusively for us!

Right now designers are sketching and sewing new Harrah's fashions that have already found favor with many employees. Other employees wait with anticipation (and maybe a little trepidation). "Will I like my new uniform?" "Will all styles be the same?" "What if I don't look good in green!"

Now before you get excited, realize that Harrah's uniforms will vary from casino to casino. *Harrah's People* is bringing you this special sneak peak at some of the outfits so you can see what makes these new styles *in vogue!*

# YOU WEAR It WELL!

# THAT WAS THEN...



*Photos of early Harrah's employee uniforms – (from left) dealers, receptionist, keno runner, bartender, change girl and waitress.*

In early years, Harrah's employee uniforms were strides ahead of the rest of the casino entertainment industry. Harrah's even owned its own uniform manufacturing plant.

In the 1950s, top Hollywood designer "Travilla" designed Harrah's uniforms. Travilla was commissioned to take the "uniform look" out of Harrah's employee outfits and give them "pizzazz with professionalism" for that time period.

Harrah's employed Fashion Director Maggie Beaumont in those days. Maggie's talent for choosing fashionable fabrics and designs had Harrah's employees wearing some of the best looking outfits in the industry. These designs would later be replicated by other casinos.

Maggie worked for Harrah's until 1984 (she passed away in 1993). Afterwards, our uniform manufacturing plant was sold to Angelica Uniforms, a major U.S. uniform supplier, and Harrah's uniform designs, though still hand picked, fell in line with the rest of the casino industry (with the exception of Caesar's and a few heavily-themed casinos).



*1971 photo of Harrah's Fashion Director Maggie Beaumont (right) with Buyer Barbara Jester reviewing fabric samples for employee uniforms.*

# THIS IS NOW!

Today Harrah's is returning to what made our employee outfits look and feel so wonderful years ago...by looking at our marketing image and getting input from employees on what they need from a uniform.

"Before the eighties, we worked closely with designers and manufacturers to get the designs we wanted," explains Alan Simpson, wardrobe director for Harrah's Reno, who runs one of Harrah's largest wardrobe departments. "In recent years, we've been at the mercy of garment choices made by department managers and vendors themselves. This has led to many different looks across the company, and because of these differences, we've been unable to cross-utilize most of our outfits between casinos."

Though some Harrah's casinos, like Reno, have stayed pretty consistent in uniform color schemes, Harrah's wardrobe departments have never had a storehouse or catalog of "Harrah's" uniforms to choose from, with outfits proven to work well for employees. "It would make our lives easier if the design work, uniform studies, etc., could be handled by someone centrally," says Simpson, "then we could concentrate on serving our customers — our own employees."

So in hopes of returning to the successes of the days of Maggie Beaumont, Harrah's has hired a full-time director of

Costuming/Marketing, Jan Starnes. Carrying a portfolio stuffed with fabrics and sketches, Starnes travels from casino to casino working



*Harrah's new Director of Costuming/Marketing Jan Starnes (right) reviews new uniform designs with Corporate Director of Alliances/Costuming Connie Albright, who originally consulted with Disney to study the effectiveness of Harrah's uniforms.*

with wardrobe departments, managers and employees on how to put flair, character and comfort into Harrah's uniforms.

Starnes works beside Connie Albright, Harrah's corporate director of Alliances/Costuming, who originally consulted with "the guru of employee costuming" — Disney — to study our uniforms. This study showed that image matters and that Harrah's needed some guidance, some synergy and more information from the employees who wore our uniforms. That is how Jan Starnes' job at Harrah's came into

H00090

**J**an Starnes' fashion talents have been acquired through years of experience in casino wardrobing, entertainment, training and retail with casinos like Bally's, Mirage and the MGM Grand in Las Vegas. She works closely with the Travillas of today to create styles that not only will be signature Harrah's garments, but some will be <u>entertaining</u> in themselves.



*The drawings to the left are costumes that carry a little SHOCK VALUE. They are prototypes for environmental entertainers (though not being utilized by Harrah's). However, they show how some costumes themselves can get a reaction from guests the first time they are seen.*

© 1995 Gianna New Orleans Incorporated

# WEARING FUN!

There's more that comes with a new style than just new fabric. Some of Harrah's new outfits will be a step away from "the usual." Therefore, fitting will need to be accompanied by training on <u>how</u> to wear the new "Harrah's look," whether it's a proposed Fresh Market Square Buffet bell pepper hat or a convertible jacket for Harrah's Gold Card hosts. Direction on how to wash and take care of the new garment pieces is also necessary. Both Jan Starnes and Connie Albright test the care methods of every new garment style by personally taking home the uniform and putting it through the wash-rinse-dry cycle five to 10 times for evaluation!

Harrah's also is working to partner with a major U.S. cosmetics company — one which could send representatives to Harrah's Casinos to provide advice and the latest "tips" on makeup application, hair, nails, etc.

Today Harrah's is the *only* casino company with a uniform program that is coordinated across the U.S. However, Harrah's is using an untraditional approach in the casino industry — designing <u>all</u> Harrah's uniforms to harmonize with one companywide "uniform vision."

What you will be witnessing in the next few months is the roll-out and testing of some of these new uniform ideas. Within the next few years, every Harrah's Casino will have the chance to have a complete "uniform overhaul."



*Jan Starnes assists Melissa Braff, Winning Streak cocktail server at Skagit Valley, during fitting before grand opening.*

H00091

# HOW THE LOOK IS CREATED

There is a lot of thought and planning that goes into creating any new uniform. Going "through the motions" with employees while a uniform is being selected is important. The study of how to make a uniform work with the employee's everyday movements on the job begins in the initial design stage. Here is an example...

Last fall Starnes and Albright visited with Harrah's Joliet during the property's remodeling. Joliet wanted a new uniform style that would coordinate with a "refurbished" property feel. The design team spent time observing the casino environment and interviewing guests, managers and employees. They questioned managers about the job requirements and work conditions of their staff and then questioned the staff— sometimes getting different answers.

New designs were developed based on these interviews and the new appearance of the casino property. A few weeks later sample uniforms were sent back to the property for employees and managers to see. **Ed Cisowski**, director of Customer Safety, remembers his staff's response:

"My group just loved the new style when they saw the samples," says Cisowski. "It was great to see everyone so pleased and to finally have a look that matched the job. You see, the jobs of our customer safety representatives require them to interface with the customer more than we thought. We needed a friendly, casual but professional look that still showed authority. Also, the climate here much of the year is quite chilly when coming on and off the boats," says Cisowski.

These points were all considered, as well as finding a style that would be pleasing to both men and women. Their coat and tie from the past were exchanged for a nice shirt and sweater with a Harrah's "Customer Safety" insignia. To keep their professional look, men still wear a tie, but the women's tie is different — more of a subdued cross ribbon around the collar.

"When we saw plans for new designs for our Food and Beverage areas, they definitely said "EATERTAINMENT," describes **Mo Rezaei**, director of Facilities for Harrah's Tunica. Among many others, he was also brought into initial uniform planning for the new Harrah's Tunica Mardi Gras, opening in April. "All of the new styles are a nice change — they look more comfortable and fun."

*These two uniforms are part of Harrah's Fresh Market Square Buffet EATERTAINMENT concept. One interesting item (not shown here) being considered in Food and Beverage is a unique scarf for cooks to wear that matches their uniform. The sole purpose of this item is to make kitchen personnel more comfortable at work. The scarf contains special beads which hold moisture; the evaporation keeps employees cooler in the heat.*

As a result of the uniform studies conducted with Disney, Harrah's saw that employee uniforms communicate a *marketing* message to the public about the casino property and the company. A uniform needs to assist an employee in doing their job, as well as harmonize with the property's theme and "feel." Finally, it must communicate a consistent message of fun, friendliness and entertainment. It's quite a challenge to address so many "messages" with one garment.

"We've seen that sometimes it can be frustrating for managers and employees who want to have their new uniforms in a certain style or color," says Jan Starnes. "That's because everybody feels they're an expert on clothing – we all dress ourselves everyday.

Certainly Harrah's people know their business; they know what the job requires. However, a uniform can't be picked because one person likes the style. An entertainment company must portray a specific marketing message and image in its uniforms nationwide. Once we explain why the uniform is designed the way it is and how the style better coordinates with other departments and the decor of the casino, and once they see how the uniform relates 'to the whole,' they usually begin to understand."



*The casino cocktail prototype shown here is more professional and refined, but it has flair and a touch of fun too. A functional feature to the garment is the "action vent" (a new signature design of Harrah's) which opens in the back for easier arm movement.*

H00092



*These styles are prototypes tested at Harrah's Skagit Valley. Though some may be changing, it's important to notice how the colors and casual nautical looks (the casino's "theme") coordinate with each other. Because of the fun, casual atmosphere of Harrah's Skagit Valley, a typical tuxedo or formal style would not be appropriate. (Uniforms L to R: casino cocktail server, keno runner, Winning Streak Sports Bar cocktail and dealer.)*

# THE RIGHT MESSAGE, THE RIGHT STYLE

Due to Harrah's incredible growth in the last few years, there was little time to sit down and take a hard look at our employee outfits and determine whether they really matched the "Harrah's image." At new Harrah's properties, uniforms were typically chosen by department managers from uniform company salespeople, who approached Harrah's managers with a catalog selection of "typical" casino outfits. Often they would match the garment's color with the casino's carpet and wallpaper.

"That is why some of our uniforms fade into the walls," explains Starnes. "You wouldn't wear a shirt from the same fabric as your couch would you? We have many colorful styles, but they don't always coordinate well with each other or the rest of the casino. This sends confusing messages to our guests."

Now the approach is changing. Instead of clothing vendors providing Harrah's with *their* typical garments, Harrah's wardrobe teams and managers are developing their own uniforms based on the needs of employees and the visions of the company, creating more of a "Harrah's look." Now Harrah's managers; and wardrobe teams can begin telling vendors, "No... this is what I need."

Harrah's Skagit Valley's new uniforms are a good example of the development of uniform synergy (see above). Harrah's Skagit Valley employees rose to the challenge of opening a new casino *and* getting new garments never tried before that were a step away from typical casino uniform styles.

Since most of Skagit Valley's uniforms were designed and fitted at the pre-opening stage, the property employees did not have the opportunity to test their garments on the casino floor. "We've had some challenges that we're still working on, like supply for example," explains Materials and Retail Manager Mike Kerr. "Our crowds are bigger in some areas than we anticipated, which means some of our employees are working in more areas than one. But we're taking care of this day by day." Another example is the conversion of female dealer jackets into vests, after listening to input from female dealers who found the jackets hard to move in. Skagit Valley's wardrobe team is commended for its hard work during the casino opening, for trying new ideas and for continuing to meet the needs of employees.

The keno vests pictured above are also a good example of how some uniforms can be cross-utilized between Harrah's casinos. When Skagit Valley needed additional sizes in its keno vest, the wardrobe team at Harrah's Joliet stepped in to help, tailoring specially-made vests from their supply. The gracious actions of Joliet's wardrobe team, who spent long hours fashioning these new vests for another property, shows how teamwork across properties can create great solutions, even in uniforming.

# NOT COOKIE CUTTER, BUT HARRAH'S IN STYLE

*Will we all look the same one day? The answer is "No."*

You know what Mickey Mouse is supposed to look like when you visit Disney Land or Disney World. You know most sports referees by their striped shirts. But would an average person think "Harrah's" if they saw you in uniform on the street?

Because Harrah's has expanded into more areas across the country than any other casino company, Harrah's fashion program is left with doing something totally new, totally different with our garments. The challenge — keep every Harrah's uniform unique to its own Harrah's environment, while making it identifiably "Harrah's" by logo, style and design.

As with the Skagit Valley keno uniform story, Harrah's is learning that some designs can be utilized from one Harrah's property to another. Yet, other property uniforms will need their own design, but with art work, collars and cuffs that are identifiable with other Harrah's Casino

H00093

# NEW CASINO FLOOR UNIFORMS

## GAMES

Some Harrah's properties will be stepping away from brilliantly bright uniforms for floor personnel to softer tones. Seeing them alone, you may think — oh, how dull! But see them among the bright flashing lights in the casino and they stand apart, becoming pleasing to the eye. Guests see a calm, soothing spot and WOW it's a human being! (C.A.S.H!)

One of the early concepts for a dealer's shirt (as seen to the right) is longer and tailored to prevent it from coming untucked. Again, notice the "action vent" in the back of the shirt, which makes it easier to move and perform the normal functions of the job.



## SLOTS

Harrah's designers are developing and testing a vest that will serve as the basis for a slot attendant garment to address changing job functions.

This prototype is for those attendants who also carry other items (keys or tools) besides coin, giving them individual pockets to hold many items instead of bulky fanny packs, belts and clips. It is currently being refined based on employee wear tests.

## GOLD CARD HOSTS

Many customers patronize different Harrah's casinos nationwide using their Harrah's Gold Card. But Harrah's Gold Card uniform styles are very different. A host at one Harrah's Casino may look like a dealer at another. This confuses the customer and is why new styles are being developed.

The outfit to the left is an initial version of the new Gold Card uniform; it is currently being redesigned based on new input from employees.

However, you can see that the style is moving toward a more professional and upscale look. Since Harrah's Gold Card holders are actually "club members," a more refined look subconsciously helps members feel valued when discussing comps.

Another difference is that there are no pockets in the shirt. Pens leak and destroy garments. Pockets also tend to hold other things after a while besides pens and start to look bulky and unprofessional.

Differences from casino to casino will be made in the fabrics — one that suits the cooler Harrah's Tahoe climate and another for warmer Harrah's Shreveport. Some Harrah's locations will have interchangeable jackets as well, since Gold Card staff at some casinos like Joliet are also responsible for boarding and ticketing.

**DID YOU KNOW**—A UCLA research project titled "Silent Messages" found that looks DO mean a lot. In creating a positive first impression, realize that 7% of the impression is what you say, 38% is how you say it and 55% is how you look! These represent the three V's of communication: verbal, vocal and visual.



How You Say It – 38%

What You Say – 7%

How You Look – 55%



# NEW BACK OF HOUSE STYLES

## EVS

Employees in Environmental Services will enjoy the comfort and design of outfits similar to this. Lightweight and easy to move in, this prototype also has a touch of entertainment. Harrah's understands that back-of-the-house employees are a critical resource in guest interaction too. (Guests question *all* employees in passing about the casino, hotel or restaurants.) Therefore, EVS uniforms should add to the excitement of the casino as well!



## COUNTROOM

Legal requirements should not prevent employees from having tasteful, fun and functional uniforms. Countroom uniforms in the past have often been a one-color, boring coverall. Now Harrah's could like to use brighter colors in the jumpsuit's top with contrasting dark pants and a little art work for fun. There's also extra padding in the knees for more comfort in kneeling.

# MANAGERS GET IN STYLE TOO

Customers often judge a person's authority by what they wear. A su___ tie is more authoritative for problems or questions, but could look too formal and stand-offish in a casual environment. On the other hand, employees tell Harrah's that they need their supervisors as role models in delivering C.A.S.H. to the MAX.

Harrah's takes the same approach to management's garments as with any other. Management uniform designs will be determined by job description, the transaction taking place with the customer and how much interaction there is with guests and employees. As with every uniform, management's garments must also send the appropriate message.

Any new uniform design can be determined by first measuring the person's job using a "Style-o-meter" (see below) to determine how authoritative, fun or highly stylized a uniform should be.

*The new vested sweater for some casino supervisor looks authoritative but friendly and casual they obviously look different than the dealers. Customer don't wonder if they are a supervisor and are not intimidated to speak with them.*

| SUPERVISOR STYLE-O-METER (to left) | COCKTAIL STYLE-O-METER (see page 7) |
|---|---|
| entertaining, fun ▼ formal | entertaining, fun ▼ formal |
| no authority ▼ authority | no authority ▼ authority |
| no style ▼ highly stylized | no style ▼ highly stylized |

Copyright 1995 Gianna New Orleans, Incorporated
Illustrations may not be reproduced in whole or inpart in any form whatsoever
All rights Reserved



Copyright 1995 Gianni N e w O r l e a n s, Incorporated
Illustrations may not be reproduced in whole or in part in any form whatsoever
All rights Reserved



Harrah's Casino Dealer Shirt - Unisex Blk Skirt or pant
Pocket optional

Box action vent (Inverted)

| CALE: | APPROVED BY: | DRAWN BY: |
| --- | --- | --- |
| ATE: 7.2.95 | | REVISED: |

Copyright 1995 Gianna New Orleans, Incorporated
Illustrations may not be reproduced in whole or inpart in any form whatsoever
All rights Reserved



Copyright 1995 Gianna N e w O r l e a n s, Incorporated
Illustrations may not be reproduced in whole or in part in any form whatsoever
All rights Reserved



Copyright 1995 Gianna New Orleans, Incorporated
Illustrations may not be reproduced in whole or in part in any form whatsoever
All rights Reserved

Copyright 1995 Gianna N e w O r l e a n s, Incorporated

Illustrations may not be reproduced in whole or in part in any form whatsoever.

All rights Reserved

