

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2004 JAN -9 PM 1:52
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*************************************

## MOTION FOR LEAVE TO FILE REPLY TO SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel comes Defendant, Harrah's Operating Co., Inc., and respectfully requests that it be granted leave to file the attached Reply to Supplemental Opposition to Defendant's Motion for Partial Summary Judgment.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Joseph W. Looney, T.A. (8773)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendant, Harrah's Operating Co., Inc.*

DATE OF ENTRY
JAN 1 6 2004

1610992

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No. 259

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| And | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| Defendant | * | Mag. Chasez |
| | * | |

*******************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
REPLY TO SUPPLEMENTAL OPPOSITION TO
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Harrah's Operating Co., Inc., respectfully requests that it be granted leave to file the attached Reply to Supplemental Opposition to Defendant's Motion for Partial Summary Judgment in order for it to respond to additional claims made by Plaintiffs.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Joseph W. Looney*

Joseph W. Looney, T.A. (8773)
4500 One Shell Square
New Orleans, LA 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
*Attorneys for Defendant, Harrah's Operating Co., Inc.*

1610992

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
|     Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
|     Defendant * | | Mag. Chasez |
| * | | |

*************************************

## ORDER

Considering the foregoing,

It is ordered that the Motion For Leave To File Reply to Supplemental Opposition to Defendant's Motion for Partial Summary Judgment by Harrah's Operating Co., Inc. be and the same hereby is granted.

New Orleans, Louisiana, this ___15___ day of January, 2004.

_____
JUDGE

1610990