

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE
TO ATTACH EXHIBITS TO THE
MOTION TO DEEM BUSINESS RECORDS PRODUCED BY
ALL BILT UNIFORM FASHION AUTHENTICATED**

**Now comes plaintiffs,** Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully move this Honorable Court to grant leave to allow Plaintiff's to attach the Annexes A, B, and C that were inadvertently not attached to the Motion To Deem Business Records Produced By All Bilt Uniform Fashion Authenticated when the paralegal was coping documents.

-1-

DATE OF ENTRY
FEB 02 2004

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Sidney L. Shushan Direct Line: (504) 681-4519
Attorneys for Plaintiffs,,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE GALIANO and GIANNA, INC.** | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| **VERSUS** | * | |
| | * | SECTION "E" (5) |
| | * | |
| **HARRAH'S OPERATING CO., INC.** | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| **HARRAH'S ENTERTAINMENT, INC.** | * | MAGISTRATE JUDGE |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** by the Court that leave is Granted for Plaintiff's to attached Annexes A, B, and C, to the Motion To Deem Business Records Produced By All Bilt Uniform Fashion Authenticated Judgment.

New Orleans, Louisiana, _____Jan_____, ___30___, 2004

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| *Plaintiffs* | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE |
| *Defendants* | * | ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 29th day of January, 2004 served a copy of the Motion To Deem Business Records Produced By All Bilt Uniform Fashion Authenticated pleading to counsel for all parties to this proceeding.

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

_____
BRYAN L. GLORIOSO