

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 FEB 27 P 1: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR LEAVE TO REPLY TO MEMORANDUM OF HARRAH'S OPERATING CO., INC. AND HARRAH'S ENTERTAINMENT INC., IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT CLAIMS AS TO THREE SPECIFIC GROUPS OF DESIGNS

**ON MOTION** of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully requests that this Court grant plaintiffs leave to file into the record a reply brief to Defendants' Memorandum of Harrah's Operating Co. Inc. and Harrah's Entertainment Inc., In Opposition to Plaintiffs' Motion for Partial Summary Judgment On Copyright Claims As To Three Specific Groups of Designs.

Page -1-

DATE OF ENTRY
MAR 0 1 2004

Fee
Process
X Dktd
✓ CtRmDep
Doc. No. 267

Respectfully submitted,

*[signature]*

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* *<br>*<br>VERSUS *<br>*<br>HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | CIVIL ACTION NO. 00-0071<br><br>SECTION " E" " (5)<br><br>JUDGE: MARCEL LIVAUDAIS, JR.<br><br>MAGISTRATE JUDGE: CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Ex Parte Motion for Leave to Reply to Defendants Memorandum Of Harrah's Operating Co., Inc., and Hrrah's Entertainment Inc., In Opposition To Plaintiffs' Motion For Partial Summary Judgment On Copyright Claims As To Three Specific Groups Of Designs,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the "Plaintiffs' Reply to Defendants' Memorandum Of Harrah's Operating Co., Inc., and Hrrah's Entertainment Inc., In Opposition To Plaintiffs' Motion For Partial Summary Judgment On Copyright Claims As To Three Specific Groups Of Designs," be filed into the record of the above captioned case.

New Orleans, Louisiana _/_ day of ~~February~~ March, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E" " (5) |
| VERSUS | * | |
| | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE: CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO REPLY TO MEMORANDUM OF HARRAH'S OPERATING CO., INC. AND HARRAH'S ENTERTAINMENT INC., IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT CLAIMS AS TO THREE SPECIFIC GROUPS OF DESIGNS

**MAY IT PLEASE THE COURT:**

Defendants' Opposition contains errors of fact which plaintiffs seek to clarify in this Reply to Defendants' Opposition. Defendants' also raise new issues of fact and law which plaintiffs' seek to clarify and distinguish.

New Orleans, Louisiana this 27th day of February, 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Ex Parte Motion for Leave to Reply to Defendants Memorandum Of Harrah's Operating Co., Inc., and Hrrah's Entertainment Inc., In Opposition To Plaintiffs' Motion For Partial Summary Judgment On Copyright Claims As To Three Specific Groups Of Designs has been served upon:

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 27th day of February, 2004.

BRIAN L. GLORIOSO