```
                                        FILED
                                  U.S DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2004 MAR -1  PM 3:42

                                    LORETTA G. WHYTE
                                         CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE THE ANNEXED REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT CLAIM AS TO THREE SPECIFIC GROUPS OF DESIGNS

Now come Plaintiffs and respectfully move this Honorable Court for leave to file the annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs, for the reasons set forth in the Memorandum of Law annexed hereto.

```
DATE OF ENTRY
  MAR 0 3 2004
```

1

```
___ Fee____
_✓_ Process
_X_ Dktd___
___ CtRmDep___
___ Doc. No.____
```

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
*Attorneys for plaintiffs,*
*Jane Galiano and Gianna, Inc.*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* *<br>*<br>VERSUS *<br>*<br>HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* *<br>* * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 00-0071<br><br>SECTION " E" " (5)<br><br>JUDGE: MARCEL LIVAUDAIS, JR.<br><br>MAGISTRATE JUDGE: CHASEZ |

## ORDER

Considering the forgoing Motion for Leave To File The Annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the "Plaintiffs' "Motion for Leave To File The Annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs," be filed into the record of the above captioned case.

New Orleans, Louisiana ___2___ day of March, 2004.

_____
**UNITED STATES DISTRICT JUDGE**