UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 MAR -3  AM 8:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JANE GALIANO, AND GIANNA, INC. * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* * | |
| * | SECTION " E" " (5) |
| VERSUS * | |
| * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * | |
| AND * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. * | |
| *Defendants* * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE THE ANNEXED REPLY BRIEF
## MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT CLAIM AS TO THREE SPECIFIC GROUPS OF DESIGNS

**MAY IT PLEASE THE COURT:**

It is the Defendants' latest brief which the Court should disregard.

It is replete with invective and exaggeration.[1]

The extreme language of their brief betrays the weakness of their case on the copyright issue. The tone of their brief suggests that their case has serious problems. In fact their copyright defenses are crumbling under the weight of the undisputed facts as to substantial similarity[2], the admissions of Connie Albright, and the law as enforced by the First and Second Circuits. Their arguments about Annexes and briefing length are another substitute for rational discussion of the undisputed facts and

---

[1] The Court will note language such as '"utterly incredible nature of their attitude" (p. 2, "deluge of briefs.", p. 3), and "torrent of erroneous and baseless arguments" (p. 3).

[2] Including the "cut and paste" designs which were literally copied, the designs such as the gold coin designs where no reasonable fact finder could deny the similarity, and the Gold Card Jacket which All Bilt's ex-president admitted they copied.

1

___ Fee____
_X_ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

the law.[3]

Instead of rational argument, they offer the Court a personal attack on opposing counsel.

Their brief offers the Court nothing by way of a discussion of the First and Second Circuit cases, which deal extensively with clothing designs.

Their brief offers the Court no explanation for the damaging admissions made by their employee Connie Albright in her deposition years ago.

Their brief offers the Court nothing to rebut the detailed explanations by Plaintiffs' expert of the artistic and copyrightable features of the designs.

If anyone has disregarded the rules of this Court, it is Defendants. Their motion for summary judgment complains that there is no proof of Harrah's involvement in the copying of Plaintiffs' designs - and that Harrah's involvement raises new issues. In the perspective of Connie Albright's admissions in her deposition years ago, their motion for summary judgment should never have been filed.

In light of the First and Second Circuit cases, Defendants should never have argued that it is impossible to copyright or enforce copyrights of clothing designs.

In light of the detailed explanations in Plaintiffs' expert's report filed years ago, Defendants should never have argued that there are no separable, copyrightable features in Plaintiffs' designs without a shred of expert testimony to back up their position.

---

[3] The Annexes they complain about in fact help the Court by pulling together materials scattered thru a lengthy record. The fact that Plaintiffs could condense their brief into four pages (let alone three) proves the point that the law and the undisputed facts support Plaintiffs' motion.
  Nor does it help the Court to complain that the first brief did not give Albright page citations, and then complain when the Reply Brief shows the Court which pages are the "smoking gun" on the issue of Harrah's involvement in the infringement.

If anyone has abused the patience of the Court, it is Defendants.

The Court should file the Reply Brief, consider the arguments on their merits, and grant Plaintiffs' motion for summary judgment on the copyright claims

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
*Attorneys for plaintiffs,*
*Jane Galiano and Gianna, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E" " (5) |
| VERSUS | * | |
| | * | JUDGE: MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE: CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Motion To File The Annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs;

**IT IS ORDERED** by the Court that the Motion be and is hereby granted, and that the "Plaintiffs' "Motion To File The Annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs," be filed into the record of the above captioned case.

New Orleans, Louisiana _____ day of March, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Leave To File The Annexed Reply Brief in Support of Motion for Leave to File Reply Brief in Support of Motion for Partial Summary Judgment on Copyright Claim As To Three Specific Groups Of Designs, and Plaintiffs' Motion and Incorporated Memorandum of Law In Support of Motion To File The Annexed Reply Brief Motion For Partial Summary Judgment On Copyright Claim As To Three Specific Groups of Designs, has been served upon:

> Mr. Joseph W. Looney, T.A.
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 1st day of March, 2004.

JONATHAN M. SHUSHAN

1