UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0071 |
| HARRAH'S OPERATING COMPANY, INC., ET AL | SECT: "E" |

WEDNESDAY, MARCH 3, 2004, 10:00AM
DISTRICT JUDGE MARCEL LIVAUDAIS, JR., PRESIDING

| | |
|---|---|
| COURTROOM DEPUTY: CECIL J. MURPHY JR. | COURT REPORTER: PATRICIA DURONCELET-RALPH |

LAW CLERK: LOUVIN SKINNER, ATTY

COUNSEL FOR PLTF: SIDNEY L. SHUSHAN, ESQ.
COUNSEL FOR DEFT: JOSEPH W. LOONEY, ESQ.

ORAL MOTIONS
1. PLTF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM.
2. PLTF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT AS TO THREE SPECIFIC GROUPS OF DESIGNS.
3. DEFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COPYRIGHT ISSUES.

---

All present and ready, ( 10:00AM ).
Case called.
Argument Deft, Atty Looney.
Deft exhibits, D-1A, D-1B, offered, RECEIVED.
Argument Pltf, Atty Shushan.
Rebuttal Deft, Atty Looney.
Deft exhibit, D-1C, offered, RECEIVED.
Rebuttal Pltf, Atty Shushan.
TAKEN UNDER SUBMISSION.
Court stands in recess, (11:20AM).

DATE OF ENTRY
MAR 0 3 2004



AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL

V.

HANNAH'S OPERATING COMPANY, INC. ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 00-0071 "E"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Marcel Livaudais, Jr. | Sidney L. Shushan, Esq | Joseph W. Looney, Esq |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/3/04 | Patricia Dumonceret-Roach | Mr. Cecil J. Murphy, Jr. |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1A | 3/3/04 | ✓ | ✓ | Copyright VAu 456-437 dtd 2/2/04 |
| | 1B | 3/3/04 | ✓ | ✓ | Sketch, Uniform, dtd 11/15 & 11/16, 2003 |
| | 1C | 3/3/04 | ✓ | ✓ | Sketch, Color Blockings dtd 8/29/95 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages



# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED

