FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 MAR -4 AM 11:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.

versus                                                    No. 00-0071

HARRAH'S OPERATING CO., INC.,                             SECTION: E/5
and HARRAH'S ENTERTAINMENT, INC.

## RULING ON MOTIONS

The plaintiffs have filed the following motions:

(1) Motion for sanctions under F.R.C.P. Rule 37b. R.d. 234.

Defendants oppose the motion. The motion is **DENIED**.

(2) Motion to quash discovery request for copyright deposit check and to exclude as irrelevant any reference to said check. R.d. 232.

Defendants have not filed an opposition in the record. The motion is **GRANTED**.

(3) Motion for trial at a later date of claims still ongoing and recently discovered. R.d. 240.

Defendants have not filed an opposition. However, the motion is **DENIED**. The issue is defendants' alleged continuing use of uniforms based on or copied from Gianna's designs. Liability will be determined at trial on this lawsuit. If

DATE OF ENTRY
MAR 0 4 2004

Fee____
Process____
X Dktd____
✓ CtRmDep____
__ Doc. No. 272

defendants are found to be liable for using Gianna's designs without compensation, any quantum of damages in excess of those determined as of the trial date can be determined at a post trial hearing.

New Orleans, Louisiana, this __3__ day of _March_, 2004.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge