```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT          2004 MAR -4  AM 11:31
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                LORETTA G. WHYTE
                                                 CLERK    CIVIL ACTION

versus                                       No. 00-0071

HARRAH'S OPERATING CO., INC.,                SECTION: E/5
and HARRAH'S ENTERTAINMENT, INC.

## MOTIONS IN LIMINE

Plaintiffs have filed the following motions in limine:

(1)   motion in limine to admit evidence of markup as a measure of lost profits. R.d. 233.

(2)   motion in limine to dispense with the necessity to authenticate all business records and correspondence and designs. R.d. 231.

(3)   motion in limine to admit plaintiffs' own testimony as to the use of her designs by defendants and Allbright and the substantial similarity of her designs to the Harrah's/All-Bilt designs. R.d. 230.

(4)   motion in limine to admit plaintiffs' testimony on damages. R.d. 226.

(5)   motion in limine to exclude deposition testimony of Harrah's and All-Bilt's employees about the connection between plaintiffs' designs and the millions of dollars of All-Bilt/Harrah's costumes which used plaintiffs' designs more or less literally. R.d. 227.

(6)   motion in limine to exclude evidence of "collaborative" designs by defendants' employees. R.d. 228.

(7)   motion in limine to admit evidence of sales to subsidiaries of defendants. R.d. 229.

(8)   motion in limine to admit invalid 2nd contract as evidence relative to claims under the 1st contract, etc. R.d. 236.

(9)   motion to deem business records produced by all bilt uniform fashion authenticated. R.d. 237.

DATE OF ENTRY
MAR 05 2004

Fee____
Process____
X Dktd.____
__ CtRmDep____
__ Doc. No.__273

(10)   motion to exclude evidence of other claims or lawsuit by plaintiffs.  R.d. 235.

These motions are **DISMISSED** as premature.  Plaintiff may reurge each motion **at trial on the merits if and when the issue addressed by the motion arises during trial.**

New Orleans, Louisiana, this ___3___ day of _March_, 2004.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge