```
                                                    FILED
                                               U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
                                               2004 MAR -9  AM 8:23

                                                  LORETTA G. WHYTE
                                                       CLERK
```

JANE GALIANO and GIANNA, INC.                CIVIL ACTION

versus                                       NO. 00-0071

HARRAH'S OPERATING CO., INC. and             SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.


## O R D E R

IT IS ORDERED that effective **IMMEDIATELY** all counsel in the above captioned civil action are **DIRECTED** to cease submitting letters and/or memoranda to this Court pertaining to the currently pending motions. These various letters and/or memoranda merely seek to further argue the previously stated positions of counsel. The matter has been submitted.

New Orleans, Louisiana, this 8th day of March, 2004.


_____
**MARCEL LIVAUDAIS, JR.**
**Senior United States District Court**


DATE OF ENTRY

MAR 09 2004

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc.No.



# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED

