MINUTE ENTRY
LIVAUDAIS, S. J.
2 April 2004

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALLIANO, ET AL | CIVIL ACTION |
| versus | NO. 00-0071 |
| HARRAH'S OPERATING, ETC., ET AL | SECTION: E/5 |

A preliminary conference will be held by telephone on **THURSDAY, MAY 13, 2004 at 2:00 P.M.** for the purpose of scheduling various cut-off dates, final pre-trial conference and trial dates. The preliminary conference will be initiated by Mr. Cecil J. Murphy, Jr., Courtroom Deputy, Section "E", (504)-589-7695.

**TRIAL COUNSEL MUST PARTICIPATE IN THIS CONFERENCE, A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.** If, however, you are unable, for good cause, another representative of your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must

DATE OF ENTRY
APR 0 2 2004

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

file a Motion and Order to Continue at least seven (7) days prior to the above date.

# * * * * * COUNSEL PLEASE NOTE * * * * *

<u>COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY EACH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.</u>

<u>PARTIES ARE REMINDED THAT THERE MUST BE COMPLIANCE WITH LOCAL RULE 5.6E - CORPORATE DISCLOSURE.</u>

<u>IN COMPLIANCE WITH FED. R. CIV. P. 26(a)(1) AND 26(f), COUNSEL ARE TO BE PREPARED TO ANSWER - CONCERNING DISCLOSURE THE FOLLOWING:</u>

1. HAVE ALL PARTIES COMPLETED YOUR RULE 26(a)(1) MANDATORY INITIAL DISCLOSURE?

2. HAVE ALL PARTIES STIPULATED THAT INITIAL DISCLOSURE UNDER RULE 26(a)(1) WILL NOT BE MADE IN THIS CASE?

3. DO ANY OF THE PARTIES OBJECT TO MAKING RULE 26(a)(1) INITIAL DISCLOSURES IN THIS CASE? IF ANY PARTY SO OBJECTS THEN THE PRELIMINARY CONFERENCE WILL TERMINATE AND COUNSEL WILL BE DIRECTED TO FILE THE APPROPRIATE MOTION, WITHIN

FOURTEEN (14) DAYS OF THE ABOVE REFERENCE PRELIMINARY CONFERENCE DATE, BEFORE THE APPROPRIATE UNITED STATES MAGISTRATE JUDGE.

Counsel are hereby reminded that, pursuant to Rule 26(f), the parties must meet no later than fourteen (14) days before the aforementioned preliminary conference date.

Counsel are further reminded that, upon written request joined by all parties following a Rule 26(f) conference, a judicial officer will conduct a conference in lieu of the above referenced preliminary conference to establish a special case management and scheduling order, upon a showing that the complexity or simplicity fo the case, its anticipated discovery needs, or other factors make such a conference desirable.

FOR THE COURT:

_____
Cecil J. Murphy, Jr., Courtroom Deputy for
Senior United States District Judge
MARCEL LIVAUDAIS, JR.