

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 APR 29 PM 2: 14

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANE GALIANO, AND GIANNA, INC.** | * | **CIVIL ACTION NO. 00-0071** |
| *Plaintiffs* | * | |
| | * | **SECTION " E " " (5)** |
| **VERSUS** | * | |
| | * | **JUDGE MARCEL LIVAUDAIS, JR.** |
| **HARRAH'S OPERATING CO., INC.,** | * | |
| **AND** | * | **MAGISTRATE JUDGE CHASEZ** |
| **HARRAH'S ENTERTAINMENT, INC.** | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * *

## CORPORATION DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Jane Galiano, and Gianna, Inc.,

and pursuant to Federal Rule of Civil Procedure 7.1 hereby states that no corporation holds ten

percent (10)% or more of the holdings of Gianna, Inc. nor is Gianna, Inc. a subsidiary of a publicly-

owned corporation.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500

Page -1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, Louisiana  70113
Telephone:  (504)  529-4141
Facsimile:    (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E" " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' served upon:

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 29th day of April, 2004.

BRIAN L. GLORIOSO