UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                    CIVIL ACTION

versus                                           No. 00-0071

HARRAH'S OPERATING CO., INC.,                    SECTION: E/5
and HARRAH'S ENTERTAINMENT, INC.

## ORDER AND REASONS

Harrah's has listed Mr. Brian Glorioso, associate counsel for plaintiffs, as a "may call" witness, under cross-examination. Plaintiffs have not listed him as a witness, and moved that he be stricken from defendants' witness list. Rec. doc. 225. Plaintiffs' motion to strike Brian Glorioso as a witness is **DENIED**.

Defendants challenge the validity of the plaintiffs copyright registration that is the subject of this litigation. In their counterclaim, defendants allege that in their application, plaintiffs deliberately misrepresented the nature of the work to be copyrighted, and that the work is not entirely original.

According to various pleadings and memoranda filed by the plaintiffs, Mr. Glorioso is identified as the attorney who prepared and filed the application for the copyright that is the subject of this litigation. In their motion for summary judgment dismissing the counterclaim, plaintiffs reference Mr Glorioso's notes regarding his discussion with an individual in

DATE OF ENTRY
MAY 1 1 2004

Copyright Office regarding an error in the application, and submitted his affidavit to support the validity of the copyright, on which plaintiffs relied in motions filed with the court on December 22, 2003. Not only have plaintiffs placed Mr. Glorioso's activities with regard to the copyright application process before the court, the court considers that his testimony is not merely "particularly important", but is absolutely essential as to what "work" he intended to copyright, what "work" he believed to be included within the scope of the copyright registration, and what was his understanding of the law and the jurisprudence regarding the copyrightability of designs for wearing apparel at that time.

New Orleans, Louisiana, this 10th day of May, 2004.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge