```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2004 MAY 10  PM 4:56

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO and GIANNA, INC. | CIVIL ACTION |
| versus | No. 00-0071 |
| HARRAH'S OPERATING CO., INC. and HARRAH'S ENTERTAINMENT, INC. | SECTION: E/5 |

**Federal Rule of Civil Procedure 54(b) Certification and**

**J U D G M E N T**

Considering the Order and Reasons entered this date, and the law, and for the reasons assigned, finding that there is no just reason for delay;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendants Harrah's Operating Co., Inc., and Harrah's Entertainment, Inc., **DISMISSING WITH PREJUDICE** plaintiffs Jane Galiano and Gianna, Inc.'s claim of copyright infringement.

New Orleans, Louisiana, May 10th, 2004.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge

DATE OF ENTRY
MAY 11 2004

Fee_____
Process___
Dktd_____

279