```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2004 MAY 21  PM 4:09

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Jane Galiano and Gianna, Inc., (plaintiffs) in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Federal Rules of Civil Procedure 54 (b) Certification and Judgement in favor of defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., dismissing with prejudice plaintiff's claim for Copyright Infringement, entered in this action on the 11th day of May, 2004.



```
___ Fee not pd
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No. 280
```

Respectfully submitted,

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, # 21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiffs' Notice of Appeal has been served upon:

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 21st day of May, 2004.

BRIAN L. GLORIOSO