


Minute Entry
Livaudais, S. J.
May 24, 2004

```
                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

JANE GALIANO, ET AL.                          CIVIL ACTION

VERSUS                                        NO. 00-71

HARRAH'S OPERATING CO., INC., ET AL.          SECTION:"E"(5)

                    *****************

A preliminary conference was held this date.

**Present were:**  BRIAN L.GLORIOSO, ESQ.
                   JOSEPH W. LOONEY, ESQ.

Jurisdiction is established. Pleadings have been completed.

***DISCOVERY IS COMPLETE AND CLOSED.***

All pretrial motions, **including** motions in limine, **OF ANY TYPE WHATSOEVER**, shall be filed and served in sufficient time to permit hearing thereon no later than THIRTY (30) days prior to the trial date. Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than SIXTY (60) days prior to the final

DATE OF ENTRY
MAY 26 2004

pre-trial conference date.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an Order to do so issued on motion for good cause shown.

A final pre-trial conference will be held on **THURSDAY, DECEMBER 16, 2004 at 2:30 P.M.**  Counsel will be prepared in accordance with the Final Pre-Trial Notice attached.

Trial will commence on **MONDAY, JANUARY 3, 2005 At 10:00 A.M.**, or at any time during that week, before the District Judge **WITH** a jury.  Attorneys are instructed to report for trial not later than THIRTY (30) minutes prior to trial.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause.  Continuance will not normally be granted.  If, however, a continuance is granted, deadlines and cut-off dates will be automatically extended, unless otherwise ordered by the Court.

_____
MARCEL LIVAUDAIS, JR.
SENIOR UNITED STATES DISTRICT JUDGE