FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -3 PM 12:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO CONTINUE DEFENDANT'S MOTION FOR ATTORNEY'S FEES

Now come Plaintiffs, and respectfully move the Court to continue to a later date Defendant's Motion for Attorney's Fees, the for the reasons set forth in the Memorandum of Law Annexed hereto.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___ 287

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #21977
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC.<br>*Defendants* * | | * MAGISTRATE JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE DEFENDANT'S MOTION FOR ATTORNEY'S FEES

MAY IT PLEASE THE COURT:

Defendants Harrah's Operating Company and Harrah's Entertainment, Inc., filed on May 25, 2004 a Motion for Attorney's Fees. Defendant's served upon plaintiffs the Motion for Attorney's fees on May 25, 2004. However the Notice of Hearing attached to the Motion served upon plaintiffs on May 25, 2004, did not contained a date for the hearing. In fact plaintiff's did not receive a Notice of Hearing containing the hearing date until plaintiffs received a facsimile at 5:20 PM on May 26, 2004 after the close of normal business hours. Because Defendants waited until after business hours to send the Notice via facsimile, plaintiffs did not actually receive the Notice until the morning of May 27, 2004. Plaintiffs then received the Notice by mail on May 28, 2004.

Local Rule 7.2(E) states that the mover must give at least fifteen days "actual notice" of

hearing whether the notice is served by mail or delivered under FRCvP 5(b).

Plaintiffs have not been given fifteen days actual notice of the hearing date. Rule 6 of the Federal Rules of Civil Procedure states that, "the day of the act from which the designated period of time begins to run shall not be included", in the calculation of time. Thus either the day of service or the day of the hearing should not be included in the calculation of time.[1] If either of those days are not included then the plaintiffs' have received at best only fourteen days actual notice.

However Local Rule 7.2(E) also states that mover must give at least fifteen days actual notice of hearing whether the notice is served by mail or delivered under FRCvP 5(b). Actual notice by mail contemplates receipt of the mailing not the date upon which the Notice was mailed. Even if the Notice is complete upon mailing, the defendants did not actually mail the Notice until May 27, 2004, as evidenced the postage stamp on the envelope attached hereto as Annex A.. Even if May 27, 2004 is the date of "actual notice", May 27, 2004 is only fourteen days before the date of the hearing. FRCvP 5(b) only allows service by facsimile when there has been a written agreement between the parties allowing for service by facsimile. Plaintiffs are not aware of any such agreement between the parties allowing for service by facsimile. Thus since plaintiffs did not actually receive the defendants' letter enclosing the Notice of Hearing until, today, Friday, May 28, 2004, plaintiffs have been given only thirteen days actual notice of the hearing.

Plaintiffs have attempted to contact opposing counsel, this afternoon but have been unable to reach him.

Plaintiffs require additional time in which to respond to the defendants' Motion.

---

[1] See Wright and Miller Federal Practice and Procedure Section 1162, and the cases cited therein under footnotes 3 and 4.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | CIVIL ACTION NO. 00-0071 |
| VERSUS * | SECTION " E " " (5) |
| * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon:

Mr. Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorneys for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 28th day of May, 2004.

_____
JONATHAN M. SHUSHAN

Respectfully submitted,

**SIDNEY L. SHUSHAN, # 12055**
**JONATHAN M. SHUSHAN, #21977**
**BRIAN L. GLORIOSO, #27226**
Guste, Barnett & Shushan L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Direct Line: (504) 681-4519
Facsimile:   (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | | SECTION " E " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., * <br> AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * <br> * | | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon:

Mr. Joseph W. Looney, T.A.
Kristen P. Biever
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorneys for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 8th day of April, 2002.

_____
JONATHAN M. SHUSHAN

# ADAMS AND REESE LLP

**Attorneys at Law**
Baton Rouge
Houston
Jackson
Mobile
**New Orleans**
Washington, DC

**Joseph W. Looney**
Admitted in Texas
and Louisiana
(504) 585-0286
looneyjw@arlaw.com

May 26, 2004

<u>Via U.S. Mail and Facsimile: 561-0326</u>
Sidney L. Shushan, Esq.
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, LA 70113-7103

Re: Galiano and Gianna, Inc. v. Harrah's Operating Co., Inc.
and Harrah's Entertainment, Inc., U.S.D.C.,
Eastern District of Louisiana, C.A. No. 00-0071

Dear Sidney:

Attached is a copy of the signed Notice of Hearing setting Harrah's Motion for Attorney's Fees for June 9, 2004, at 10:00 a.m.

Very truly yours,

ADAMS AND REESE LLP

Joseph W. Looney

JWL/gh


