```
                                         FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2004 JUN -3 PM 12: 06

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
LIVAUDAIS, SJ.
June 3, 2004

            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, and GIANNA, INC.         CIVIL ACTION

versus                                   No. 00-0071

HARRAH'S OPERATING CO., INC., and      SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.

    Plaintiffs have filed a motion for an expedited hearing on their motion to continue Defendants' motion for attorney's fees (record document # 283) presently set for June 9, 2004, without oral argument. Defendants do not object.

    Accordingly, Plaintiffs motion for an expedited hearing on their motion to continue Defendants' motion for attorney's fees is **GRANTED**; and,

    Defendants' motion for attorney's fees is hereby **CONTINUED** to **July 9, 2004, at 10:00 a.m.**

DATE OF ENTRY
JUN 0 4 2004