

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. * | | CIVIL ACTION |
|     Plaintiff * | | |
| * | | No. 00-0071 |
| versus * | | |
| * | | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. * | | |
| And * | | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. * | | |
|     Defendant * | | Mag. Chasez |
| * | | |

**************************************

### REQUEST FOR ORAL ARGUMENT

Defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., through undersigned counsel, respectfully submit this request for oral argument on their Motion For Attorneys' Fees in accordance with Local Rule 78.1E. Defendants believe that oral argument will assist the Court in ruling on the motion.

                                           Respectfully submitted,

                                           ADAMS AND REESE LLP

                                           _____
                                           Joseph W. Looney, T.A. (LA #8773)
                                           4500 One Shell Square
                                           New Orleans, Louisiana 70139
                                           Tel: (504) 581-3234
                                           *Attorneys for Defendant, Harrah's*
                                           *Operating Co., Inc. and Harrah's*
                                           *Entertainment Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )  Hand Delivery            (✓)  Prepaid U. S. Mail
(✓)  Facsimile                ( )  Other

New Orleans, Louisiana, this 4th day of June, 2004.

_____
JOSEPH W. LOONEY