FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -4 PM 4:38

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LIVAUDAIS, SJ.
June 4, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO, and GIANNA, INC. | CIVIL ACTION |
| versus | No. 00-0071 |
| HARRAH'S OPERATING CO., INC., and HARRAH'S ENTERTAINMENT, INC. | SECTION: E/5 |

On June 3, 2004, at record document #288, the Court reset Defendants' motion for attorney's fees (record document # 283) July 9, 2004, without oral argument. **That date is incorrect.**

Defendants' motion for attorney's fees is hereby **RESET for Wednesday, July 7, 2004, at 10:00 a.m.**

DATE OF ENTRY
JUN 0 7 2004