

```
      FILED
 U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -7 PM 3:52

  LORETTA G. WHYTE
        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER PERMITTING APPEAL OF INTERLOCUTORY ORDER

Now come plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully move this Court for permission to file the annexed Reply Brief for the reasons set forth in the Memorandum of Law annexed hereto.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
BRIAN L. GLORIOSO, # 27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
JUN 0 9 2004

-1-

___ Fee___
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Motion for Leave to File Reply Brief,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the annexed Reply Brief in Support of Motion for Order Permitting Appeal of Interlocutory Order be filed into the record of the above captioned case.

New Orleans, Louisiana ____8____ day of June, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF

MAY IT PLEASE THE COURT:

The Court should permit the filing of the Reply Brief for the reasons set forth in the initial Memorandum of Law in support of the Motion. The Court's decision may do grave harm to Plaintiff's right to counsel. With respect the Court's decision does not consider the substance of the Glorioso affidavit. Again with respect, the Court's decision makes an assumption as to substantive copyright law on the relevance of oral testimony which does not take into account the facts set forth on the face of the drawings themselves. There are serious and substantive issues which the Court

-3-

of Appeal should hear at the same time as the summary judgment which is now on appeal.

                          Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Leave to File Reply Brief in Support of Motion for Order Permitting Appeal of Interlocutory Order has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 7th day of June, 2004.

_____
BRIAN L. GLORIOSO

-1-