FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUN -8 PM 4: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| * | | SECTION " E " " (5) |
| VERSUS * | | |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND * | | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | |

**REPLY BRIEF IN SUPPORT OF
MOTION FOR ORDER PERMITTING
APPEAL OF INTERLOCUTORY ORDER**

**MAY IT PLEASE THE COURT:**

The Court's order does involve serious and controlling issues of substantive law:

1. Does the cause of action for alleged fraud on the copyright office require or permit oral testimony from anyone - let alone counsel of record - as to alleged concealment from the copyright office if the drawings on their face are clear and unambiguous and state that they were articles of clothing?

2. Is there a claim for fraud which would justify forcing counsel to testify if the labels on the

-1-

drawings submitted to the Copyright Office show on their face that they were articles of clothing?

3. Does the cause of action for copyright infringement require or permit oral testimony as to the intent of the party submitting the drawings for copyright or the possible use of the drawings for articles of clothing if the drawings state on their face are clear and unambiguous and state on their face that they represent articles of clothing?

4. Is it even relevant to the action for copyright infringement if the drawings submitted represent articles of clothing, if the drawings meet all other requirements for a valid copyright?

5. If it is not relevant that the drawings submitted represent articles of clothing, is there any possible legal basis for admitting oral testimony as to the intent of the party submitting the drawings for copyright - much less the oral testimony of that party's attorney?

These issues meet the test for certification.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
BRAIN L. GLORIOSO, # 27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Reply Brief in Support of Motion for Order Permitting Appeal of Interlocutory Order has been served upon:

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 7th day of June, 2004.

BRIAN L. GLORIOSO

-1-