

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 JUL -2 PM 4: 18
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT OF PLAINTIFFS' MOTION FOR APPEAL OF COSTS AWARD

Now comes plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, and respectfully moves this Honorable Court pursuant to LR 78.1E to grant oral argument of its Motion for Appeal of Costs Award.

New Orleans, Louisiana this 2nd day of July, 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs and Movers,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
JUL 0 8 2004

Fee____
Process____
X Dktd____
X CtRmDep____
____ Doc. No. 299

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2ND day of July, 2004, served a copy of the foregoing pleadings for Oral Argument on Counsel:

> Joseph W. Looney, T.A.
> Melissa S. LaBauve
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139

for all parties to this proceeding by hand delivery.

_____
JONATHAN M. SHUSHAN

EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon the motion of plaintiffs,

IT IS ORDERED: That Plaintiffs' Request for Oral Argument is granted and oral argument will be heard on Wednesday the 21st day of July, 2004, at 10:00 AM at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana before the Honorable Marcel Livaudais, Jr..

New Orleans, Louisiana _6_ day of July 2004.

_____
UNITED STATES DISTRICT JUDGE