
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE GALIANO AND GIANNA, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0071 |
| HARRAH'S OPERATING, INC., ET AL | SECT: "E" (5) |

WEDNESDAY, JULY 7, 2004, 10:00AM
DISTRICT JUDGE MARCEL LIVAUDAIS, JR., PRESIDING

| | |
|---|---|
| COURTROOM DEPUTY: | COURT RECORDER: |
| CECIL J. MURPHY JR. | CYNTHIA CRAWFORD |

LAW CLERK: LOUVIN SKINNER, ATTY

COUNSEL FOR PLTF:  SIDNEY L. SHUSHAN, ESQ. - JONATHAN M. SHUSHAN, ESQ.
COUNSEL FOR DEFT:  JOSEPH W. LOONEY, ESQ.

ORAL MOTION

MOTION OF DEFT FOR ATTORNEY"S FEES
Notice for removal of exhibits to all counsel present.
All present and ready, ( 10:00AM ).
Case called.
Argument, Deft, Atty Looney.
Argument, Pltf, Atty Shushan.
Rebuttal, Deft, Atty Looney.
Motion - GRANTED.
Motion for Cost, set for Wednesday, July 21, 2004 is STAYED, pending ruling by the 5th Circuit Court of Appeals, on Pltf's appeal.
Court in recess, (10:30PM).

DATE OF ENTRY
JUL 0 8 2004



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO AND GIANNA, INC.                     CIVIL ACTION

versus                                            NO. 00-0071 "E"

HARRAH'S OPERATING, INC., ET AL                   SECTION: (5)

### NOTICE FOR REMOVAL OF EXHIBITS

Pursuant to Local Rule 7.02, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

LOCAL RULE 7.02 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

Distributed this  7TH  day of  JULY  , 2004

By: Mr. Cecil J. Murphy, Jr.

**THERE WILL BE NO FURTHER NOTICE ISSUED
BY THE COURT REGARDING THE REMOVAL
OR DESTRUCTION OF EXHIBITS**