

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUL 14 P 1: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO and GIANNA, INC.                      CIVIL ACTION

versus                                             No.  00-0071

HARRAH'S OPERATING CO., INC. and                   SECTION: E/5
HARRAH'S ENTERTAINMENT, INC.

### Federal Rule of Civil Procedure 54(b) Certification and J U D G M E N T

On July 7, 2004, the Court heard oral argument on defendants' motion for attorney's fees pursuant to 17 U.S.C. § 505. Considering the parties' argument and memoranda, and the law, the Court **GRANTED** defendants' motion at the close of oral argument. Finding that there is no just reason for delay;

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that there be judgment herein in favor of defendants Harrah's Operating Co., Inc., and Harrah's Entertainment, Inc., and against plaintiffs Jane Galiano and Gianna, Inc., awarding attorney's fees pursuant to 17 U.S.C. § 505, with the amount to be determined at a later date.

New Orleans, Louisiana, July 14, 2004.

**MARCEL LIVAUDAIS, JR.**
United States District Judge

DATE OF ENTRY

JUL 1 4 2004

Fee
Process
Dktd
CtRmDep
Doc. No.