FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 AUG -6 PM 2:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTRIES ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE JUDGE CHASEZ |

## NOTICE OF APPEAL

Notice is hereby given that Jane Galiano and Gianna, Inc., (plaintiffs) in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Federal Rules of Civil Procedure 54 (b) Certification and Judgement in favor of defendants, Harrah's Operating Co., Inc. and Harrah's Entertainment, Inc., granting defendants' Motion for Attorney's Fees entered in this action on the 7th day of July, 2004.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No. 303

Respectfully submitted,

/s/ signature

SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, # 21977
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:   (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | SECTION " E " " (5) |
| VERSUS | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | MAGISTRATE JUDGE CHASEZ |
| HARRAH'S ENTERTAINMENT, INC. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Notice of Appeal has been served upon:

>Mr. Joseph W. Looney, T.A.
>Adams and Reese LLP
>4500 One Shell Square
>New Orleans, Louisiana 70139
>Attorney for Defendants,
>Harrah's Operating Co., Inc. and
>Harrah's Entertainment, Inc.

by hand delivery of a copy of same this 6th day of August, 2004.

_____
SIDNEY L. SHUSHAN