FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 18 PM 3:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | No. 00-0071 |
| versus | * | |
| | * | SECTION "E"(5) |
| HARRAH'S OPERATING CO., INC. | * | |
| and | * | Judge Livaudais, Jr. |
| HARRAH'S ENTERTAINMENT, INC. | * | |
|     Defendants | * | Mag. Chasez |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, Harrah's Entertainment, Inc., and files the following list of witnesses who MAY be called to testify in the above captioned matter set for trial on January 3, 2005:

1. Jane Galiano (under cross-examination)
2. Connie Albright
3. Jan Starnes
4. Ellen Dixon
5. Vincent DeYoung
6. Scott Buhrer (under cross-examination)
7. Bennett Wolff (under cross-examination)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No. 306

8. William J. Morgan

9. Mary Beth Morgan

10. Linda Gunnerson

11. Harvey Klein (by deposition)

12. Adda Dunn

13. A representative of H.C. Consulting, Inc.

14. A representative of the Philip Morris Company

15. A representative of Disney Corporation

16. John T. Sbordone, Jr. (by deposition)

17. Thomas Michaelman (by deposition)

18. Howard Wecksler (by deposition)

19. Shane Mackey (under cross-examination)

20. Brian Glorioso (under cross-examination)

21. A representative of IKON Office Solutions

22. An expert on accounting/economics, if necessary

23. Any witness listed or called by plaintiffs

WHEREFORE, Defendant, Harrah's Entertainment, Inc., prays that this Witness List be deemed good and sufficient and specifically reserves its right to supplement and amend this Witness List in this matter, as is permitted by the Court.

Respectfully submitted,

ADAMS AND REESE LLP

*[signature]*

Joseph W. Looney (8773)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for Defendant,**
***Harrah's Operating Co., Inc. and***
***Harrah's Entertainment, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing the same in the United States Mail, postage pre-paid, this 18th day of October, 2004.

*[signature]*

JOSEPH W. LOONEY