```
                                           U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2004 OCT 19  PM 3:10

                                              LORETTA G. WHYTE
        EASTERN DISTRICT OF LOUISIANA              CLERK
```

## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE: JUDGE ALMA CHASEZ |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO FILE
### PLAINTIFF'S EXHIBIT LIST AND WITNESS LIST

ON MOTION of the plaintiffs, Jane Galiano and Gianna, Inc. through undersigned counsel, respectfully request that this Court grant plaintiffs leave to file into the record the most current and updated Trial Exhibit List and Witness List.

Respectfully submitted,

SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHASHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue Suite 2500
New Orleans, Louisiana 70113
Telephone: (504) 529-4141
Facsimile:  (504) 561-0326
Attorneys for plaintiffs,
Jane Galiano and Gianna, Inc.

DATE OF ENTRY
OCT 2 2 2004

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 307



EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | CIVIL ACTION NO. 00-0071 | |
| VERSUS * <br> * <br> * | SECTION " E " " (5) | |
| * | JUDGE MARCEL LIVAUDAIS, JR. | |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | MAGISTRATE: JUDGE ALMA CHASEZ | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Ex Parte Motion for Leave to file Plaintiff's Trial Exhibit List and Witness List,

**IT IS ORDERED** by the Court that the Motion for Leave be and is hereby granted, and that the Plaintiffs' Trial Exhibit List and Witness List, be filed into the record of the above captioned case.

New Orleans, Louisiana ___ day of October 19th, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * <br> * <br> * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * <br> * <br> * <br> * | | SECTION " E " " (5) <br><br> JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., <br>AND * <br> HARRAH'S ENTERTAINMENT, INC. * <br> *Defendants* * | * | <br><br> MAGISTRATE: JUDGE ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Trial Exhibit List and Witness List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

via hand delivery of a copy of same on the 19th day of October, 2004.

_____
SIDNEY L. SHUSHAN