FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 21  PM 1:33

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. *<br>*Plaintiffs* * | | CIVIL ACTION NO. 00-0071 |
| VERSUS * | | SECTION " E " " (5) |
| * | | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., *<br>AND *<br>HARRAH'S ENTERTAINMENT, INC. *<br>*Defendants* * | | MAGISTRATE: JUDGE ALMA CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' WITNESS LIST

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna, Inc., through undersigned counsel, submit the following Supplemental and Amending List of Trial "Fact Witnesses," "Expert Witnesses" and "Exhibits":

### FACT WITNESSES

Plaintiffs may call any or all of the following witnesses:

1. Any witness listed by any other party;

2. Any witness subsequently discovered, on reasonable notice to defendants;

1

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No. 308

3. Any witness needed to rebut the testimony of any witness who is presently unknown to plaintiffs, and/or whose name appears for the first time on witness lists filed by defendants;

4. Jane Galiano
1024 Lyons Street
New Orleans, Louisiana 70115;

5. Steven Grey
405 East 78th St. #1D
New York, N.Y. 10021;

6. Shane Mackey
2253 Cambronne St.
New Orleans, Louisiana;

7. Bennett Wolff, Esq
600 Loyola Avenue
New Orleans, La. 70523-3026;

8. Brenda Sterling
1215 Tricou St.
New Orleans, La. 70117;

9. Bau Ngoc Nguyen
5016 Towering Oaks Avenue
Marrero, Louisiana 70072;

10. Mr. Scott Buhrer, Esq
600 Loyola Avenue
New Orleans, Louisiana;

11. Mr. Rickey Hudson, Esq.
Pugh and Associates
4917 St. Charles Avenue
New Orleans, Louisiana 70115;

12. Danielle Thompson
c/o All-Bilt Uniform Fashions
30-00 47th Avenue
Long Island City, New York 11101;

13. Jan Starnes
    515 Southport Way
    Vallejo CA 94591

14. Phil Satre
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423;

15. Vince De Young, Esq.
    Associate General Counsel
    Harrah's Entertainment, Inc.
    1023 Cherry Road
    Memphis, Tennessee 38117-5423 ;

16. Ms. Connie Albright
    153 Riverwalk Place
    Memphis, Tennessee;

17. Mrs. Mary Beth Morgan
    Mr. Bill Morgan
    Uniform Ideas, Inc.
    4 Winchester Plaza
    Elmford, NY 10523;

18. Mr. Tom Michaelman
    Uniform Ideas, Inc.
    1220 Biscayne Blvd.
    Miami, Florida 33132;

19. Howard P. Wecksler
    2500 Atlas Road Suite B
    Richmond, CA 94806

20. Jerry Grau (address unknown at this time)
    101 Oakley Street
    Evansville, IN 47710 ; 812-424-2904;

21. Laurie Aggle
    Harriet Ziegler
    Mike Kerr, Manager

3

        500 Metcalf Bldg T
        Sedro Woolley, WA. 98284;

22.    Ellen Dixon ( address unknown at this time);

23.    Varsity Spirit Fashions
        Kathy Ellison or a Representative of Varsity Spirit Fashions
        2525 Horizon Lake Drive
        Memphis, Tennessee 38133;

24.    Any and all witnesses deposed

25.    John Sbordone
        c/o All-Bilt Uniform Fashions
        30-00 47th Avenue
        Long Island City, New York 11101;

26.    Linda Gunnerson
        c/o All-Bilt Uniform Fashions
        30-00 47th Avenue
        Long Island City, New York 11101;

27.    Mr. Michael Kostrinsky
        Associate General Counsel
        Corporate Litigation
        Harrah's Entertainment, Inc.
        2700 West Sahara Avenue, Suite 200
        Las Vegas, Nevada 89102;

## **EXPERT WITNESSES**

Galiano and Gianna may call any or all of the following witnesses:

28.    A fashion expert : Dr. Bonnie D. Belleau, Ph.D.
                Professor
                Apparel Design/Production
                School of Human Ecology
                Louisiana State University
                Baton Rouge, Louisiana 70803;

29.    A Economist expert:   Elliott M. Bain, CPA
David J. Bourg, JD, CPA/PFS
William f. Matthew, CPA
Bain, Freibaum, Sagona & Co., L.L.P.
Certified Public Accountants and Consultants

Plaintiffs reserve the right to supplement this list and to delete witnesses therefrom if they are later determined to be unnecessary at trial;

New Orleans, Louisiana this 19th day of October, 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, # 12055
JONATHAN M. SHUSHAN, #29177
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

5

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| | * | |
| HARRAH'S OPERATING CO., INC., | * | |
| AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE CHASEZ |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental and Amending Witness List has been served upon:

Mr. Joseph W. Looney, T.A.
Ms. Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by hand delivery of a copy of same on the 19th day of October, 2004.

_____
SIDNEY L. SHUSHAN

6