

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 29 PM 3:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING OF MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO PENDING APPEAL

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and move this Honorable Court for an expedited hearing on their Motion to Continue Trial on the Merits Due to Pending Appeals, for the reasons set forth in the Memorandum of Law annexed hereto.

New Orleans, Louisiana this 29th day of October, 2004.

Respectfully submitted,

DATE OF ENTRY
NOV - 3 2004

/SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.

Fee____
Process____
X Ktd____
____ umDep____
____ Doc. No. 310

639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano & Gianna, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** by the Court that the motion of plaintiffs, Jane Galiano and Gianna, Inc., for expedited hearing on their Motion to Continue Trial on the Merits Due to Pending Appeals be and it is hereby granted, and said hearing is set for the _____ day of _____, at _____ o'clock A.M.

DENIED

New Orleans, Louisiana, _____ Nov 2 _____, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| | * | |
| VERSUS | * | SECTION " E " " (5) |
| | * | |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 29th th day of October, 2004, served a copy of the foregoing pleading to counsel for all parties to this proceeding

Mr. Joseph W. Looney, T.A.
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139
Attorney for Defendants,
Harrah's Operating Co., Inc. and
Harrah's Entertainment, Inc.

by mailing the same by U.S. mail and by fax and/or by hand delivery.

_____