

MINUTE ENTRY
LIVAUDAIS, SJ.
Novermber 2, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, and GIANNA, INC.　　　　　　　　　　CIVIL ACTION

versus　　　　　　　　　　　　　　　　　　　　　　No. 00-0071

HARRAH'S OPERATING CO., INC., and　　　　　　　　SECTION: E/5
 HARRAH'S ENTERTAINMENT, INC.


　　　　Plaintiffs' have filed a "Motion to Continue Trial on the Merits Due to Pending Appeal." Rather than set the motion to continue for an expedited hearing as requested by plaintiffs, the Court contacted defendants' counsel for a brief discussion of the circumstances that prompted plaintiffs' motion. Defendants' counsel agreed that the motion to continue the trial on the merits of plaintiffs' remaining claims, presently set for January 3, 2005, has merit since this Court's earlier dismissal of plaintiffs' copyright claim is currently pending on appeal before the Fifth Circuit.

　　　　Accordingly, plaintiffs' motion for an expedited hearing on the motion to continue trial is **DENIED**; and

DATE OF ENTRY
NOV - 3 2004

Plaintiffs' motion to continue trial on the merits due to the pending appeal is **GRANTED**; and,

**IT IS ORDERED** that counsel notify the Court within fourteen (14) days of a ruling by the Fifth Circuit Court of Appeals on the appeal presently pending in this matter, in order to set a new trial date.

_____
MARCEL LIVAUDAIS, JR.
SENIOR UNITED STATES DISTRICT JUDGE