UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV - 3 2004
LORETTA G. WHYTE
CLERK

## MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO PENDING APPEAL

NOW COME plaintiffs, Jane Galiano and Gianna, Inc., and with great regret move this Honorable Court to Continue the Trial on the Merits Due to Pending Appeals, for the reasons more fully set forth in the memorandum of law in support of this motion, annexed hereto.

New Orleans, Louisiana this 29th day of October, 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

UNITED STATES DISTRICT COURT

___ Fee___
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 312

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Continue the Trial by Plaintiffs' on the Merits Due to Pending Appeals,

IT IS ORDERED by the Court that defendants, HARRAH'S Operating Co., Inc. and HARRAH'S Entertainment, Inc., appear and show cause before the above entitled Court, on _____, the _____ day of _____, 2004, at _____ o'clock ___.M., why the Court should not grant plaintiffs' order continuing the trial on the merits of this case due to the pending appeals in the Fifth Circuit.

New Orleans, Louisiana, _____, 2004

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXPEDITED HEARING AND**
**MOTION TO CONTINUE TRIAL ON THE MERITS DUE TO**
**PENDING APPEAL**

MAY IT PLEASE THE COURT:

Plaintiffs, Jane Galiano and Gianna Inc., respectfully and regretfully have moved this Honorable Court for a continuance of the trial on the merits which is set for January 3rd, 2004.

As the Court will recall, the Plaintiff's copyright claims and the Defendants' copyright fraud claim are before the Fifth Circuit and will not be decided before the January trial date.

The remaining claims include breach of the first contract and unjust enrichment and unfair trade practices.

Ninety per cent (90%) of the testimony and the documents for the trial of these claims will overlap the copyright claim.

If the Fifth Circuit reverses, this Court will have to try the same case twice. The expenses would be enormous.

If the Court rules against Plaintiffs on pretrial motions, or a motion for directed verdict, the result will be overlapping appeals.

If the Court lets the case go to trial, the result may be inconsistent verdicts.

Without any reference to the harm all of this would do to Plaintiffs, it would be a waste of this Court's judicial resources to try this case twice.

Harrah's could have moved for summary judgment on Plaintiffs' remaining claims. That would have given this Court the opportunity to dismiss all of the claims at once, instead of piecemeal. That would have given the Fifth Circuit a single appeal with all of the remaining claims.

By any rational standard Harrah's has only itself to blame if the trial is delayed.

The Court should continue the trial until the Fifth Circuit decides the pending appeal of the copyright claims.

New Orleans, Louisiana this 29th day of October, 2004.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #27226
Guste, Barnett & Shushan, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| JANE GALIANO, AND GIANNA, INC. | * | CIVIL ACTION NO. 00-0071 |
| VERSUS | * | SECTION " E " " (5) |
| | * | JUDGE MARCEL LIVAUDAIS, JR. |
| HARRAH'S OPERATING CO., INC., AND HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I do hereby certify that I have, on this 29th th day of October, 2004, served a copy of the foregoing pleading to counsel for all parties to this proceeding

> Mr. Joseph W. Looney, T.A.
> Adams and Reese LLP
> 4500 One Shell Square
> New Orleans, Louisiana 70139
> Attorney for Defendants,
> Harrah's Operating Co., Inc. and
> Harrah's Entertainment, Inc.

by mailing the same by U.S. mail and by fax and/or by hand delivery.

_____
[signature]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE GALIANO and GIANNA, INC. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0071 |
| VERSUS | * | |
| | * | SECTION "E" (5) |
| | * | |
| HARRAH'S OPERATING CO., INC. | * | JUDGE MARCEL LIVAUDAIS, JR. |
| and | * | |
| HARRAH'S ENTERTAINMENT, INC. | * | MAGISTRATE JUDGE ALMA CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:  HARRAH'S OPERATING CO., INC.
Through Its Attorney of Record
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

HARRAH'S ENTERTAINMENT, INC.
Through Its Attorney of Record,
Joseph W. Looney, T.A.
Melissa S. LaBauve
Adams and Reese LLP
4500 One Shell Square
New Orleans, Louisiana 70139

The Motion to Continue Trial on the Merits Due to Pending Appeals, will be brought on for hearing before the Honorable Alma Chasez, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130, on the _____ day of _____, 2004, at _____ o'clock ____.M.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
JONATHAN M. SHUSHAN, #27226
GUSTE, BARNETT & SHUSHAN, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Plaintiffs,
Jane Galiano and Gianna, Inc.