FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL -8 PM 1:36

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JANE GALIANO and GIANNA, INC.** | * | **CIVIL ACTION** |
| **Plaintiffs** | * | |
| | * | **No. 00-0071** |
| **versus** | * | |
| | * | **SECTION "E"(5)** |
| **HARRAH'S OPERATING CO., INC.** | * | |
| **and** | * | **Judge Livaudais, Jr.** |
| **HARRAH'S ENTERTAINMENT, INC.** | * | |
| **Defendants** | * | **Mag. Chasez** |
| | * | |

***********************************

**NOTICE OF DECISION BY COURT OF APPEALS**

Pursuant to the Order of this Court dated November 3, 2004, Harrah's Operating Co., Inc., Defendant herein, provides this Court notice of the decision by the United States Court of Appeals for the Fifth Circuit rendered on June 7, 2005, affirming this Court's judgment in favor of Defendants dismissing the copyright infringement case, dismissing Plaintiffs' appeal of this court's denial of Plaintiffs' Motion for Partial Summary Judgment seeking to dismiss Defendants' counter-claim, and vacating and remanding this Court's judgment that defendants are entitled to attorneys fees.

This decision by the Court of Appeals resolves all matters filed in the Court of Appeals related to this action.

___ Fee___________
___ Process_________
X Dktd___________
___ CtRmDep_______
___ Doc. No._______

Notice is given in order to reset the remaining matters for trial. Defendants request that a hearing on the appeal of the clerk's award of costs in the amount of $14, 932.41 also be set as soon as possible.

Respectfully submitted,

**ADAMS AND REESE LLP**

_____
Joseph W. Looney (8773)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: (504) 581-3234
Fax: (504) 566-0210
**Attorneys for Defendants,**
*Harrah's Operating Co., Inc. and*
*Harrah's Entertainment, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing the same in the United States Mail, postage pre-paid, this 8th day of July, 2005.

_____
JOSEPH W. LOONEY

2