```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 29 2005

LORETTA G. WHYTE
    CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 29, 2005

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 04-30521  Galiano v. Harrah's Oprt Co Inc
            USDC No.  2:00-CV-71-E

      No. 04-30806  Galiano v. Harrah's Oprt Co Inc
            USDC No.  2:00-CV-71-E

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                  By: _____
                          Dawn D. Victoriano, Deputy Clerk
                          504-310-7717

cc: (letter only)
    Honorable Marcel Livaudais Jr
cc: w/encl:
    Mr Sidney L Shushan
    Mr Joseph W Looney

                                          ___ Fee_____
                                          ___ Process_____
                                          _X_ Dktd_____
                                          ___ CtRmDep_____
                                          ___ Doc. No._____