FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 10  PM 4:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALIANO, ET AL                              CIVIL ACTION

versus                                           NO. 00-0071

HARRAH'S OPERATING, ETC., ET AL                  SECTION: "E"

### O R D E R

Pursuant to the Mandate issued by the Fifth Circuit Court of Appeals, filed into the record on July 29, 2005;

**IT IS ORDERED** that a status conference will be held on **WEDNESDAY, AUGUST 24, 2005 AT 2:00 P.M.**

New Orleans, Louisiana, this 10th day of August, 2005.

_____
MARCEL LIVAUDAIS, JR.
**Senior United States District Judge**

___ Fee_____
___ Process____
_X_ Dktd_____
_/_ CtRmDep____
___ Doc. No____