U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 16 2005

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

August 15, 2005

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 04-30521 Galiano v. Harrah's Oprt Co Inc
    USDC No. 2:00-CV-71-E

The following are returned:

Original Record on Appeal, ( 18 ) Vols.

Supplemental Record, ( 2 ) Vols.

Original Exhibits,  ( 1 ) Box      ( ) Env.
                     ( ) Package  ( ) Roll

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Michael R. Brown, Deputy Clerk
504-310-7692

REC-3

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____