UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 24 PM 4:28
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JANE GALLIANO and GIANNA, INC. | CIVIL ACTION |
| versus | NO. 00-0071 |
| HARRAH'S OPERATING CO., INC., ET AL | SECTION: E/5 |

### O R D E R

Pursuant to the August 10, 2005 Order issued by the Court, (Record Document 316), a status conference was held on this day, August 24, 2005. Participating were:

**SIDNEY L. SHUSHAN, ESQ.**
**JOSEPH W. LOONEY, ESQ.**

Counsel informed the court that the parties have reached to a written settlement agreement which has been signed by Harrah's, by Jane Galiano individually and in her capacity as president of plaintiff Gianna, Inc., but is awaiting the signature of Bennett Wolff, Esq., corporate secretary for plaintiff Gianna, Inc.

Accordingly, the Court agreed to hold the matter open for two weeks from today's date pending receipt of a Motion and Order to Dismiss. Absent timely receipt of a Motion and Order to Dismiss, a preliminary conference will be set to move the matter forward.

New Orleans, Louisiana, August 24, 2005.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____