# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



## NOTICE

The cases currently assigned to Senior Judge Marcel Livaudais, Jr. are temporarily reallotted to other sections of the Court as noted on the attached list.

LORETTA G. WHYTE, CLERK

```
__FEE_____
XXPROCESS_____
XXDOCKET_____
XXCTRM DEP____pck__
DOCUMENT NO._____
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases currently assigned to Senior Judge Marcel Livaudais, Jr. are temporarily reallotted to other sections of this Court as noted below.

| Case Number | Case Name | Temporarily reallotted to: |
|---|---|---|
| 98-cv-00106 | Granier v. Amer Home Prod Corp, et al | T |
| 98-cv-02619 | Eugene v. Amer Home Prod Corp, et al | S |
| 00-cv-00071 | Galiano, et al v. Harrah's Opr Co Inc, et al | I |
| 01-cv-02002 | Johnson v. LA Dept of Education, et al | F |
| 02-cv-00421 | Kasten v. Jerrytone, et al | K |
| 02-cv-03618 | USA v. New Orleans City, et al | J |
| 03-cv-02390 | Moore, et al v. St Farm Mtl Auto Ins, et al | B |
| 03-cv-03118 | Lawrence v. Davis | C |
| 03-cv-03323 | Diamond v. Williams, et al | R |
| 04-cv-00047 | Joseph, et al v. VA, et al | N |
| 04-cv-00102 | Jones v. Prod Mgt Ind LLC, et al | L |
| 04-cv-00508 | Atl Sounding Co Inc v. Sullivan | A |
| 04-cv-01135 | Hutchison v. Jeff Parish, et al | A |
| 04-cv-01388 | Quest v. Cain | I |
| 04-cv-01449 | AAA Ins Co v. Breaux, et al | T |
| 04-cv-01639 | Dillon v. WA Parish Fire Dist | J |
| 04-cv-01940 | Cargill Ferrous Intl v. Sea Mild MV, et al | B |
| 04-cv-01952 | Speaks v. Kruse, et al | S |
| 04-cv-02482 | Underwood v. AHL Shipping Company | K |
| 04-cv-02557 | Steele v. Thomas, et al | F |
| 04-cv-02578 | Riceland Food Inc, et al v. Rhine Forest MV, et al | L |
| 04-cv-02743 | Jones v. Forrest Oil Corp, et al | N |
| 04-cv-02779 | Knobloch, et al v. USA | R |
| 04-cv-02791 | Verdin v. Dunamis Towing Inc | C |
| 04-cv-03203 | Gilberto v. Candy Fleet Corp | T |
| 04-cv-03400 | Ameri-Force Craft v. Comerica Bank | I |

| | | |
|---|---|---|
| 04-cv-03468 | Ladner v. Unum Provident Corp, et al | A |
| 04-cv-03475 | Brailey v. Chevron USA Inc | C |
| 04-cv-03489 | Alexander v. Cain | L |
| 05-cv-00060 | Dayson v. Hyatt Corporation | F |
| 05-cv-00207 | Graps, et al v. Bertrand Butler, et al | S |
| 05-cv-00325 | Peperone's Gourmet, et al v. Newtek Small Bus Fin | B |
| 05-cv-00410 | Carmouche v. Cooley, et al | J |
| 05-cv-00637 | Magee v. Hunt Forest Products, Inc. | R |
| 05-cv-00642 | Schwindt v. Brannon | N |
| 05-cv-00653 | Overton v. Cain | K |
| 05-cv-00662 | Douglass v. Valteau | F |
| 05-cv-01464 | Cyprian v. Shoney's Inc | K |
| 05-cv-01608 | Sutherlin v. Stolt Offshore, Inc. | N |
| 05-cv-01616 | Francis v. BellSouth Telecommunications, Inc. | R |
| 05-cv-01642 | Davis v. Universal Sodexho | T |
| 05-cv-01847 | Latulas v. Hayes | I |
| 05-cv-02413 | Schnabel v. Gnots, Inc. | B |
| 05-cv-02537 | Rogers v. Sentry Select Insurance Company | A |
| 05-cv-02546 | Manale v. Paul Revere Life Insurance Company | J |
| 05-cv-02616 | Hardware Resources, Inc. v. Village Square Cabinet Supply, Inc. | L |
| 05-cv-02661 | Lara v. Louisiana State | C |
| 05-cv-02662 | Genlyte Thomas Group, LLC v. Coastal Drilling Company, L.L.C. | S |
| 05-cv-03032 | Strange v. Saia Motor Freight Line, Inc. | F |
| 05-cv-03322 | Herzog v. Hartford Insurance Company of the Midwest | S |
| 05-cv-03324 | USA v. Tammany Marine Service, Inc. | L |
| 05-cv-03734 | Simmons v. Cain | J |
| 05-cv-04009 | Manning v. Labat | A |