UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 OCT 28 PM 5:04
LORETTA G. WHYTE
CLERK

JANE GALIANO, et al.                              CIVIL ACTION

VERSUS                                            No. 00-71

HARRAH'S OPERATING COMPANY, INC., et al.          SECTION I

## O R D E R

At the request of defendants, Harrah's Operating Company, Inc. and Harrah's Entertainment, Inc., **IT IS ORDERED** that a status conference in the above-captioned matter is set for **Monday, November 7, at 9:00 a.m.**, by telephone. Counsel shall furnish the Court a telephone number no later than Thursday, November 3, 2005.

**IT IS FURTHER ORDERED** that plaintiff Gianna, Inc.'s corporate secretary, Bennett Wolff, participate by telephone.

Chambers are temporarily located in Houston, Texas:

> U.S. Courthouse
> 515 Rusk Street, Room 10501
> Houston, Texas 77002
> Phone: (713) 250-5309
> Fax: (713) 250-5570

**Two working days prior** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or submit the status reports individually. The status report shall contain:

(1) A listing of all the parties and counsel who represent the parties;
(2) A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification

___ Process_____
_X_ Dktd_____
_X_ CtRmDep____
___ Doc. No____

      proceedings;
(3) The dates and times of any status conference, pretrial conference and trial set in the case, along with an indication whether the case is jury or non-jury and the number of expected trial days;
(4) A **BRIEF** description of the factual and legal issues underlying the dispute;
(5) A listing of any discovery which remains to be done; and
(6) A description of the status of any settlement negotiations.

**TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another ATTORNEY in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.**

Houston, Texas, October 26, 2005.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE