FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -8 PM 3:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JANE GALIANO, ET AL                    CIVIL ACTION NO. 00-71

versus                                 SECTION: "I" (5)

HARRAH'S OPERATING COMPANY, INC.,
ET AL


    This Court has been advised that the above-captioned case has settled. The previously scheduled pretrial and trial dates are cancelled. Counsel are thanked for their assistance.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____