

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANE GALLIANO, ET AL                    CIVIL ACTION NO. 00-71

versus                                  SECTION: "I" (5)

HARRAH'S OPERATING COMPANY, INC.,
ET AL

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

Houston, Texas, this __7th__ of __November__, 2005.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE