```
                      UNITED STATES DISTRICT COURT
                             FILED
                          January 4, 2006
                      EASTERN DISTRICT OF LOUISIANA
                           Loretta G. Whyte
                               Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE

The below listed cases which were temporarily re-allotted from Section "E" to other sections of the court are re-allotted to Section "E".

| Case Number | Case Name |
|---|---|
| 98-cv-00106 | Granier v. Amer Home Prod Corp, et al |
| 98-cv-02619 | Eugene v. Amer Home Prod Corp, et al |
| 00-cv-00071 | Galiano, et al v. Harrah's Opr Co Inc, et al |
| 01-cv-02002 | Johnson v. LA Dept of Education, et al |
| 02-cv-00421 | Kasten v. Jerrytone, et al |
| 02-cv-03618 | USA v. New Orleans City, et al |
| 03-cv-02390 | Moore, et al v. St Farm Mtl Auto Ins, et al |
| 03-cv-03118 | Lawrence v. Davis |
| 03-cv-03323 | Diamond v. Williams, et al |
| 04-cv-00047 | Joseph, et al v. VA, et al |
| 04-cv-00102 | Jones v. Prod Mgt Ind LLC, et al |
| 04-cv-00508 | Atl Sounding Co Inc v. Sullivan |
| 04-cv-01135 | Hutchison v. Jeff Parish, et al |
| 04-cv-01388 | Quest v. Cain |
| 04-cv-01449 | AAA Ins Co v. Breaux, et al |
| 04-cv-01639 | Dillon v. WA Parish Fire Dist |
| 04-cv-01940 | Cargill Ferrous Intl v. Sea Mild MV, et al |
| 04-cv-01952 | Speaks v. Kruse, et al |
| 04-cv-02482 | Underwood v. AHL Shipping Company |
| 04-cv-02557 | Steele v. Thomas, et al |
| 04-cv-02578 | Riceland Food Inc, et al v. Rhine Forest MV, et al |
| 04-cv-02743 | Jones v. Forrest Oil Corp, et al |

```
    FEE_____
    PROCESS_____
  x DKTD_____
    CtRmDep_____
    DOC. NO_____
```

| | |
|---|---|
| 04-cv-02779 | Knobloch, et al v. USA |
| 04-cv-02791 | Verdin v. Dunamis Towing Inc |
| 04-cv-03203 | Gilberto v. Candy Fleet Corp |
| 04-cv-03400 | Ameri-Force Craft v. Comerica Bank |
| 04-cv-03468 | Ladner v. Unum Provident Corp, et al |
| 04-cv-03475 | Brailey v. Chevron USA Inc |
| 04-cv-03489 | Alexander v. Cain |
| 05-cv-00060 | Dayson v. Hyatt Corporation |
| 05-cv-00207 | Graps, et al v. Bertrand Butler, et al |
| 05-cv-00325 | Peperone's Gourmet, et al v. Newtek Small Bus Fin |
| 05-cv-00410 | Carmouche v. Cooley, et al |
| 05-cv-00637 | Magee v. Hunt Forest Products, Inc. |
| 05-cv-00642 | Schwindt v. Brannon |
| 05-cv-00653 | Overton v. Cain |
| 05-cv-00662 | Douglass v. Valteau |
| 05-cv-01464 | Cyprian v. Shoney's Inc |
| 05-cv-01608 | Sutherlin v. Stolt Offshore, Inc. |
| 05-cv-01616 | Francis v. BellSouth Telecommunications, Inc. |
| 05-cv-01642 | Davis v. Universal Sodexho |
| 05-cv-01847 | Latulas v. Hayes |
| 05-cv-02413 | Schnabel v. Gnots, Inc. |
| 05-cv-02537 | Rogers v. Sentry Select Insurance Company |
| 05-cv-02546 | Manale v. Paul Revere Life Insurance Company |
| 05-cv-02616 | Hardware Resources, Inc. v. Village Square Cabinet Supply, Inc. |
| 05-cv-02661 | Lara v. Louisiana State |
| 05-cv-02662 | Genlyte Thomas Group, LLC v. Coastal Drilling Company, L.L.C. |
| 05-cv-03032 | Strange v. Saia Motor Freight Line, Inc. |
| 05-cv-03322 | Herzog v. Hartford Insurance Company of the Midwest |
| 05-cv-03324 | USA v. Tammany Marine Service, Inc. |
| 05-cv-03734 | Simmons v. Cain |
| 05-cv-04009 c/w | Manning v. Labat |
| 05-cv-6305 | Labat v. Manning |

**LORETTA G. WHYTE, CLERK**