# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 18, 2006



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

     No. 04-30521 & 04-30806 Galiano v. Harrah's Oprt Co Inc
         USDC No. 2:00-CV-71-E

The following is (are) returned:

Supplemental Record, ( 2 ) Vols.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                  Shea Pertuit, Deputy Clerk
                                  504-310-7666

REC-3

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____